.pl

1

1
2                    UNITED STATES DISTRICT COURT
3                    EASTERN DISTRICT OF LOUISIANA

4                                      *
5    UNITED STATES OF AMERICA,         *      Criminal Action
                                       *      No: 97-217
6         Plaintiff,                   *
                                       *      Section "E"
7         v.                           *
                                       *      New Orleans, Louisiana
     LEON R. DUNCAN,                   *      April 30, 1998
8    DARREL G. JONES,                  *
                                       *
9         Defendants.                  *
     * * * * * * * * * * * * * * *     *
10
                             VOLUME 4
11
                            JURY TRIAL
12          BEFORE THE HONORABLE MARCEL LIVAUDAIS, JR.,
                    UNITED STATES DISTRICT JUDGE
13
     APPEARANCES:
14
     For the Government,        United States Attorney's Office
15                              By:  MICHAEL E. MCMAHON, ESQ.
                                By:  ALBERT J. WINTERS, JR., ESQ.
16                              501 Magazine Street, Room 210
                                New Orleans, Louisiana 70130
17
     For the Defendant          Comarda & Associates
18   Leon R. Duncan,            By:  MICHAEL G. RIEHLMANN, ESQ.
                                3316 Canal Street
19                              New Orleans, Louisiana 70119

20   For the Defendant          William Noland & Associates
     Darrel G. Jones,           By:  WILLIAM NOLAND, ESQ.
21                              By:  GREGORY K. VOIGHT, ESQ.
                                2739 Tulane Avenue

22                              New Orleans, Louisiana 70119

23   Court Audio Operator:      James Crull

24   Transcriptionist:          Dorothy Bourgeois

25   Proceedings recorded by electronic sound recording,
     transcript produced by transcription service.

2

1                    I N D E X

2              Direct    Cross    Redirect    Recross
   WITNESSES:

3  Juan Jackson        --       7        14         --

4  Sammie Williams     24      --        --         --

5

6

   EXHIBITS:                            Marked   Received

7  P-2    Photograph                     134       134

8  P-4    Aerial Photograph              133       133

9  P-5    Photograph                     134       134

10 Duncan Surveillance Log                7         7
11 No. 1

12 Duncan Surveillance Log               13        13
   No. 2
13
   Jones  Surveillance Log               11        13
14 No. 1

15 JJ 3A  Audio Tape                     60        60

16 SW VI  Video Tape dated 5/4/94        59        60

17 SW V2  Video Tape dated 5/22/94       81        81

18 SW V3  Video Tape dated 7/9/94       102       102

19

20

21

22

23

24

25

3

1                  P R O C E E D I N G S

2              (Thursday, April 30, 1998)

3              (Call to Order of the Court)

4                      (The Jury is present)

5          THE COURT:  Please be seated.

6          I believe when we broke yesterday, I think it's

7   Mr.Voight's turn for cross-examination, isn't it?

8   Mr.Riehlmann finished him --

9          You finished yours yesterday?

10         MR. RIEHLMANN:  Judge, if we could approach the

11  bench?

12                     *    *    *    *    *

13     (At side bar on the record)

14         THE COURT:  Yes, we have that thing.

15         MR. RIEHLMANN:  They have provided me with, I guess,

16  a dozen to 20 pages of a 302 --

17         THE COURT:  Uh-huh. (affirmative response)

18         MR. RIEHLMANN:  -- a couple of 302s that this Witness

19  did.  I can't go through them now.  Can I just reserve my

20  right that if I find something of some significance that I

21  want to cross-examine him on, to call him back to the witness

22  stand.

23         THE COURT:  But I have to know what his plan is.

24         Your plan was for him -- I take it he's not from

25  NewOrleans, --


                                                  4

1          MR. WINTERS:  No.

2          THE COURT:  -- if I was to conclude him and go home.

3          MR. WINTERS:  Yeah, you could -- I just talked to him

4   when Mr. Riehlmann told me.

5          THE COURT:  Uh-huh. (affirmative response)

6          MR. WINTERS:  He can stay around as long as we can

 7   have a determination by tomorrow morning.

 8        MR. RIEHLMANN:  I'll be able to let you know by

 9   tomorrow morning.

10        THE COURT:  Well, no, we're going to have a

11   determination today.

12        MR. WINTERS:  Okay.

13        THE COURT:  I don't see where you -- my impression is

14   that since my experience with both of these Government

15   attorneys and others, is they give all they're supposed to

16   give, and more, usually.  I can't conceive of them trying to

17   deprive you of something.  You haven't read it so you don't

18   know.  But can't you do that at lunchtime and we can come back

19   this afternoon?

20        MR. RIEHLMANN:  I can do it at lunchtime, yeah.

21        THE COURT:  You may have had experience with these

22   particular attorneys.

23        MR. RIEHLMANN:  No -- well, with Mr. McMahon, I have.

24   I certainly have the same experiences you've had.

25        THE COURT:  Well, that's just my impression.  It's


                                                    5

 1   the way I'm feeling right now.

 2        MR. RIEHLMANN:  Yes, sir.

 3        THE COURT:  I just wanted to be candid with you.

 4        MR. RIEHLMANN:  Yes, sir.

 5        MR. WINTERS:  Judge, they also asked us to provide a

 6   surveillance document concerning those pen registers and when

 7   the meeting broke up.  I think we've got a stipulation for

 8   that.

 9        MR. RIEHLMANN:  Yes, that's right.

10        MR. WINTERS:  I'll be happy to read it into the

11    record.

12            THE COURT:  You see what I try to avoid in handling a

13    jury is wasting their time, because in some instances it could

14    go against either the Government or you, I mean if they sit

15    back and say, "Well, the Government's got such a screwed up

16    case, look what they're doing with them," or the other way

17    around.

18            MR. RIEHLMANN:  Yes.

19            MR. WINTERS:  Are we going --

20            THE COURT:  So, bear in mind your client

21    responsibility and the overall atmosphere of a jury trial.

22            So, we'll do it that way.  At lunchtime we'll see

23    where we stand and --

24            MR. WINTERS:  All right.

25            THE COURT:  -- go from there.


                                            6

1             MR. RIEHLMANN:  Yes, sir.

2             MR. WINTERS:  Thank you, Judge.

3             THE COURT:  Did you finish your cross-examination

4     yesterday?

5             MR. RIEHLMANN:  Yes, sir, I did.

6             THE COURT:  Okay.

7             MR. RIEHLMANN:  With that exception.

8         (End of discussion at side bar)

9                         *    *    *    *    *

10            THE COURT:  Mr. Voight.

11            MR. VOIGHT:  I think, first, Mr. Winters and I have a

12    stipulation we want to enter into the record.

13            THE COURT:  All right.

14          MR. WINTERS:  Your Honor, yesterday Counsel met --

15          THE COURT:  Again, I'll remind the jury:  A

16     stipulation is an agreement.  It's an agreement.  They don't

17     need to prove it.  They agree that this is a fact or this is

18     true.

19          MR. WINTERS:  Yesterday, Mr. Riehlmann asked the

20     Government to supply what we call an SOG Log or a surveillance

21     log, concerning particularly Government Exhibit 1A, the pen

22     register tape from 6/16, and we have agreed to a stipulation.

23          Basically, the FBI surveillance agents would testify

24     that on 6/16 at 5:10 p.m., the meeting at the warehouse at 420

25     Franklin Avenue, between Juan Jackson, the informant Terry


                                          7
                          Jackson - Cross

1      Adams and the Defendant -- and Len Davis and Sammie Williams,

2      concluded at 5:10 p.m.  And in conjunction with that, the pen

3      register tape introduced shows that 59 minutes later, at 6:09

4      p.m., there were calls from the cellular phone of Len -- of

5      Sammie Williams to the beeper of Lemmie Rodgers and Leon

6      Duncan.

7          MR. RIEHLMANN:  And Judge, in connection with that --

8          THE COURT:  Is that your stipulation, Mr. Riehlmann?

9          MR. RIEHLMANN:  Yes, sir.  That's the stipulation in

10     conjunction with that.  I'm going to mark and offer into

11     evidence as Duncan Exhibit Number 1, the surveillance log that

12     Mr. Winters has provided me with.

13         THE COURT:  No objections?

14         MR. WINTERS:  No objection.

15         THE COURT:  It's received.

16         Mr. Voight, is that also your stipulation?

17         MR. VOIGHT:  That is my stipulation, as well.

18      THE COURT:  All right.  Thank you.

19      Well, you may proceed now.

20      MR. VOIGHT:  Thank you.

21              *   *   *   *   *

22   JUAN JACKSON, GOVERNMENT'S WITNESS, PREVIOUSLY SWORN

23              CROSS-EXAMINATION

24   BY MR. VOIGHT:

25   Q.  Good morning, Agent Jackson.


8

Jackson - Cross

1   A.  Good morning.

2   Q.  My name is Greg Voight.  I represent Darrel Jones.

3       I want to draw your attention back to the meeting that you

4   had with Sammie Williams and Len Davis on May 4, 1994, in the

5   Hilton Hotel.  During your conversations with those two

6   individuals, you inquired whether or not it was possible to

7   meet them in public at some future date, is that correct?

8   A.  You mean, meet Len Davis --

9   Q.  Meet Len Davis and Sammie Williams.

10  A.  -- and Sammie Williams?

11  Q.  In a public place?

12  A.  In a public area.

13  Q.  Is that --

14  A.  Yes.

15  Q.  Is that your testimony?

16  A.  Yes.

17  Q.  And, in fact, you did meet them in a public place later

18  during the course of this undercover operation, is that

19  correct?

20  A.  Did I meet them in public places, is that what you're

21   asking me?

22   Q.  Yes, sir.

23   A.  Yes, sir.

24   Q.  And, in fact, one of those public places involved a

25   pleasure trip to Biloxi, is that correct?

Jackson - Cross

1    A.  Yes, sir.  We did go to Biloxi, Mississippi.

2    Q.  And that was you and Sammie Williams and Len Davis, is

3    that correct?

4    A.  And Terry Adams.

5    Q.  And Terry Adams?

6    A.  That's correct.

7    Q.  Was Government money involved with that trip?

8    A.  Yes.

9    Q.  And that was requisitioned by yourself?

10   A.  Meaning?

11   Q.  The money was requested by you?

12   A.  Requested by me?

13   Q.  Yes.

14   A.  (No response)

15   Q.  Was that trip to Biloxi on the Government?

16   A.  Yeah, it was paid for by the Government.  Yes, sir.

17   Q.  Now, were there in fact other pleasure trips of that

18   nature?

19   A.  There was one more, so, yes, sir.

20   Q.  And where was that to?

21   A.  Atlanta, Georgia.

22   Q.  And did that involve the same people?

23   A.  Yes, sir.

24   Q.  All right.

```
 25          MR. VOIGHT:  Now, if I may approach the Witness, Your
```

Jackson - Cross

```
  1    Honor.
  2              THE COURT:  Go right ahead.
  3    BY MR. VOIGHT:
  4    Q.  Agent Jackson, I'm going to give you a document and ask
  5    you to review that if you could.
  6    A.  Okay.  (Witness examines document)
  7    Q.  Do you recognize that document?
  8    A.  I recognize the 302, yes, sir.
  9    Q.  And what -- that is a transcript, correct?
 10    A.  And there's a transcript following, yes, sir.
 11    Q.  And what is that a transcript of, if you can identify it?
 12    A.  Based on what's written up here, it says, "Cassette Nagra
 13    Recorder" on 11/16/94.  Cassette Nagra Recorder; participants
 14    Juan Jackson, Terry Adams, Len Davis, Sammie Williams.
 15    Q.  And that's a transcript prepared by the Government, of the
 16    conversation you had in the warehouse on November 16th, is
 17    that correct?
 18    A.  It's a transcript of 11/16.  It doesn't say anything about
 19    a warehouse on this particular document.
 20    Q.  If you could read through it, can you recognize that to be
 21    a true and accurate reflection of the recording made on that
 22    date?
 23    A.  Do you want me to read this entirely and tell you?
 24    Q.  Just insofar as you can tell if it's a true and accurate
 25    reflection of what you recall that day.
```

1  A.  I mean, I'd have to read it, sir, but I -- which it's kind
2  of lengthy.  But if you want me to read it and tell me you if
3  that's a true and accurate document of work reflected that
4  day, yes, I could read it, if that's what you want me to do.
5          THE COURT:  That's what you suggest, that there are
6  some inaccuracies in it?
7          MR. VOIGHT:  No, I suggest there are no inaccuracies
8  in --
9          THE COURT:  All right.
10         MR. VOIGHT:  -- the transcript provided to me by the
11 Government.
12         THE COURT:  Otherwise, I'd ask you to point them out.
13         MR. VOIGHT:  No.
14         THE COURT:  Okay.
15         THE WITNESS:  Okay.
16         THE COURT:  Go ahead.
17 BY MR. VOIGHT:
18 Q.  Do you have any reason to doubt that that's a true and
19 accurate representation of your conversations with Len Davis
20 and Sammie Williams on that date?
21 A.  I believe it's the document that they recorded the
22 conversations on, yes, sir.
23 Q.  Thank you.
24         MR. VOIGHT:  At this time, Your Honor, I would offer
25 and file Defendant Darrel Jones Exhibit Number 1, --

1          THE COURT:  Any objection?
2          MR. VOIGHT:  -- the transcript.
3          MR. McMAHON:  Greg, this is the 43 page transcript?

   4          MR. VOIGHT:  This is actually the 26 page transcript
   5     that you provided me in discovery.
   6          MR. McMAHON:  So, you just put the whole --
   7          All right, Your Honor, we have no objection
   8     whatsoever.  In fact, if Mr. Riehlmann and Mr. Voight are
   9     agreeable, we can put the entire 43 page transcript of that
  10     conversation in the record, if you're amenable to that.
  11          MR. RIEHLMANN:  I would agree to that as Duncan 2,
  12     but I would also offer file and introduce Darrel Jones 1 as a
  13     joint Defense Exhibit, as well, so that we'd have --
  14          THE COURT:  Well, wasn't that done?  Now, you didn't
  15     do that yesterday?
  16          MR. VOIGHT:  No, sir.
  17          MR. RIEHLMANN:  No, sir.  I just had them identify
  18     it.
  19          THE COURT:  All right.  So, what you're suggesting is
  20     a substitution of the document Mr. Voight proposes to file,
  21     substitute a more complete copy, or whatever?
  22          MR. McMAHON:  The whole thing.
  23          THE COURT:  Do all three of you agree on that?
  24          MR. RIEHLMANN:  No, Judge.  Actually, my suggestion
  25     was that we have both that and the 43 page transcript.


                                                         13
                              Jackson - Cross
   1          THE COURT:  Well, wait.  Let's do this one first and
   2     then we'll get to it.
   3          MR. VOIGHT:  Okay.
   4          THE COURT:  Do you agree on that?
   5        (Affirmative response)
   6          THE COURT:  All Counsel has agreed.

7         MR. VOIGHT:  Yes, sir.

8         THE COURT:  The substitution is approved by the

9  Defendant.

10        Have you labeled it?

11        MR. VOIGHT:  I have it as Defendant's Exhibit 1, but

12  I -- Jones 1 would be more accurate.

13        THE COURT:  All right.  Defendant Jones 1, received.

14        Now, Mr. Riehlmann.

15        MR. RIEHLMANN:  And I would offer, file and introduce

16  as Duncan 2, the 43 page transcript that --

17        THE COURT:  Any objection?

18        MR. McMAHON:  None whatsoever.

19        MR. WINTERS:  No.

20        THE COURT:  That --

21        MR. McMAHON:  I need this for Plaintiff.

22        THE COURT:  That will be received.

23        MR. RIEHLMANN:  Oh, okay.

24        THE COURT:  All right.

25        THE CLERK:  Give it to me and I'll make a copy of it.

Jackson - Redirect

1        MR. McMAHON:  Fine.

2        THE COURT:  Mr. Voight, you can --

3        MR. VOIGHT:  I have no further questions.

4        THE COURT:  Mr. McMahon, do you have any redirect?

5        MR. McMAHON:  Yes, Your Honor.  I just have a brief

6  redirect, just three points, Judge.

7              *    *    *    *    *

8           REDIRECT EXAMINATION

9  BY MR. McMAHON:

10  Q.  Agent Jackson, referring to matters brought up during your

11   cross-examination, first matter:  Was it fully your intention

12   to meet the corrupt cops recruited by Len Davis to guard the

13   cocaine?

14   A.  Yes, sir.

15   Q.  Were you able to meet them?

16   A.  No, sir.

17   Q.  Why not?

18   A.  Advised by Len Davis that they didn't want to meet me.

19   Q.  The second point:  Mr. Riehlmann brought up yesterday on

20   cross-examination, a statement, a reference to a statement

21   made by Len Davis on July the 9th, 1994 in a video tape which

22   the jury will hear a little bit later.  The reference was Len

23   Davis was racking his brain.

24        Did we review that video last night?

25   A.  Yes, sir.


                                                          15
                          Jackson - Redirect

1    Q.  I'd like you to explain to the jury, when Davis said he

2    was "racking his brain" trying to find something, what -- you

3    were present at that meeting.  What was your understanding of

4    Davis' concern?

5              MR. RIEHLMANN:  Judge, I would object, again.  I

6    think that the best evidence would be to play the tape in its

7    entire context and then have Mr.Jackson tell us what --

8              THE COURT:  I was just told by Mr. McMahon that he

9    does intend to play the tape, --

10             MR. McMAHON:  Yes, sir.

11             THE COURT:  -- a little later.

12             MR. McMAHON:  We could play the tape now, Judge, or

13   we could explain it orally, and then --

14          THE COURT:  The objection is overruled.  All he's

15   being asked is what did he think it meant.  The objection is

16   overruled.

17          If you remember the question, you can answer it.

18   BY MR. MCMAHON:

19   Q.  Agent Jackson, just to refresh:  What did Len Davis say

20   and what did you understand him to mean when he expressed to

21   you that he was "racking his brain" trying to find something?

22   A.  He was trying -- racking his brain to find more corrupt

23   police officers to participate in my drug operation of the

24   loads of cocaine.

25          MR. MCMAHON:  And finally, Your Honor, I just want to



                                                  16
                         Jackson - Redirect

1    refer -- I want to play -- there is an excerpt, actually, from

2    Duncan 2, which we just offered in evidence, the 43 page

3    transcript.  I queued up the actual tape of that relevant

4    portion of the transcript, which Mr. Riehlmann cross-examined

5    Agent Jackson yesterday.

6           And Mike, it's going to be just from Page 7 to a

7    little bit at Page 11.

8           MR. RIEHLMANN:  Got you.

9           MR. MCMAHON:  Okay.  I just -- it's about a minute,

10   Your Honor, and I would like -- it's queued up.  I would like

11   -- and it's pretty clear, I don't think the jury -- we didn't

12   have time to actually get the transcripts, but it's about 90

13   seconds long.  So, if we could do that, I want to ask the

14   Agent some questions.

15          So go ahead.

16          (whereupon, the following excerpt of the audio tape of

17   Defendant's Exhibit Duncan 2, a conversation between JUAN

18    JACKSON, LEN DAVIS and SAMMIE WILLIAMS, dated November 16,

19    1994, was then played for the jury:)

20              "MR. JACKSON:  Yeah.

21              "MR. DAVIS:  Into what?

22              "MR. JACKSON:  Into vans.

23              "MR. DAVIS:  Two vans?

24              "MR. JACKSON:  Yeah.

25              "MR. DAVIS:  With your logo?


                                                  17
                          Jackson - Redirect

1              "MR. JACKSON:  Yeah.  No, no, no, no, no, no, no.

2              "MR. DAVIS:  They're going to be plain vans.

3              "MR. JACKSON:  No, they're going to be plain vans.

4              "MR. DAVIS:  All right.

5              "MR. JACKSON:  Plain vans.

6              "MR. DAVIS:  Two of them.

7              "MR. JACKSON:  Won't be no logos.

8              "MR. DAVIS:  So, what's the location?

9              "MR. JACKSON:  I don't know yet."

10                        (Tape stopped)

11    BY MR. McMAHON:

12    Q.  When Len Davis -- "So, what's the location?"  What

13    location is he talking about?

14    A.  He's referring about the deal that we're trying to set up,

15    that was going to occur on 11/18.  We, at that time, had not

16    told him the location of where we're going to set up at.

17    Q.  The specific location, being where?

18    A.  The specific location, he did not know at that time.

19    Q.  What --

20    A.  And we had decided we didn't want to tell him at that

                              Page 15

21    time.

22    Q.  And what was that location?

23    A.  The location was at a truck stop, the Mardi Gras Truck

24    Stop on Elysian Fields.

25                           (Tape restarted)


                                              18
                           Jackson - Redirect

 1            "MR. JACKSON:  That's one of my problems.  I don't

 2    know.

 3            "MR. DAVIS:  What the fuck is he waiting on to tell

 4    you?

 5            "MR. JACKSON:  He don't know.  He got three different

 6    spots.  He don't know if the tractor/trailer guy figured out

 7    which one it is that he want to drop it off at.  I guess he

 8    got a hookup, and which one he got the hookup with is the one

 9    he gonna go with.

10            "MR. DAVIS:  Uh-huh. (affirmative response)

11            "MR. JACKSON:  Right now, he said there's two

12    different spots he's trying to get.  He don't know which one

13    it is.

14            "MR. DAVIS:  Well, --

15            "MR. JACKSON:  And that's why -- bro, I didn't really

16    ask, to be honest with you.  I didn't ask.

17            "MR. DAVIS:  You need to find out.

18            "MR. JACKSON:  I didn't ask.  I didn't ask.  'Cause

19    he don't know.  I mean, if he's telling me it's two

20    different --

21            "MR. DAVIS:  No.  Oh, he don't -- all right.  When

22    you were saying two different spots, I thought he know it's A

23    or B, is gonna be one of 'em.

24            "MR. JACKSON:  Well, A, B -- now, it's A -- it might
                              Page 16

25    be A, B, or C.

                              Jackson - Redirect
 1              "MR. DAVIS:  Well, he got to know.
 2              "MR. JACKSON:  In other words, B might be all the way
 3    out by -- by -- on the -- on the highway and the other two
 4    will be here in the city.
 5              "MR. DAVIS:  Uh-huh. (affirmative response)
 6              "MR. JACKSON:  But -- but, that's what he told me.
 7    That's what he said.
 8              "MR. WILLIAMS:  Look, the reason -- the only reason
 9    -- let us know.  The only reason we want to know so we could
10    make it secure around there --
11              "MR. JACKSON:  Yeah, yeah, yeah, yeah.
12              "MR. WILLIAMS:  -- (Inaudible) what's going on.
13              "MR. DAVIS:  We want to know what's going down in
14    that area.  He might come and say, 'We want -- we doing it at
15    A spot,' and that just happen to be where Narcotics, at or
16    anything stupid.
17              "MR. JACKSON:  Right, right, right.
18              "MR. DAVIS:  In other words, we want to know.
19              "MR. JACKSON:  Right, right, right, right.
20              "MR. DAVIS:  We security.  We responsible for this.
21    So, it's our job to know this.
22              "MR. JACKSON:  Okay.
23              "MR. DAVIS:  Don't wait and pop nothing on us.  It's
24    11 -- it's 10:55 -- 11:00, it's gonna be at Broad and Gravier,
25    by Police Headquarters.

1          "MR. JACKSON:  Right.  (Laughter)  Right.

2          "MR. DAVIS:  You see what I'm saying?

3          "MR. JACKSON:  Right, right, right.

4          "MR. DAVIS:  That's exaggerated.  But that's the

5    point.

6          "MR. JACKSON:  All right.  Yeah, I know what you're

7    saying.  All right.  Well, he was just -- his whole problem

8    with -- with --

9          "MR. DAVIS:  Well, try to find out by Friday --

10   before Friday.

11         "MR. JACKSON:  All right.  Well, -- well, I'll try to

12   find out morning.  Because what he's saying to me is -- you

13   see, like I said, he leery.  He -- he saying, 'What do these

14   niggers do?'

15         "I said, 'Well, you know what they do.'

16         "He said, 'Well, how do you know these mothers ain't

17   fucking something up out there, if they jacking mother fuckers

18   and you mother fuckers get knocked off on the day that we come

19   in?  Say, your boy jacks a mother fucker and all of a sudden

20   the police come down on ya'll and that's the same day we come

21   in.  We all fucked.  We all fucked.'

22         "MR. WILLIAMS:  Man, we ain't --

23         "MR. DAVIS:  But why?  We ain't been jacking you?

24         "MR. JACKSON:  No, I mean -- that's -- that's what

25   I'm saying.

1          "MR. WILLIAMS:  No.  He talking about if we jacking

2    somebody else.

3          "MR. JACKSON:  Yeah, yeah, yeah.  That's what I'm

4    saying.  You know, I mean, you boys been jacking all week.  I

5    don't know because I don't hang with you all week long.

6         "MR. WILLIAMS:  Man, we ain't bringing no heat to us.

7         "MR. JACKSON:  And then -- and then, you bring in a

8    nigger that just jacked up some nigger, for whatever, you

9    know.  I'm just making up shit.  Now, he's -- he's just making

10   up stories.  You know what I'm saying.  In other words, he's

11   making up the worst scenario possible.

12        "MR. WILLIAMS:  Yeah.

13        "MR. JACKSON:  That's why he kept saying before

14   about, 'Don't let the mother fuckers know what's going on.

15   Let them niggers that you all have been dealing with -- fine.

16   Just don't tell them niggers.  So, how do they know one of

17   them mother fuckers ain't out there doing something else?'

18   No, because you can't.  Them Mother fuckers don't tell you

19   everything.

20        "MR. DAVIS:  So, in other words, you telling me his

21   concern is that we might have heat on us?

22        "MR. JACKSON:  Yeah.

23        "MR. DAVIS:  Oh, okay.

24        "MR. JACKSON:  Yeah.  And all he's saying is, if --

25   if you have heat on us and one of them does, not all of you


22
                          Jackson - Redirect

1    all, one.  All of us go down.

2         "MR. DAVIS:  Now, you know what?  And that was -- I

3    was thinking the same thing and that's why I said I don't want

4    him dictating too much.  We don't know who fuckin' on to him."

5                        (Tape stopped)

6    BY MR. McMAHON:

7   Q.  Okay.  Now, Agent Jackson, in that conversation, when Len

8   Davis, or actually when you tell Len Davis, "That's why he

9   kept saying before about 'Don't let the mother fuckers know

10  what's going on.  Let them niggers that you all have been

11  dealing with -- just don't tell them.'"

12      Now, who -- explain that.  Put that in context, please.

13  A.  What I had told him was that we had another drug dealer

14  that was bringing the cocaine into NewOrleans at the time.

15  And what we were trying to do was make him think that the

16  other drug dealer didn't want anyone to know the location

17  until the last, very last minute.

18  Q.  Now, of course, there was no other drug dealer, correct?

19  A.  Correct.

20  Q.  You're not a real drug dealer, are you?

21  A.  No, sir.

22  Q.  You're playing a role, then?

23  A.  Yes, sir.

24  Q.  What was the reason why you didn't want to tell them where

25  the Mardi -- well, actually, you didn't want to reveal the

1   location of the Mardi Gras Truck Stop on Wednesday, November

2   16th; why?

3   A.  We had other agents and other personnel that were out

4   there trying to set up, as far as preparing for that

5   particular day.  If I had given him that location, we were

6   afraid he and others might go out there and look at the

7   location and stand around and observe other agents as they

8   were trying to prepare for what we were doing on that

9   particular day.

10  Q.  So, when you said, "Don't let them know," you were not

11  talking about don't let them know --

12      MR. RIEHLMANN:  Judge, I'm going to object to the

13  leading nature of his question.

14      THE COURT:  Well, I haven't heard the full question

15  yet, Mr. Riehlmann.

16  BY MR. McMAHON:

17  Q.  Were you asked -- were you telling him, then, that this --

18  not to let --

19      MR. McMAHON:  I withdraw.  I'm going to stop.

20      THE COURT:  All right.

21      MR. McMAHON:  Thank you, Agent Jackson.

22      THE COURT:  Thank you, sir.  You may step down.

23      THE WITNESS:  Thank you, sir.

24              (The Witness is excused)

25      MR. WINTERS:  Your Honor, we call Sammie Williams.


                                                        24
                        Williams - Direct

1       THE COURT:  Sammie Williams.

2           Is he upstairs?

3               *   *   *   *   *

4       SAMMIE WILLIAMS, GOVERNMENT'S WITNESS, SWORN

5                   DIRECT EXAMINATION

6   BY MR. WINTERS:

7   Q.  Mr.Williams, how old are you?

8   A.  Thirty-one.

9   Q.  Where were you born and raised?

10  A.  In NewOrleans, Louisiana.

11  Q.  Where did you go to high school?

12  A.  John McDonogh High.

13  Q.  After high school, did you attend college?

14    A.   No.

15    Q.   What did you do after high school?

16    A.   I joined the United States Navy.

17    Q.   How long were you in the Navy?

18    A.   Four years.

19    Q.   When were you discharged?

20    A.   In 1988.

21    Q.   What did you do after you finished your military

22    obligations?

23    A.   I started working at the Lake Forest Plaza as a security

24    guard.

25    Q.   And tell us where the Lake -- the Plaza Shopping Center

1    is, Lake Forest Plaza?

2    A.   It's located in NewOrleans East.

3    Q.   How long were you a security guard?

4    A.   For two years.

5    Q.   What did you do after becoming a security guard?

6    A.   I became a NewOrleans police officer.

7    Q.   And which year were you first sworn in as a NewOrleans

8    police officer?

9    A.   In 1990.

10    Q.   Where were you assigned?  What district were you assigned

11    to?

12    A.   The Fifth District.

13    Q.   Where is the Fifth District located, in comparison to the

14    rest of -- to where it is, geographically, in NewOrleans?

15    A.   That covers most of the Ninth Ward area.

16    Q.   Were you ever assigned to any other police district while

17    you were a NewOrleans police officer?

18    A.   No.

19    Q.   Okay.  Speak up a little bit into the microphone.

20    A.   Okay.  No, sir.

21    Q.   Did you work in uniform?

22    A.   Yes, I did.

23    Q.   And what was your rank?

24    A.   A patrolman.

25    Q.   Did you ever work undercover operations as a patrolman in


                                                      26
                    Williams - Direct

 1    the Fifth District?

 2    A.   No.

 3    Q.   Were you authorized to?

 4    A.   No.

 5    Q.   Who was the Commander of the Fifth District during the

 6    last year and a half, two years, you were assigned there?

 7    A.   Captain Swain.

 8    Q.   And who was the Deputy Commander?

 9    A.   Commander Johnson.

10    Q.   Are you still employed by the NewOrleans Police

11    Department?

12    A.   No.

13    Q.   When did you lose your job?

14    A.   In 1994.

15    Q.   What month?

16    A.   December.

17    Q.   Were you fired or did you resign?

18    A.   I resigned.

19    Q.   What caused you, sir, to resign from the NewOrleans

20    Police Department?

21   A.   I was indicted on federal criminal charges.

22   Q.   What crimes were you indicted for?

23   A.   Conspiring to possess with intent to distribute cocaine

24   and the possession of firearms while in the commission of that

25   crime.

1    Q.   Now, this conspiracy count that you were indicted on; how

2    long was the conspiratorial period?  How long did the

3    conspiracy go on?

4    A.   For one year, from December of '93 to December of '94.

5    Q.   You were arrested in early December of '94?

6    A.   Yes.

7    Q.   You've been in jail since December of '94?

8    A.   Yes.

9    Q.   Now, what is the maximum period in jail you could receive

10   on Count 1, the conspiracy charge?

11   A.   Life in prison.

12   Q.   And is there a mandatory minimum sentence that you must

13   receive?

14   A.   Yes, that will be ten years in prison.

15   Q.   Mandatory minimum of ten years, maximum of life?

16   A.   Yes.

17   Q.   What about Count 2, the gun count, using the firearm

18   during a drug trafficking offense?

19   A.   It's a mandatory of five years in prison.

20   Q.   And how is that five years to run in comparison with the

21   first count?

22   A.   Consecutively, that's in addition to the first count.

23   Q.   So, you do the first count and then the five years on the

24   second count?

25    A.  Yes.

                          Williams - Direct
 1    Q.  Are those the only two counts you were indicted on?
 2    A.  Yes.
 3    Q.  You pled guilty to those two felonies?
 4    A.  Yes.
 5    Q.  When did you plead guilty, do you recall?
 6    A.  Yes.  In April of 1995.
 7    Q.  Were you represented by an attorney in connection with
 8    your guilty plea?
 9    A.  Yes.
10    Q.  Did he counsel and advise you on your decision to plead
11    guilty?
12    A.  Yes.
13    Q.  And you pled guilty to both counts?
14    A.  Yes.
15    Q.  Now, in connection with your guilty plea, did you have an
16    agreement, written or otherwise, with the Government?  Did you
17    have a plea agreement with the Government?
18    A.  No.
19    Q.  You had no plea agreement?
20    A.  No.
21    Q.  Were any charges reduced or dismissed to induce you to
22    plead guilty?
23    A.  No.
24    Q.  So, you pled guilty straight up?
25    A.  Yes.

Williams - Direct

1  Q.  Have you been sentenced yet?

2  A.  No, I haven't.

3  Q.  But you're in jail?

4  A.  Yes.

5  Q.  How long -- how long, now, have you been in jail?

6  A.  For three years and five months.

7  Q.  Now, you pled guilty -- do you remember when you pled

8  guilty?

9  A.  Yes, in April of 1995.

10  Q.  Now, you pled guilty three years ago, am I correct,

11  approximately three years ago?

12  A.  Yes.

13  Q.  Any reason why you haven't been sentenced, to your

14  knowledge?

15  A.  Yes.  Me and my attorney asked the judge to allow me the

16  chance to cooperate, prior to being sentenced, and he granted

17  us that.

18  Q.  The judge granted that?

19  A.  Yes.

20  Q.  And who was the judge that you pled guilty in front of and

21  who is going to sentence you, eventually?

22  A.  Judge Feldman.

23  Q.  Mr.Williams, since you have no agreement with the

24  Government in connection with your guilty plea, why are you

25  testifying today?

30
Williams - Direct

1  A.  Well, because I know I'm guilty of the charges on which

2  I've been indicted for, and I know the only way I can help

3  myself is to tell the truth about what I know.

4    Q.   What do you hope to get out of this by testifying?

5    A.   Well, I'm hoping that the Prosecution informs the judge of

6    my cooperation and that the judge gives me a lesser sentence

7    than he otherwise might impose on me.

8    Q.   Who is the only person that can sentence you?

9    A.   Judge Feldman.

10   Q.   The Government can't sentence you, can they?

11   A.   No.

12   Q.   And have I or any Government attorney or any other

13   Government employee, any of these federal agents, promised you

14   anything with regards to what your sentence might be?

15   A.   No.

16   Q.   Now, I want to discuss with you a little bit, a murder of

17   a woman by the name of Kim Marie Groves.  Are you familiar

18   with that person?

19   A.   Yes.

20   Q.   Okay.  Were you ever indicted for the murder of Kim Marie

21   Groves?

22   A.   No.

23   Q.   Was Len Davis and Paul Hardy indicted?

24   A.   Yes.

25   Q.   Were they convicted?

Williams - Direct

1    A.   Yes, they were.

2    Q.   What sentence did they get?

3    A.   They both received the death penalty.

4    Q.   Did you testify at the trial, for the Government, of Len

5    Davis and Paul Hardy?

6    A.   Yes, I did.

7  Q.  Were tapes played for you at the trial?

8  A.  Yes.

9  Q.  What did you do with regards to those tapes?

10  A.  I explained what was being said in the conversations on

11  the tapes.

12  Q.  The same thing you're going to do at this trial, to your

13  knowledge?

14  A.  Yes.

15  Q.  Whose idea was it to murder this woman, Kim Groves?

16  A.  It was Len Davis' idea.

17  Q.  And what caused Mr. Davis -- was Mr. Davis your partner at

18  the time?

19  A.  Yes.

20  Q.  He was a policeman?

21  A.  Yes.

22  Q.  Assigned to the Fifth District?

23  A.  Yes.

24  Q.  And he was your partner?

25  A.  Yes, he was.

Williams - Direct

1  Q.  What caused Mr. Davis to want to kill or murder Kim

2  Groves?

3  A.  He was upset over a complaint she had made to IAD, that he

4  saw to be a lie.

5  Q.  All right.

6  A.  And he got upset about it.

7  Q.  All right.  Now, first of all, explain to the ladies and

8  gentlemen of this jury what IAD was, back in 1994.

9  A.  It was the Internal Affairs Department of the NewOrleans

10  Police Department.  They were to kind of police the police.

11  Q.  They investigated wrongdoing by police officers?

12  A.  Yes.

13  Q.  Okay.  Now, elaborate a little bit more about this

14  complaint.  Do you know the circumstances behind the complaint

15  Ms. Groves made?

16  A.  Yes.

17  Q.  Tell us -- tell us what happened.

18  A.  Well, one day me and Len, we were on patrol and we were

19  looking for a guy who was wanted for murder.  We were driving

20  in the Lower Ninth Ward area.

21  Q.  You were on patrol, you mean you were working as a

22  policeman?

23  A.  Yes, we both were in our police uniform and in our police

24  vehicle.  And we were working in the Ninth Ward area.  And

25  like I said, we was looking for this guy who was wanted for

Williams - Direct

1  murder.

2       As we happened upon one corner where we thought the

3  subject might frequent, a guy took off running.  Now, we

4  wasn't sure if that was the guy we was looking for, or did he

5  think we were after him for dealing drugs, or what.  When he

6  did run, we ensued a chase behind him.  I exited the vehicle

7  as Len stayed in, and kind of blocked him off.  As he ran down

8  the street, I caught up with him like a block away.  When I

9  caught him, I kind of grabbed him and pushed him, and at the

10  time I had my gun in my hand, so I hit him on the back of his

11  head, causing him to hit his -- the front of his head against

12  a railing and it caused a minor cut on his nose.

13       And this is the complaint that Kim Groves made to IAD,

14    that we beat up, who she said, was her nephew.  However, she

15    said Len Davis was the person that hit the guy, whose name was

16    Nathan Norwood.

17    Q.  So, that's what he was upset about?

18    A.  Yes.

19    Q.  Okay.  Were you ever investigated by IAD, concerning this

20    cut?

21    A.  No.

22    Q.  Now, did Davis discuss with you the fact that he was

23    considering murdering Kim Groves or having her killed?

24    A.  Yes.  When he first learned about the complaint, he called

25    me and I told him, well, that's nothing for him to worry

Williams - Direct

1    about.  I'm the one that hit him.  But then, when we got back

2    to work the next day, Len was kind of agitated about it and he

3    was real upset about it, and that's when he first started

4    talking about killing Kim Groves.

5    Q.  Did you get off of work that day?

6    A.  Yes, later on that evening.

7    Q.  And did you go about your business when you got off of

8    work?

9    A.  Yes.

10    Q.  Did you think Davis was going to have that woman murdered?

11    A.  Well, no, I know he talked -- was talking to Paul Hardy

12    about it often, that day, however we were still doing our

13    normal duties throughout the day also.  So, when my shift

14    ended and nothing came of it, I had forgot about it and I

15    thought Len would just get over it, by the next day he'll just

16    forget about it.

17    Q.  Had Len Davis got excited about things before and forgot

18    about them?

19    A.   Yes.

20    Q.   Now, who is Paul Hardy?

21    A.   Paul Hardy was a drug dealer who also was friends with Len

22    Davis.

23    Q.   Did you later find out that night that this woman,

24    Ms.Groves, had been killed approximately at 11:00 p.m.?

25    A.   Yes.

1    Q.   Mr.Williams, did you plan anything to do with that

2    murder?

3    A.   No, I didn't.

4    Q.   Did you actively participate in any regards in that

5    murder?

6    A.   No.

7    Q.   After Ms. Groves was murdered, did Len Davis want to kill

8    anybody else?  Did he want anybody else murdered in

9    conjunction with that?

10    A.   Yes.  The guy, Nathan Norwood, the one that was the victim

11    of the complaint, he wanted also to kill him.

12    Q.   Is that the person that cut his nose when you chased him?

13    A.   Yes.

14    Q.   What did you do when Len Davis told you that?

15    A.   I talked him out of murdering him.

16    Q.   Was Norwood killed?

17    A.   No.

18    Q.   All right.  Has, at any time, has myself, Mr. McMahon, the

19    U.S. Attorney's Office, Mr. Jordan, the U.S. Attorney; has

20    anybody ever, associated with the federal government, given

21  you immunity for that murder?

22  A.  No.  As a matter of fact, they told me if there was any

23  evidence or did they --

24      MR. RIEHLMANN:  Judge, I'm going to object to what

25  the Government may have told him about --

1       THE COURT:  Was he ever granted immunity?

2       MR. WINTERS:  No.

3       THE COURT:  Any --

4  BY MR. WINTERS:

5  Q.  Were you ever granted immunity?

6  A.  No.

7       MR. RIEHLMANN:  All right.

8       THE COURT:  Okay.

9  BY MR. WINTERS:

10  Q.  Have you ever seen any evidence that you were involved in

11  that murder?

12      MR. RIEHLMANN:  Judge, I'm going to object to that.

13  It calls for this officer -- for this Witness to draw a legal

14  conclusion as to whether or not there was --

15      MR. WINTERS:  No.  No.

16      THE COURT:  Well, when the question was first asked,

17  the Witness was trying to explain his answer.

18      MR. WINTERS:  Right.

19      THE COURT:  And every witness has the right to do so.

20  So, --

21      MR. RIEHLMANN:  My objection was that he was about to

22  testify as to hearsay.

23      THE COURT:  -- since the question was rephrased, just

24  a yes or no, I think Mr. Winters is entitled to pursue the

25    matter and the objection is overruled.

                        Williams - Direct

 1    BY MR. WINTERS:

 2    Q.  Have you ever been shown any evidence or played any

 3    evidence, that you were involved in that murder?

 4    A.  No, I haven't.  And if I was, if there was any evidence,

 5    the Government told me they would charge me with the murder.

 6    But there wasn't any and there won't be any, because I wasn't

 7    involved in it.

 8    Q.  Did the Government give you any immunity for anything

 9    else?

10    A.  No, they haven't.

11    Q.  Now, where did that murder, as far as you know, occur?

12    What parish in the State of Louisiana?

13    A.   In Orleans Parish.

14    Q.  Have you ever discussed, with Harry Connick, the Orleans

15    Parish District Attorney, any immunity for that murder?

16    A.  No.

17    Q.  Has anybody associated with the DA's office given you any

18    immunity for that murder?

19    A.  No, they haven't.

20    Q.  Now, Mr.Williams, during your debriefings, you told the

21    Government about another crime or crimes you were involved in,

22    am I correct?

23    A.  That's correct.

24    Q.  And what other crime did you tell us you were involved in?

25    A.  Insurance scams and --

1  Q.  Insurance scams?

2  A.  Yeah.

3  Q.  All right.  Explain what you mean by "insurance scams" to

4  the ladies and gentlemen of the jury.

5  A.  Well, as police officers, we were supposed to go, like if

6  there was a traffic accident and we went to the scene, we were

7  supposed to take reports and accurate reports of what happened

8  at the accident.  In a scam, sometimes there was actually no

9  accident, however, the supposed victim would make out a police

10  report, have a police report made, as if an accident did

11  occur, so they can get an insurance claim on an accident.

12  Q.  Did you tell the Government about other police officers

13  involved in that?

14  A.  Yes, I did.

15  Q.  And was the Government investigating?  Did we know about

16  that?

17  A.  No.  I brought it to the Government's attention.

18  Q.  Now, have we discussed your testimony with you prior to

19  this trial and two other trials you testified in?

20  A.  Yes.

21  Q.  Okay.  How long do you estimate that myself and

22  Mr.McMahon spent with you, discussing testimony in this

23  trial, in the other trials, and the other investigations that

24  you're telling us about?

25  A.  About a hundred hours.


                                                    39
                          Williams - Direct

1  Q.  Now, did it involve just these two Defendants in the

2  courtroom today, or numerous other police officers?

3  A.  It involved a lot of other police officers.

4   Q.  You're in prison out of state, aren't you?

5   A.  Yes.

6   Q.  Haven't I talked to you by phone numerous times about

7   other police officers?

8   A.  Yes.

9   Q.  Corrupt police officers?

10   A.  Yes.

11   Q.  Now, also, in your trial preparation, did we review

12   numerous tapes with you, audio tapes?

13   A.  Yes.

14   Q.  What about video tapes?

15   A.  Yes.

16   Q.  A lot of tapes?

17   A.  Yes.

18   Q.  Now, in preparing for your testimony in this trial and the

19   two other trials you testified in -- strike that.

20       In preparing to testify in this trial, did you review any

21   documents?

22   A.  No.

23   Q.  Did you review your previous testimony from the other two

24   trials?

25   A.  Yes.

Williams - Direct

1   Q.  Did you review any FBI reports?

2   A.  No.

3   Q.  Did you ever appear at a grand jury and testify about any

4   of this?

5   A.  No.

6   Q.  If you refused to testify today, right now, Mr.Williams,

7    if you get up and say, "I don't want to testify.  Take me out
8    of the courtroom."  Would that fact in any way affect your
9    plea of guilty?
10   A.  No.  I'm still guilty as charged.
11   Q.  Now, has the Government given you any money to testify?
12   A.  No.
13   Q.  Has the Government given you anything else of value since
14   you've been cooperating in this -- in these numerous cases?
15   A.  Yes, they did buy me some clothes one time.
16   Q.  Now, when did we buy you clothes?
17   A.  Back in 1995.
18   Q.  What kind of clothes?
19   A.  Jeans and a couple of shirts.
20   Q.  Now, for what purpose did we buy you clothes, if you know?
21   A.  Well, I had lost a lot of weight and I didn't have any
22   clothing that fit me and I needed some, and so, I asked them
23   for some and they bought me some.
24   Q.  And that was back in '95?
25   A.  Yes.

                        Williams - Direct

1    Q.  And how much do you think those clothes cost?
2    A.  Altogether, probably about $200.
3    Q.  Have we bought you any clothes since 1995?
4    A.  No.
5    Q.  Did we give you anything else of value, or do anything
6    else for you, since you've been in jail for three and a half
7    years?
8    A.  Yes.  One time, that same year, 1995, they paid for my
9    girlfriend to fly down and see me, because I'm in prison out
10   of town.

11 Q. That's the only time any relative or your girlfriend has
12 been out to see you since you've been in jail?
13 A. Yes.
14 Q. For three and a half years?
15 A. Yes.
16 Q. Back in 1995?
17 A. Yes.
18 Q. When, in 1995?
19 A. In November of '95.
20 Q. Thanksgiving?
21 A. Yes, around then, for Thanksgiving.
22 Q. Now, do you have any children?
23 A. Yes.
24 Q. Have your children ever visited you?
25 A. No.

1 Q. Now, this visit you had with your girlfriend, was it a
2 regulated visit or was it a contact visit or a conjugal visit?
3 A. Oh, no, it was regulated.
4 Q. Where was the visit?
5 A. In prison.
6 Q. Were there guards around?
7 A. Yes.
8 Q. So, you had no contact with your girlfriend?
9 A. No.
10 Q. Do you know what it cost the Government to fly your
11 girlfriend out there?
12 A. I think it was about $500.
13 Q. All right, Mr.Williams, using the latter part of 1993 as

14  a reference point, how long had you been a police officer at

15  that time?

16  A.  From -- three years.

17  Q.  Three years?

18  A.  Uh-huh. (affirmative response)

19  Q.  And who was your partner back in December of 1993?

20  A.  Earl Desassier (phonetic).

21  Q.  Do you know an individual named Terry Adams?

22  A.  Yes.

23  Q.  Okay.  Does Mr. Adams have a nickname, or was he known on

24  the street by any particular nickname?

25  A.  Yes, I also knew him as Scaboo.


                                                    43
                        Williams - Direct

1   Q.  What did you know about Mr. Adams at that time, back in

2   '93?

3   A.  I knew he was a drug dealer who dealt drugs in mostly the

4   Lower Ninth Ward area.

5   Q.  Was that common knowledge among other the police officers

6   in the Fifth District?

7   A.  Yes, quite a few police officers knew about it.

8   Q.  You discussed it with other police officers?

9   A.  Yes.

10  Q.  When did you first physically meet Terry Adams?

11  A.  Oh, one day in, I think it was either the latter part of

12  November or early December of 1993, me and my partner, Earl

13  Desassier, we was on a routine patrol and we happened across

14  some drug dealers on Forstall Street.

15  Q.  Now, where is Forstall Street?

16  A.  That's located in the Ninth Ward area of NewOrleans, in

17  the Fifth District.

18    And so, we stopped the individuals and pulled them over,

19    because we knew they were suspected of -- well, we knew they

20    were drug dealers.  And one of those individuals happened to

21    be Terry Adams, Scaboo.  So, when I learned that Scaboo was

22    one of the individuals, we let all the other guys go, because

23    he was like one of the bigger time drug dealers.

24    Q.  Did you have any discussions with Mr. Adams after you let

25    the other people go?

1    A.  Yes.  I told Terry Adams that I knew about police officers

2    taking his money and drugs from him and that -- I told him

3    that for a fee of $10,000, that I would protect him from going

4    to jail and have other police officers taking his money.

5    Q.  Was that common practice in the Fifth District, for police

6    officers to steal drugs and money from individuals?

7    A.  Yes.

8    Q.  From drug dealers?

9    A.  Yes.

10    Q.  So, in other words, what you're telling this jury is back

11    in December of '93, you extorted him and told him you'd

12    protect him for $10,000?

13    A.  Yes.

14    Q.  Now, when I say "taking money," are you talking about

15    taking money and putting it on the property book, or you're

16    talking -- or what are you talking about?

17    A.  Oh, no.  We took the money and kept it for our personal

18    use, for whatever you wanted to do with it.

19    Q.  What did you do with the drugs, if you took them?

20    A.  Well, I didn't take any drugs, but I think other officers

21  took drugs and sold them.

22  Q.  After that, every time you met with Mr. Adams, would a

23  telephone call usually arrange those meetings?

24  A.  Yes.

25  Q.  You'd beep each other?

1   A.  Yes.

2   Q.  Okay.  Now, I'm going to direct your attention to December

3   24th, 1993.  And on that occasion, on that date, did you have

4   an occasion to meet with Mr. Adams?

5   A.  Yes.

6   Q.  Tell us where you met him?

7   A.  At a Rally's Burgers on St. Claude.

8   Q.  Hamburgers?

9   A.  Yes.

10  Q.  Okay.  Did you know at the time that Mr. Adams was

11  cooperating with the federal government?

12  A.  No, I didn't.

13  Q.  What did you meet him for?

14  A.  To receive what was later agreed to be $6,000.  I met with

15  him to receive a partial payment of that $6,000.

16  Q.  It wasn't $10,000, it was negotiated to $6,000?

17  A.  Yes.  And at this time, on this day at this time, he was

18  to give me half of that, which was $3,000.

19  Q.  Did he give you the $3,000?

20  A.  Yes, he did.

21  Q.  Were you on duty?

22  A.  Yes, I was.

23  Q.  Were you in uniform?

24  A.  Yes.

25    Q.  Were you in a police car?

Williams - Direct

1    A.  Yes.

2    Q.  Did you have anybody else in the police car with you?

3    A.  Yes, I -- as a matter of fact, I had a prisoner in the

4    back of the police car.

5    Q.  Explain to the jury how he gave you the money?

6    A.  I exited the police vehicle and with him, I walked over to

7    the rear of the vehicle.  I opened the police trunk and he

8    placed the money inside the trunk.

9    Q.  You counted it later?

10   A.  Yes.

11   Q.  Was it $3,000?

12   A.  Yes, it was.

13   Q.  And what did you do with that $3,000?

14   A.  I kept it for my personal use.

15   Q.  Direct your attention now to January 12th, 1994.  And I

16   ask you if you had an occasion on that date to meet with

17   Mr.Adams?

18   A.  Yes.

19   Q.  Tell us where you all met?

20   A.  We met at the Lake Forest Plaza Shopping Center.

21   Q.  And what was the purpose of meeting at the Lake Forest

22   Plaza Shopping Center?

23   A.  We were to talk about how I was going to protect him as he

24   delivered his drugs and I wanted to tell him at this time,

25   that I was going to be bringing someone else in to help me.

1   Q.  Okay.  What did you do when you first met him at the Lake
2   Forest Plaza Shopping Center?
3   A.  I had him follow me inside the shopping center, inside the
4   mall, into a bathroom.  Once we got inside the bathroom, I
5   searched him for a listening device.
6   Q.  Why did you do that?
7   A.  Well, I didn't know Terry Adams that well and I knew we
8   were about to engage into a criminal conversation, so I wanted
9   to make sure that he didn't have any listening, recording
10   devices on him, just in case he might have been working with
11   other police authorities.
12   Q.  Did you find a listening device or a recording device?
13   A.  No, I didn't.
14   Q.  You later found out that he had one?
15   A.  Yes.
16   Q.  He recorded your conversation?
17   A.  Yes, he did.
18   Q.  Now, you said you were going to bring in another police
19   officer.  Who was that other police officer that you were
20   going to bring in?
21   A.  Len Davis.
22   Q.  Now, why were you going to bring in Len Davis?
23   A.  Len Davis was a police officer that I knew that I could
24   trust and he was already involved in criminal activity.  So, I
25   decided -- he was -- and he knew Terry Adams too, so I figured

1   he would be a good guy to bring in.
2   Q.  Had you discussed this with Mr. Davis before you got him
3   involved?

4    A.  Yes.

5    Q.  Did he agree to do it voluntarily?

6    A.  Yes.

7    Q.  Was he eager to do it?

8    A.  Yes.

9    Q.  Did you force him to get involved?

10   A.  Oh, no.

11   Q.  Len Davis wasn't your partner at the time, though, am I

12   correct?

13   A.  No, he wasn't.

14   Q.  Now, did he later become your partner?

15   A.  Yes.

16   Q.  And tell us when he became your partner?

17   A.  I believe it was about April of 1994, somewhere around

18   there.

19   Q.  Did you all request to become partners with your

20   Commanders?

21   A.  Yes.

22   Q.  Why?

23   A.  Because we knew, quite often, we would be protecting Terry

24   Adams as he delivered drugs from location to location, and as

25   partners we would -- it would be easier for us to protect him,

                                        49
                          Williams - Direct

1    so we requested to be partners.

2    Q.  To further your criminal conduct?

3    A.  Yes.

4    Q.  What about that other $3,000 that Mr. Adams was supposed

5    to pay you; did he pay you?

6    A.  Yes, he did.

                          Page 43

7   Q.   So, you received a total of $6,000?

8   A.   Yes.

9   Q.   Now, after you received that second payment, did you and

10  Len Davis begin working with Mr. Adams?

11  A.   Yes, we did.

12  Q.   And tell us what you did.

13  A.   Well, Terry Adams would call us and tell us that he had

14  some cocaine to deliver and we would meet with him and then he

15  would make the delivery, as we would follow behind him, making

16  sure that no other police officers stopped him or no jackers

17  take his money or drugs from him.

18  Q.   What do you mean by "jackers"?

19  A.   Well, the guys that know that Terry Adams -- other

20  criminals or drug dealers that know Terry Adams is a drug

21  dealer, if they figure that he's delivering drugs now, they'd

22  probably try to take his drugs from him to make themselves --

23  Q.   Now, how much was Mr. Adams paying you to protect his drug

24  trafficking activities?

25  A.   He had agreed to pay us $1,000 for each kilo of cocaine he

50
Williams - Direct

1   delivered.

2   Q.   Do you know what a kilo is?  A kilogram?

3   A.   It's about two pounds, I believe.

4   Q.   How many kilograms of cocaine over that three or four

5   month period did you protect for Mr. Adams, you and Mr. Davis?

6   A.   Eight and a half -- eight and a half kilos.

7   Q.   Different areas in the city of NewOrleans?

8   A.   Yes.

9   Q.   Now, did you protect anything else for Mr. Adams, and

10  particularly in April of 1994?

11   A.   Yes.  We protected a shipment of money for him.

12   Q.   And tell us about that, elaborate a little bit about that.

13   You say "we," who's we?

14   A.   Myself and Len Davis.  He was supposed to go out and pick

15   up $100,000 and deliver it to this drug dealer who he was

16   associated with, --

17   Q.   Who was --

18   A.   -- and we were to --

19   Q.   Who was his drug dealer?

20   A.   He referred to him as "JJ".

21   Q.   And who did you later find out JJ was?

22   A.   An undercover FBI agent.

23   Q.   Well, did he pick up some money?

24   A.   Yes, he did.

25   Q.   And did he bring it to JJ?

Williams - Direct

1   A.   Yes.

2   Q.   And you followed him to make sure he wouldn't get stopped?

3   A.   Yes.

4   Q.   And where did he deliver the money, do you recall?

5   A.   To the Sheraton Hotel.

6   Q.   And how were you and Len Davis dressed?

7   A.   We were dressed in our police uniforms.

8   Q.   Did you all see JJ at that time?

9   A.   Yes, we did see him.

10   Q.   Did you meet him and talk to him?

11   A.   No.

12   Q.   How much were you paid for protecting this money?

13   A.   We received $1,000 each.

14  Q.  Now, I'm going to direct your attention to May 4th of

15  1994, and do you recall meeting with JJ on that occasion?

16  A.  Yes.

17  Q.  Now, I'm not going to play you the entire tape because

18  this jury has already seen it, but let me ask you a couple of

19  questions about it.  Where did you meet with him?

20  A.  This time we met at a Hilton Hotel.

21  Q.  And what was the purpose of the meeting?

22  A.  To discuss how we would continue to protect the drugs as

23  JJ brought them in and -- and had them delivered.

24  Q.  And who was at the meeting?

25  A.  It was myself, Len Davis, JJ and Terry Adams.

52

                    Williams - Direct

1  Q.  Were you on duty or off duty?

2  A.  We were off duty at the time.

3  Q.  You later found out there was a video made of that, am I

4  correct?

5  A.  Yes.

6  Q.  Now, I'm not going to go into the details of the video,

7  except to ask you one thing:  What happened at the beginning

8  of your meeting with JJ?  What did you all do?

9  A.  When we first walked into the room, we stripped down to

10  make sure no one was wearing a listening device, and then we

11  searched the room for listening or recording devices.

12  Q.  Why did you do that?

13  A.  We knew we were about to engage in a criminal conversation

14  and we didn't quite trust these people totally, so we didn't

15  know if it was going to be a sting operation or something, so

16  we wanted to be careful.

17         MR. WINTERS:  Now, Your Honor, I'm not going to

18  obviously play this video, but there is a small portion of it,

19  approximately 15 seconds, that I would like to play for Mr. --

20  to Mr.Williams and ask him a couple of questions about it.

21          THE COURT:  Okay.

22          MR. WINTERS:  Would you put in SW, for Sammie

23  Williams, V1.

24          THE COURT:  David, would you roll that thing around a

25  little bit like it was yesterday, and like they have done at

Williams - Direct

1  the other end.

2          THE CLERK:  (Complying)  Can you see that?

3          THE COURT:  That's about it.

4          THE CLERK:  Lights?

5          THE COURT:  No, not just for 15 seconds.

6          You don't want the lights out for 15 seconds, do you?

7          MR. WINTERS:  No, sir.  No, sir.

8      (Whereupon, the following excerpt of the video tape of

9  Defendant's Exhibit SW V1, a meeting at the Hilton Hotel,

10  between JUAN JACKSON, TERRY ADAMS, LEN DAVIS and SAMMIE

11  WILLIAMS, dated May 4, 1994, was then played for the jury:)

12          "MR. DAVIS:  (Inaudible) Well, fuck it, I'm going to

13  make this little run, it's just right over there, and get

14  back, everything going be cool and, boom, that's when they get

15  you.

16          "MR. JACKSON:  Okay.

17          "MR. DAVIS:  And get my, 'Well, what the fuck

18  happened?  Why you all didn't -- you ain't let us know.'

19          "MR. WILLIAMS:  (Inaudible)

20          "MR. JACKSON:  Okay.

21          "MR. DAVIS:  You see, but that didn't happen with a

22    person that I dealt with in the past.

23          "MR. JACKSON:  Correct.

24          "MR. DAVIS:  Small, small time.

25          "MR. JACKSON:  Right, right, right, right.

                    Williams - Direct

 1          "MR. DAVIS:  And he figure he did something.

 2          "MR. JACKSON:  Right.

 3          "MR. DAVIS:  Knew what was going on, he seen it, but

 4    still tried to force it, and lost.

 5          "MR. JACKSON:  And got fucked.

 6          "MR. DAVIS:  And you can't do that.

 7          "MR. JACKSON:  All right.

 8          "MR. DAVIS:  And if you're looking for us to help

 9    you, you've got to --"

10                    (Video tape stopped)

11    BY MR. WINTERS:

12    Q.  What did Mr. Davis mean, to you, when he said, "And that's

13    when they get you."  What is he talking about?

14    A.  That's when you get caught by the police.

15    Q.  Now, who was he talking about, a person he dealt with in

16    the past, who was that person; do you know?

17          MR. RIEHLMANN:  I'm going to object to that.  It

18    would call for this witness to speculate.

19          MR. WINTERS:  Well, if he knows, Your Honor.  I asked

20    him if --

21          THE COURT:  Do you know who that was?

22          THE WITNESS:  Yes, I know exactly who he was talking

23    about.

24          MR. WINTERS:  Well, I object that the proper

25    foundation hasn't been laid as to --

                           Williams - Direct

1          THE COURT:  Overruled.
2     BY MR. WINTERS:
3     Q.  All right.
4     A.  He was talking about Charles Boutin.
5     Q.  And who was Charles Boutin?
6     A.  He's a drug dealer that Len Davis used to protect.
7     Q.  What do you mean "protect"?
8     A.  Well, Len Davis would receive information from Narcotics
9     that they were about to investigate or have surveillance done
10    on a certain person or area, and he would give that
11    information to Charles Boutin to let him know, "Be careful,
12    watch what you're doing."
13    Q.  All right.  Now, when you say "Narcotics," you mean
14    N.O.P.D. Narcotics?
15    A.  Yes.
16    Q.  Okay.  And where is Boutin now?
17    A.  He is in prison.
18    Q.  Federal prison?
19    A.  Yes.
20    Q.  Now, after that video, after -- not after the video, but
21    after the meeting on May 4th, did you and Len Davis talk to
22    any other police officers about your meeting?
23    A.  Yes.
24    Q.  Tell us about that.
25    A.  We met with -- myself and Len Davis, we had left our Fifth

Williams - Direct

1  District area and met with Leon Duncan and Lemmie Rodgers in
2  the First District, because they work in the Sixth District.
3  The First District was like a medium area for us to meet.
4  Q.  Now, you say you met with Lemmie Rodgers, or Leon Duncan
5  and Lemmie Rodgers.  Do you see Leon Duncan in the courtroom?
6  A.  Yes.
7  Q.  Would you describe him by the clothes he's wearing, sir?
8  A.  He's wearing a white shirt with a designer tie and
9  glasses.
10  Q.  Sitting next to his attorney?
11  A.  Yeah, seated right over there (indicating).
12      MR. WINTERS:  Let the record reflect that the Witness
13  has identified the Defendant.
14  BY MR. WINTERS:
15  Q.  You say you met with them in the First District.  What do
16  you mean by the First District?
17  A.  Well, it's around the Canal Street area.
18  Q.  And what happened when you met with him?
19  A.  I remained in the vehicle and Len Davis exited the
20  vehicle.  Lemmie stayed inside his vehicle and Leon Duncan got
21  out their vehicle.  Len Davis and Leon Duncan engaged into a
22  conversation for a while, then they returned to their
23  vehicles.  Once Len returned to the vehicle with me, he told
24  me what they talked about.
25  Q.  What did they talk about?

57
Williams - Direct

1  A.  Well, Len told me that he explained to Leon what we did at
2  the hotel.  He told -- he said he told him about how we
3  searched and looked -- we were very careful, and we looked for

 4   listening devices and everything.  We even searched each
 5   other.  And he said, however, Leon told him that might have
 6   been a bad idea.  And the reason was, Leon gave us, that if
 7   there was a sting operation going on and federal authorities
 8   planted those bugs or listening devices, we wouldn't have been
 9   able to find them anyway, and if it happens to go to court,
10   how would we explain searching each other and searching the
11   room for listening devices, if -- if we wasn't doing anything
12   wrong.
13   Q.  Did you ever talk, personally, to Leon Duncan and get
14   advice from him?
15   A.  Yes.
16   Q.  Tell us what advice Mr. Duncan gave you.
17   A.  Well, one time he told me about -- well, he was talking to
18   me and Len, where he was telling us about a time when he was
19   working in Narcotics and he had the occasion to work with DEA.
20   And he -- he said -- because at this -- at this time we was
21   explaining to him, how we also are being careful about having
22   nobody following us, we were always playing our rearview
23   mirrors.  That means looking in the rearview mirrors, watching
24   at all times, to see if anybody was following us.
25       Well, Leon explained that when he was working -- he had --

                          Williams - Direct
 1   he talked to the DEA agent, he learned that they had
 2   equipment, surveillance equipment, whereby if you're on an
 3   airplane and using this equipment, you can see something on
 4   the ground as small as a license plate on a vehicle.  And
 5   however, if you're on the ground looking up in the air, you
 6   wouldn't even see that airplane.  So, no matter how careful we

7   were, if it was a federal agency investigating us, they can

8   follow us and we wouldn't even know.

9   Q.  Do you remember where you and Mr. Duncan talked?

10  A.  I don't remember the exact date.

11  Q.  Where, not date.

12  A.  Oh, --

13  Q.  Or where did you all -- where were you all when you

14  talked?

15  A.  We was at the warehouse.  We was at the location where we

16  protected the drugs.

17  Q.  Did Mr. Duncan know you were protecting drugs at that

18  warehouse?

19  A.  Oh, yes.

20  Q.  And he at one time was in Narcotics?

21  A.  Yes, he was.

22  Q.  Was he at one time a -- was he ever a partner of Len

23  Davis?

24  A.  Yes.

25  Q.  Prior to you being a partner with Len Davis?

59

Williams - Direct

1   A.  Yes.

2   Q.  I'm going to direct your attention now to May 22nd, 1994.

3           MR. WINTERS:  Your Honor, I just want to tell the

4   Court that this is about a -- it's not as long as the last

5   video.  I don't mean that video (indicating).  I mean the one

6   yesterday.  But it's about a 42 minute video.  If the Court

7   wants to consider a break or I can go into it.

8           THE COURT:  Well, we're --

9           MR. WINTERS:  It's up to you.

10          THE COURT:  We're a few minutes short of the time

11  where we would have our morning break and stretch, but if it's

12  going to be that long, it might be appropriate to do that now.

13  So, we'll take a 15 minute recess.

14          MR. WINTERS:  Thank you, sir.

15      (Jury out at 10:30 a.m.)

16                      *   *   *   *   *

17      (Recess at 10:30 a.m., until 10:47 a.m.)

18                      *   *   *   *   *

19      (Jury in at 10:47 a.m.)

20          THE COURT:  Please be seated.

21          MR. WINTERS:  Your Honor, just --

22          THE COURT:  Mr. Winters.

23          MR. WINTERS:  Just a little housekeeping before we

24  start.  The Government would offer, introduce and file into

25  evidence SW V1, which is that short video we just showed to


                                                        60
                          Williams - Direct

1   the jury and JJ 3A, which is that portion of the tape that

2   Mr.McMahon played during the redirect examination.

3           MR. RIEHLMANN:  No objection.

4           THE COURT:  No objection?

5           MR. VOIGHT:  No objection, Your Honor.

6           THE COURT:  Received.

7           MR. WINTERS:  Thank you, Your Honor.

8   BY MR. WINTERS:

9   Q.  All right, Mr.Williams, I'm going to direct your

10  attention now to May 22nd, 1994.  Did you have another meeting

11  with JJ?

12  A.  Yes.

13  Q.  And where were you at this time, where did you all meet

14    this time?

15    A.  At the Hilton Hotel.

16    Q.  Were you in the same room as you were for the May 4th

17    meeting?

18    A.  No, we were all the way on the other side of the hotel.

19    Q.  The same Hilton, down the block, down by the River?

20    A.  Yes.

21    Q.  And who was in the meeting?

22    A.  Myself, Len Davis, JJ and Terry Adams.

23         MR. WINTERS:  Would you please play, now, SW V2,

24    which is a video tape of that meeting.

25         Oh, ladies and gentlemen, there is no transcript of


                                         61
                         Williams - Direct

1    this, okay, so.

2         (Whereupon, the following excerpt of the video tape of

3    Defendant's Exhibit SW V2, a meeting at the Hilton Hotel,

4    between JUAN JACKSON, TERRY ADAMS, LEN DAVIS and SAMMIE

5    WILLIAMS, dated May 22, 1994, was then played for the jury:)

6    (The video tape was unintelligible for transcription purposes)

7                        (Video tape stopped)

8    BY MR. WINTERS:

9    Q.  What problems is he -- are you all having a problem there?

10   A.  Oh, yes.  He's trying to use a card key to enter the door

11   and he's having a little trouble with it.

12   Q.  Okay.

13                       (Video tape restarted)

14   (The video tape was unintelligible for transcription purposes)

15                       (Video tape stopped)

16   BY MR. WINTERS:

17   Q.  Who was the person that just walked in, with the striped

18  shirt on?

19  A.  That's me.

20  Q.  And who is the two people sitting on the bed?

21  A.  That's Terry Adams and JJ.

22  Q.  And is Len Davis also in this meeting?

23  A.  Yes.

24  Q.  Where does he sit in this meeting; do you recall?

25  A.  Yes.  He sits on a -- right in front the camera, you'll

                                        62
                        Williams - Direct

1  see the back of him as he sits down.

2                      (Video tape restarted)

3  (The video tape was unintelligible for transcription purposes)

4                      (Video tape stopped)

5  BY MR. WINTERS:

6  Q.  Is that you right there (indicating)?

7  A.  Yes, it is.

8                      (Video tape restarted)

9  (The video tape was unintelligible for transcription purposes)

10                     (Video tape stopped)

11  BY MR. WINTERS:

12  Q.  What does that mean to you?  What is Mr. -- what Mr.Juan

13  Jackson is saying.  what does that mean to you?  what is he

14  talking about "insurance"?

15  A.  Well, he's telling us that the guy that he's getting this

16  warehouse from, wants to make sure that he has the place

17  insured and the proper papers are in order, little things like

18  that.

19                     (Video tape restarted)

20  (The video tape was unintelligible for transcription purposes)

                        **Page 55**

21                    (Video tape stopped)

22   BY MR. WINTERS:

23   Q.  What is he talking about "running out"?

24   A.  Well, he's talking about at this location, this warehouse

25   that he's trying to rent, he's going to be storing cocaine

1    there.  And what he's talking about running out loads is the

2    loads of cocaine, of vans full of cocaine, that we're supposed

3    to protect as he -- as they traffic out from the warehouse.

4                    (Video tape restarted)

5    (The video tape was unintelligible for transcription purposes)

6                    (Video tape stopped)

7    BY MR. WINTERS:

8    Q.  What does Mr. Davis mean, and I'm using his language, when

9    he says "A van or a truck is less likely to be fucked with"?

10   A.  He's saying that if the van or the people driving it were

11   suspicious, then the police were less likely to stop someone

12   in a van or a truck than they would a regular car.

13                    (Video tape restarted)

14   (The video tape was unintelligible for transcription purposes)

15                    (Video tape stopped)

16   BY MR. WINTERS:

17   Q.  What is he talking about there to you, Mr.Williams?

18   A.  He's saying as the -- while the drugs are inside the

19   warehouse, he want us to have officers watching the warehouse,

20   making sure no one goes in and out, that he doesn't know

21   about.

22                    (Video tape restarted)

23   (The video tape was unintelligible for transcription purposes)

24                    (Video tape stopped)

25    BY MR. WINTERS:

Williams - Direct

1    Q.  What are you telling him?  What are you and Mr. Davis

2    telling the undercover agent there?

3    A.  Well, we're giving him the instructions on how police

4    officers react to certain guys in certain type vehicles, and

5    we're telling him that the younger guys are usually suspect of

6    police officers, so if the guys get nervous or look a certain

7    way, that might draw something suspicious about him and

8    that's, we tend to pull that type person over if they're in a

9    certain type vehicle.

10                        (Video tape restarted)

11   (The video tape was unintelligible for transcription purposes)

12                         (Video tape stopped)

13   BY MR. WINTERS:

14   Q.  What do you mean by, "They own the U-Haul trucks," or what

15   does Davis mean, to you?

16   A.  They got -- a lot of guys used to transport drugs in U-

17   Haul trucks and they know that the police are now aware to

18   that type of trafficking, so they don't really do that any

19   more.

20                        (Video tape restarted)

21   (The video tape was unintelligible for transcription purposes)

22                         (Video tape stopped)

23   BY MR. WINTERS:

24   Q.  What are you talking about there?

25   A.  Now, we're telling him like in some situations if you have

1   a female in the car with you, who doesn't know that you're
2   having -- that you're transporting drugs, and the police
3   happen to stop you, then she's not going to be scared or
4   nervous and/or draw any attention, suspicious attention to
5   herself, because she doesn't know there's anything wrong.
6           Because in some cases we have individuals that know
7   they're transporting drugs, so when the police pull them over,
8   they go to doing things like, "Yes, sir.  Here's my driver's
9   license," or you know, they using their signals and stuff
10  like that, making sure that the police don't get upset and
11  want to go further to investigate them.  So, they try to act
12  cool or either they get real nervous and then that draws
13  attention to them too.  So, we're telling them some of the
14  things that happens when we do stop drug dealers.
15                  (Video tape restarted)
16  (The video tape was unintelligible for transcription purposes)
17                  (Video tape stopped)
18  BY MR. WINTERS:
19  Q.  Who is he talking about driving?  Who is he referring to?
20  A.  The guys that's going to be transporting the drugs, the
21  couriers.
22  Q.  The couriers?
23  A.  Yes.
24                  (Video tape restarted)
25  (The video tape was unintelligible for transcription purposes)

1                   (Video tape stopped)
2   BY MR. WINTERS:
3   Q.  What does Mr. Davis mean there, that that's our district

4    between three and eleven, we're going to be there?

5    A.  Well, he's talking about the Fifth District area, which is

6    the area that we spoke about, I think, on another -- on the

7    previous meeting that we had, on where the warehouse may be

8    located.  And it -- if it's located in that area, we'll be

9    able to monitor that area pretty often.

10   Q.  Was the warehouse located in the Fifth District?

11   A.  Yes, it was.

12   Q.  And what's three to eleven?

13   A.  That's the shift that me and Len worked on, from 3:00 p.m.

14   to 11:00 p.m.

15                   (Video tape restarted)

16   (The video tape was unintelligible for transcription purposes)

17                   (Video tape stopped)

18   BY MR. WINTERS:

19   Q.  What's he talking about, "Mustangs on the Interstate"?

20   A.  Well, he's talking about the N.O.P.D. Highway Patrol

21   Officers.  They usually monitor the freeways, stop guys that

22   are speeding, and then if they stop them, pretty much cars,

23   because you've got to search the whole car.

24   Q.  They drive Mustangs?

25   A.  Yes, they were at that time.


                                                     67
                   Williams - Direct

1                   (Video tape restarted)

2    (The video tape was unintelligible for transcription purposes)

3                   (Video tape stopped)

4    BY MR. WINTERS:

5    Q.  Was Mr. Davis saying that, or you?

6    A.  Right there at the end he's saying that if Narcotics or

7    another law enforcement agency, like DEA, is already

8    investigating them and we have no idea of that, then we all

9    will be going to jail, because they realize we're all involved

10   in this conspiracy.

11   Q.  By "Narcotics," what is he referring to?

12   A.  N.O.P.D. Narcotics.

13   Q.  And what's DEA?

14   A.  That's the Drug -- that's a federal agency, Drug

15   Enforcement Administration.

16   Q.  They investigate drug violations?

17   A.  Yes.

18                        (Video tape restarted)

19   (The video tape was unintelligible for transcription purposes)

20                         (Video tape stopped)

21            MR. WINTERS:  Can we approach the bench, Your Honor?

22            THE COURT:  Sure.

23                    *    *    *    *    *

24       (At side bar on the record)

25            THE COURT:  All right.



                                                            68
                        Williams - Direct

1            MR. WINTERS:  It's 404(b) time.

2            MR. RIEHLMANN:  It's 404(b) time.

3            THE COURT:  All right.  I'm going to rule on the

4    404(b).  I've already prepared a ruling, which I haven't

5    signed.  It's on my desk, but I will file it into the record.

6            The 404(b), is that what that is

7            THE LAW CLERK:  This is the instructions.

8            THE COURT:  Oh, they --

9            THE LAW CLERK:  I can go get the thing off your desk.

10   This is the instructions you read.

11          THE COURT:  All right.  And then, I'll read these.

12          THE LAW CLERK:  I put you have heard.  It will be

13     "you will hear."

14          THE COURT:  Do we have copies of them?

15          THE LAW CLERK:  Let me go get that.

16          THE COURT:  We might as well give you your copies

17     now.

18          The bottom line on what I did is I permitted it to

19     come in and you haven't even had a chance to make an

20     objection.

21          And neither have you, Mr. Voight.  But I'm assuming

22     that you do make an objection in yours.

23          Now, that's in this.  What I propose to do is sign

24     this and put it into the record.  I'm not going to read this

25     to the jury.  And if you have --


                                              69
                         Williams - Direct

1          THE LAW CLERK:  I have copies.

2          THE COURT:  -- copies for Counsel.

3          THE LAW CLERK:  Okay.

4          MR. VOIGHT:  Thank you.

5          THE LAW CLERK:  You're welcome.

6          THE COURT:  All right.  We're ready to roll, then?

7          MR. RIEHLMANN:  And you're saying that the record

8     reflects it, that we have an objection?

9          THE COURT:  Yes, let the record reflect that both

10     Counsel, Mr. Riehlmann and Mr. Voight, object to this 404(b)

11     type evidence which the Government proposes to use now, and

12     the objections are overruled and the Court has issued an

13     opinion in writing, which will be filed into the record.

14          MR. VOIGHT:  Thank you, Judge.

15          THE LAW CLERK:  The 404(b) is the Charles Boutin

16   evidence?  Is that the Charles Boutin?

17          MR. WINTERS:  Well, that's among other things.

18          THE LAW CLERK:  Among other things.

19          THE COURT:  Okay.

20          THE LAW CLERK:  Okay.

21      (End of discussion at side bar)

22                  *   *   *   *   *

23          THE COURT:  Ladies and gentlemen, I want to read you

24   some instructions that you should follow in this matter now.

25          "You will hear evidence of acts of Defendant, Leon R.


                                              70
                        Williams - Direct

1    Duncan, which may be similar to those charged in the

2    indictment, but which were committed on other occasions.  You

3    must not consider any of this evidence in deciding if the

4    Defendant Duncan, committed the acts charge in the indictment.

5    However, you may consider this evidence for other very limited

6    purposes.

7          "If you find beyond a reasonable doubt from other

8    evidence in this case that the Defendant did commit the acts

9    charged in this indictment, then you may consider evidence of

10   the similar acts allegedly committed on other occasions, to

11   determine whether the Defendant had the state of mind or

12   intent necessary to commit the crime charged in this

13   indictment, whether the Defendant had a motive or the

14   opportunity to commit the acts charged in indictment, and

15   whether the Defendant acted according to a plan or in

16   preparation for commission of a crime, or whether the

17   Defendant committed the acts for which he is on trial by

18  accident or mistake.

19       "You must only consider this evidence in the case

20  against Defendant Duncan.  This evidence cannot be considered

21  in the case against Defendant Jones.  These are the limited

22  purposes for which any evidence of other similar acts may be

23  considered."

24       You may proceed, Mr. Winters.

25       MR. WINTERS:  Thank you, Your Honor.

Williams - Direct

1  BY MR. WINTERS:

2  Q.  Mr.Williams, I'm going to ask you questions about the

3  passage we just heard on this video tape.  What does it mean

4  to you when Davis is saying he has friends on the Police

5  Department who is about to transfer to Narcotics?  What is he

6  talking about there?

7  A.  Leon Duncan was going to Narcotics and --

8  Q.  What was Leon Duncan supposed to be doing for him?

9  A.  Just what he did before, gave Len information on -- on

10  when Narcotics was going to surveil a certain -- get

11  surveillance on a certain area and then could use that

12  information to his advantage.

13  Q.  Now, how do you know Leon -- was Leon Duncan formerly in

14  Narcotics?

15  A.  Yes.

16  Q.  And when you say "Leon Duncan," you're talking about the

17  Defendant that you identified earlier?

18  A.  Yes.

19  Q.  How do you know Leon Duncan was planning on transferring

20  back to Narcotics?

21 A. Well, just as Len is telling these guys here, he told me

22 the same thing, except for he went into more in depth by

23 telling me the guy's name, Leon Duncan. And at another time,

24 we were -- we was going to Central Lockup, Central Lockup is

25 the place where we bring the prisoners at. While me and Len

72

Williams - Direct

1 Davis was going to Central Lockup, we ran into Leon Duncan,

2 who was also at Central Lockup. And, again, in my presence,

3 he mentioned himself that he was going to be going to

4 Narcotics as soon as we get the new police chief in.

5       Because, you see, at this time we was expecting a new

6 police chief to come in. And when -- usually, when a new

7 police chief comes in, he pretty much do a overhaul on his,

8 like chain of command. And Leon felt he had enough connection

9 to get back into Narcotics when the police chief came in.

10 Q. Leon Duncan told you that?

11 A. Yeah -- well, he told it to me and Len, or Len in my

12 presence.

13 Q. At Central Lockup?

14 A. Yes.

15                     (Video tape restarted)

16 (The video tape was unintelligible for transcription purposes)

17                     (Video tape stopped)

18 BY MR. WINTERS:

19 Q. First of all, what is Davis, to you, talking about? Who

20 is the person he's talking about he was protecting?

21 A. Charles Boutin.

22 Q. And how was he protecting him?

23 A. Well, you see, as he's telling these guys here, the guy

24 from Narcotics, Leon Duncan, used to give him information on

Page 64

25    when Narcotics would like go try to make a drug buy.  And

                              Williams - Direct

1     that's how undercover Narcotics agents work.  They go to the

2     guy trying to make a drug buy from a known drug dealer.

3         In this case, it could have -- it was Charles Boutin and

4     Leon Duncan gave him that information that they were coming,

5     so Charles Boutin would know who the guys are, and not to make

6     any deals with them.

7     Q.  Now, do you know an individual named Lemmie Rodgers?

8     A.  Yes.

9     Q.  Was he ever assigned to Narcotics?

10    A.  I believe he worked with Narcotics, but he was assigned to

11    like a special assignment.

12    Q.  Did he ever give Len Davis any information, to your

13    knowledge?

14    A.  Yes.

15    Q.  Okay.  Did you talk to Lemmie Rodgers personally?

16    A.  No.

17    Q.  Did -- who told you?

18    A.  Len did.

19                         (Video tape restarted)

20    (The video tape was unintelligible for transcription purposes)

21                         (Video tape stopped)

22    BY MR. WINTERS:

23    Q.  Who is he talking about there?

24    A.  Leon Duncan and Lemmie Rodgers.

25    Q.  Did Leon Duncan get his wish and get transferred back to

1    Narcotics when Chief Pennington took over?

2    A.  No.

3                        (Video tape restarted)

4    (The video tape was unintelligible for transcription purposes)

5                        (Video tape stopped)

6    BY MR. WINTERS:

7    Q.  What does he mean to you when he says, "when we get what

8    we get in Miami and New York, we hold onto it."  What's he

9    talking about there?

10   A.  He's talking about the cocaine.  Like, say, if it's in

11   Miami and it's coming to NewOrleans, it might sit here in

12   NewOrleans for a while or going to -- before it goes to New

13   York, or wherever it's going.  And he's saying at different

14   locations, it's just the cocaine is sitting in one place and

15   just -- just like we was going to be doing at the warehouse,

16   and it would be guarded there for a while.

17                        (Video tape restarted)

18   (The video tape was unintelligible for transcription purposes)

19                        (Video tape stopped)

20   BY MR. WINTERS:

21   Q.  What's he talking about there?

22   A.  Well, Lemmie's giving him instructions on how to

23   camouflage the vans that they going to be using to deliver the

24   drugs in, and he's telling him now you can put a logo on.  If

25   it's going to be an auto part accessory place, you could have

1    a logo on the side of the van that comes -- peels off and on,

2    disguising the van as that, and making it less conspicuous.

3    Q.  Did the warehouse pose as a business?

4    A.  Yes, it did.

5    Q.  And what business was it supposedly in?

6    A.  An auto accessories place.

7    Q.  Thank you.

8                        (Video tape restarted)

9    (The video tape was unintelligible for transcription purposes)

10                       (Video tape stopped)

11   BY MR. WINTERS:

12   Q.  Who is he talking about meeting or not meeting?

13   A.  The police officer that's going to be guarding the cocaine

14   at the warehouse.

15                       (Video tape restarted)

16   (The video tape was unintelligible for transcription purposes)

17                       (Video tape stopped)

18   BY MR. WINTERS:

19   Q.  What's "ends"?

20   A.  Money.

21                       (Video tape restarted)

22   (The video tape was unintelligible for transcription purposes)

23                       (Video tape stopped)

24   BY MR. WINTERS:

25   Q.  Did JJ want to meet the other police officers you --


                                                    76
                        Williams - Direct

1    A.  Yes, he did.

2    Q.  Did he?

3    A.  No, because the police officers, once Len did talk to

4    them, they didn't want to meet JJ.

5    Q.  They didn't want to meet JJ?

6    A.  No.

 7                   (Video tape restarted)

 8  (The video tape was unintelligible for transcription purposes)

 9                    (Video tape stopped)

10  BY MR. WINTERS:

11  Q.  What are you telling him?

12  A.  That me and Len Davis are going to be the only ones

13  following the couriers to whatever destination they were

14  going, and the other guys were going to be used to just guard

15  the cocaine that's still at the warehouse.

16                   (Video tape restarted)

17  (The video tape was unintelligible for transcription purposes)

18                    (Video tape stopped)

19  BY MR. WINTERS:

20  Q.  What's he talking about?  What is Adams talking about?

21  What does that mean to you?

22  A.  Terry Adams is just saying that he know a lot of drug

23  dealers that used to use storage places to store their cocaine

24  in, because they can -- they had easy access and they can go

25  in and out, get what they want to take out or leave whatever

                                              77
                        Williams - Direct

 1  they wanted to leave there, there, and have no problems.  But

 2  now, they have to leave a trail of -- trail of paperwork

 3  there, so it's not such a good idea because you have certain

 4  times they can go in now, like there's certain times you can't

 5  go in at all, regardless if you have your key or not, because

 6  they have like a -- a higher lock over those key locks.

 7                   (Video tape restarted)

 8  (The video tape was unintelligible for transcription purposes)

 9                    (Video tape stopped)

10  BY MR. WINTERS:

11    Q.  What is he talking about?  What's JJ talking about?

12    What's that mean to you?

13    A.  JJ's explaining to us that the guy he's getting the

14    warehouse from believes that this is a company and he has a

15    large area like a company would use, not just the mini storage

16    areas for individuals to walk in or out.

17                      (Video tape restarted)

18    (The video tape was unintelligible for transcription purposes)

19                      (Video tape stopped)

20    BY MR. WINTERS:

21    Q.  What's Terry Adams talking about there?

22    A.  He's saying once the guy, the owner of the warehouse,

23    looks over the warehouse the initial time, once he have his

24    business set up, he won't worry about it after he sees that

25    this is an auto accessory place and it's disguised as such, so


                                                         78
                      Williams - Direct

1    he thinks it is.  And after that initial check, he feels like

2    everything is legitimate so he won't worry about checking it

3    again, after that.

4    Q.  You all don't want the owner coming back after the first

5    time, right?

6    A.  That's correct.

7                      (Video tape restarted)

8    (The video tape was unintelligible for transcription purposes)

9                      (Video tape stopped)

10    BY MR. WINTERS:

11    Q.  What people is he talking about then?

12    A.  The guys protecting the drugs at the warehouse.

13    Q.  Policemen?

14   A.  Yes.

15                   (Video tape restarted)

16   (The video tape was unintelligible for transcription purposes)

17                   (Video tape stopped)

18   BY MR. WINTERS:

19   Q.  What is he talking about there?

20   A.  The location of the warehouse where we're going to be

21   protecting the drugs.

22   Q.  They didn't want to tell you where it was, did they?

23   A.  No, they know exactly where it is, but, remember, this is

24   the FBI and, here Terry Adams is working with them, so they

25   don't want us to go right to the warehouse and start checking

                                          79
                          Williams - Direct

1    it out right now, because they haven't really got their

2    surveillance set up.

3        But at the time we don't know this, so.

4                   (Video tape restarted)

5    (The video tape was unintelligible for transcription purposes)

6                   (Video tape stopped)

7    BY MR. WINTERS:

8    Q.  What does Davis mean there, "They going to love that,"

9    who's going to, "to see that marked unit."  Who is going to

10   love it?

11   A.  The residents and the business people in the area are

12   going to love to see the police frequenting the area.

13                   (Video tape restarted)

14   (The video tape was unintelligible for transcription purposes)

15                   (Video tape stopped)

16   BY MR. WINTERS:

17   Q.  What's he talking about, "running two at a time"?

18   A.  He's saying that he's going to have two different
19   locations where he's going to be transporting drugs from, at
20   one time.
21                  (Video tape restarted)
22   (The video tape was unintelligible for transcription purposes)
23                  (Video tape stopped)
24   BY MR. WINTERS:
25   Q.  Who is he talking about, again, his people in Narcotics?


                                          80
                    Williams - Direct
1    A.  Leon Duncan.
2                  (Video tape restarted)
3    (The video tape was unintelligible for transcription purposes)
4                  (Video tape stopped)
5    BY MR. WINTERS:
6    Q.  Who is that person?
7    A.  Leon Duncan
8    Q.  Did Davis used to ride with him?
9    A.  Yes, he did.
10                 (Video tape restarted)
11   (The video tape was unintelligible for transcription purposes)
12                 (Video tape stopped)
13   BY MR. WINTERS:
14   Q.  Who is "that other boy he was looking out for"?
15   A.  Charles Boutin.
16                 (Video tape restarted)
17   (The video tape was unintelligible for transcription purposes)
18                 (Video tape stopped)
19   BY MR. WINTERS:
20   Q.  What is Terry Adams talking about "getting three;" three

21    what?

22    A.  Well, he's saying he already had got three cellular

23    phones.

24    Q.  Did you all want cellular phones?

25    A.  Yes.

 1    Q.  Did you want to get them from JJ?

 2    A.  Yes.

 3                        (Video tape restarted)

 4    (The video tape was unintelligible for transcription purposes)

 5                        (Video tape stopped)

 6    BY MR. WINTERS:

 7    Q.  What did he give you there (indicating)?

 8    A.  A hundred dollars each.

 9    Q.  Did he give you any money after the first meeting in May?

10    A.  Yes.

11    Q.  What did he give you?

12    A.  A hundred dollars each.

13            MR. WINTERS:  That concludes the video.

14    BY MR. WINTERS:

15    Q.  Now, that video that you just saw, SW V2, and the small

16    part of SW V1 that you saw earlier; did they accurately, as

17    you best can recall, reflect the meeting you had in that

18    hotel?

19    A.  Yes.

20            MR. WINTERS:  Your Honor, at this time I'd offer,

21    introduce and file into evidence, SW V2.

22            MR. RIEHLMANN:  No objection.

23            MR. VOIGHT:  No objection, Your Honor.

24            THE COURT:  No objection, it's received.

25    BY MR. WINTERS:


                                                    82
                          Williams - Direct

 1    Q.   Now, Mr.Williams, after this meeting, did you all begin

 2    lining up police officers to guard that warehouse?

 3    A.   Yes, we did.

 4    Q.   Okay.  And you discussed it with police officers?

 5    A.   Yes.

 6    Q.   Now, you've already told us about talking to Leon Duncan,

 7    about what to do and not do.  Did you all talk to other police

 8    officers and seek their advice?

 9    A.   Yes.

10    Q.   And tell us, if you remember, who were the other police

11    officers you sought advice from besides Mr. Duncan?

12    A.   That would be Sergeant Carlos Rodriguez and Detective

13    Larry Smith.

14    Q.   And did both of those -- Sergeant Carlos Rodriguez, he was

15    a sergeant with the P.D.?

16    A.   Yes.

17    Q.   And where was he a sergeant?  What district?

18    A.   Fifth District.

19    Q.   And Larry Smith was a detective?

20    A.   Yes, he was a detective that worked in Child Abuse.

21    Q.   And did both of these individuals get involved in guarding

22    the warehouse?

23    A.   Yes.

24    Q.   Did you all begin guarding the warehouse?

25    A.   Yes, we did.


                                                    83

1 Q. And tell us, again, where was the warehouse located?

2 A. On the corner of Franklin and North Peters Street.

3 Q. Do you know the address?

4 A. I believe 420 Franklin Avenue.

5 Q. Now, we've already introduced into evidence, which has

6 been marked as P-1, the photograph of the warehouse. I'd ask

7 you if, with the Court's permission, to step down here and

8 describe certain things.

9         MR. WINTERS: Is that permissible, Judge?

10        THE COURT: As long as he's by the microphone so that

11 the record can pick it up, yes.

12        MR. WINTERS: Okay.

13        THE COURT: Counsel may move over -- yes.

14        MR. WINTERS: Step down here, Mr.Williams.

15        THE WITNESS: (Complying)

16        MR. WINTERS: Stay right there (indicating) out of

17 the way of the jury.

18 BY MR. WINTERS:

19 Q. Now, is that the warehouse that you all began guarding at

20 420 Franklin Avenue?

21 A. Yes, this is it right here (indicating).

22 Q. Okay. And does this picture accurately depict that

23 warehouse that, back in 1994 when you all were guarding it?

24 A. Yes.

25 Q. Okay. Now, you've been out to that warehouse numerous

1 times, am I correct?

2 A. That's correct.

3 Q. And where this van is there (indicating), tell us what

4    that is?

5    A.  Well, this is the entranceway to the warehouse here.  A

6    van used to come, carrying the drugs and driving inside this

7    door right here (indicating).

8    Q.  Okay.  And would you be notified of Mr.Williams or

9    Mr.Davis be notified before a van with couriers showed up at

10   the warehouse?

11   A.  Yes.

12   Q.  And what would you do?

13   A.  We would call the guys that's protecting the drugs at the

14   warehouse, and notify them.

15   Q.  Now, the guys that were protecting the drugs at the

16   warehouse, you're talking about other police officers?

17   A.  Yes.

18   Q.  Where did they ordinarily sit to protect the warehouse?

19   A.  They would sit over here across the street in this area

20   right here (indicating).

21   Q.  Right here by this -- right here (indicating)?

22   A.  Yes.  They would park their vehicles here.  The police in

23   the warehouse would come unlock it

24   Q.  Now, you said they would part the vehicles; what type of

25   vehicles?


                                                        85
                         Williams - Direct

1    A.  Either -- sometimes they were police vehicles, other times

2    they were their personal vehicles.

3    Q.  Did they come out in police cars and guard that warehouse?

4    A.  Yes.

5           MR. WINTERS:  Thank you, sir.

6    BY MR. WINTERS:

                         Page 75

7   Q. How many months did you and Mr. Davis hire other police

8   officers to guard this warehouse?

9   A. For six months.

10  Q. And do you remember from when to when these protection

11  scenarios occurred?

12  A. From June through November.

13  Q. Of which year?

14  A. 1994.

15  Q. What was your role in this operation, or what were you --

16  what were you supposed to be doing?

17  A. I would follow the couriers out as they went either east

18  or west on the Interstate.  I would protect them to a certain

19  distance.

20  Q. Now, when you say, "follow them in the Interstate," follow

21  them how far?

22  A. Well, if they were going east on the Interstate, I would

23  follow them until they went to the -- the twin span.  And if

24  they were going west, I would follow them until the parish

25  line.

                                                          86
                      Williams - Direct

1   Q. Protecting them the whole time?

2   A. Yes.

3   Q. And what would the other officers do?

4   A. They would stay at the warehouse and guard what cocaine

5   that was left there.

6   Q. There was one occasion when another officer had to be

7   called in to emergency duty to follow somebody, am I correct?

8   A. Yes.

9   Q. And who was that officer?

10  A. Larry Smith.
                      Page 76

11  Q.  Is he the only other officer that met the undercover

12  agent, JJ?

13  A.  Yes.

14  Q.  The rest of them didn't want to meet him?

15  A.  No.

16  Q.  Now, what was Len Davis' role in this operation?

17  A.  His was the same as mine, to follow the couriers to east

18  or west on the Interstate, to a certain point, protecting

19  them.

20  Q.  Who ran this protection scenario for six months?  Who was

21  in charge of it?

22  A.  Me and Len Davis.

23  Q.  And who, principally, was in charge?

24  A.  Len Davis.

25  Q.  Did you hire other police officers, personally; did you

Williams - Direct

1  hire other police officers to guard that warehouse?

2  A.  Yes, I hired one.

3  Q.  And who did you hire?

4  A.  Edward Williams.

5  Q.  And did Len Davis hire?

6  A.  Yes, he hired all the rest of them.

7  Q.  How many officers were to guard that warehouse at one

8  time?

9  A.  Two, at one time.

10  Q.  And how were they to be dressed?

11  A.  In their full police uniforms.

12  Q.  And what does a full police uniform mean?

13  A.  That includes your police shirt, your pants, and including

14    your firearm and all your police equipment.

15    Q.  Did they wear firearms, all of them?

16    A.  Yes.

17    Q.  And did you all instruct -- did Davis instruct them to?

18    A.  Yes.

19    Q.  Whose idea was it, as to dress these policemen in full

20    uniform?

21    A.  Len's.

22    Q.  How long were these shifts that these people worked at the

23    warehouse?

24    A.  Oh, they stayed there for 12 hour shifts.

25    Q.  Two officers, twelve hours?

1    A.  Yes.

2    Q.  Then they were replaced?

3    A.  Yes.

4    Q.  What were the officers who guarded the warehouse to say if

5    they were questioned by law enforcement?

6    A.  Well, they would say -- they were supposed to say that

7    they were working a detail for me and Len, and that the guy

8    who owns the warehouse or owns his business, had got a lot of

9    burglaries from other places that he worked and he wanted some

10   good police protection so that won't be happening here.  So,

11   they were supposed to act as if they were working a detail.

12   Q.  And who made up this story, --

13   A.  Me --

14   Q.  -- for these people to say?

15   A.  Me and Len did.

16   Q.  Would you ordinarily just get insurance if it was a

17   legitimate business?

18   A.  If it was a legitimate business, yes.

19   Q.  That story wasn't true?

20   A.  No, it wasn't.

21   Q.  Were the officers who guarded the warehouse given other

22   instructions as what to do, when they were at the warehouse?

23   What were they supposed to be doing out there, besides

24   sitting?

25   A.  Yes.  They were supposed to -- well, for JJ's purposes,


89
Williams - Direct

1    they were supposed to make sure no one comes to the warehouse

2    without their knowledge, which was coming from us.  And for

3    our purposes, we told them to make sure they keep a eye open

4    for other law enforcement that might be in the area.  So, take

5    down license plates, run the license plates, and stuff like

6    that.

7    Q.  Why didn't these other officers want to meet JJ?

8    A.  Oh, because they knew he was a drug dealer and they didn't

9    want to meet him face to face.  They figured the less contact

10   they had with him, the less chances there were of getting

11   caught in anything.

12   Q.  They knew they were doing something illegal?

13   A.  Oh, yes.

14   Q.  Did you and Len Davis or the other officers want to

15   actually physically see the cocaine at the warehouse?

16   A.  No.

17   Q.  Why not?

18   A.  Well, for basically the same reasons.  We feel -- we felt

19   as though if we didn't have to see the cocaine, we couldn't be

20   caught up in anything.

21   Q.  What would occur, usually, generally, at this warehouse
22   during these protection scenarios?
23   A.  Couriers would come in carrying cocaine, let it stay there
24   for two to three days, and then the couriers would come back
25   to take the cocaine out.

1    Q.  This was basically the same activity that occurred for six
2    months?
3    A.  Yes.
4    Q.  And how long would these guarding scenarios last, at a
5    time?
6    A.  From two to three days.
7    Q.  Were you and Len Davis paid for your services of guarding
8    that warehouse?
9    A.  Yes.
10   Q.  Were the other officers who were guarding the warehouse,
11   paid?
12   A.  Yes, they were.
13   Q.  And who paid you and Len Davis?
14   A.  JJ did.
15   Q.  And who paid the other officers?
16   A.  Len did.
17   Q.  And where were they paid?  Were you with Len Davis most of
18   the time?
19   A.  Yes.
20   Q.  And where were these other officers who guarded the
21   warehouse, where were they paid?
22   A.  Various locations.
23   Q.  Were these guys paid more than the normal rate for a
24   legitimate detail?

25    A.  Yes.

                    Williams - Direct
 1    Q.  Was the guarding of that warehouse like any normal detail

 2    you ever saw?

 3    A.  No.

 4    Q.  Was the guarding of that warehouse like any other normal

 5    detail you ever heard of?

 6    A.  No.

 7    Q.  All right.  I'm going to direct your attention now to June

 8    16th, 17th, and 18th.  Did you all and other officers guard

 9    the warehouse on that date?

10    A.  Yes.

11    Q.  Okay.  And did you meet before?

12    A.  Yes, we did.

13    Q.  And who usually met to discuss what was going to occur?

14    A.  Myself and Len Davis would meet with Terry Adams and JJ.

15    Q.  And did you all meet on the 16th at the warehouse?

16    A.  Yes.

17    Q.  And were you given anything at that time?

18    A.  Yes, I received a cellular telephone.

19    Q.  And did you want that cellular telephone?

20    A.  Yes.

21    Q.  And did you know, when you received it, that shortly

22    thereafter, that cellular telephone was going to have a court

23    authorized wiretap on it?

24    A.  No.

25    Q.  Or a court authorized pen register?

                    Page 81

1    A.   No.

2    Q.   Now, after you got that cellular telephone and after the

3    meeting broke up, who was the -- who were the first police

4    officers you called to work at that warehouse?

5    A.   Well, Len used the phone and he immediately beeped Leon

6    Duncan and Lemmie Rodgers.

7    Q.   Now, you say "immediately," but what are you talking

8    about?

9    A.   Well, the first call made was to them.

10   Q.   About an hour?

11   A.   Yeah.

12   Q.   And did Lemmie Rodgers and Leon Duncan ever work at that

13   warehouse?

14   A.   No.

15   Q.   And why didn't they work at the warehouse, do you know?

16   A.   Yes.  They -- they were leery of it being a sting

17   operation the whole time, so they didn't want to get right

18   involved like that.

19   Q.   Do they later become involved?

20   A.   Yes.

21   Q.   They had experience working Narcotics cases, am I correct?

22   A.   Yes.

23   Q.   How many officers did you and Len Davis use over the six

24   month period to protect cocaine at that warehouse?

25   A.   Eleven.

1    Q.   Counting yourself?

2    A.   Yes.

3    Q.   Nine, plus and Davis?

4    A.  Yes.

5    Q.  Did they all know they were guarding cocaine?

6    A.  Yes.

7    Q.  Now, --

8         MR. WINTERS:  Your Honor, I'm getting ready to start,

9    momentarily, another video, but it's a -- it's a shorter

10   video.  I don't know if the Court wants to recess.  It's about

11   ten minutes to 12:00.  It's about a -- about an eight to ten

12   minute video, if the Court wants to recess.

13        THE COURT:  Well, why don't you go through that,

14   then.

15        MR. WINTERS:  Go through that?

16        THE COURT:  Yes.

17        MR. WINTERS:  Fine, sir.

18   BY MR. WINTERS:

19   Q.  All right.  Mr.Williams, I'm going to direct your

20   attention now to July 7th through 9th, 1994.  Did you and

21   Mr.Davis organize a protection scenario at the warehouse?

22   A.  Yes.

23   Q.  Were other police officers guarding the warehouse?

24   A.  Yes, they were.

25   Q.  Now, I'm going to play for you, and ask you some

                                                        94
                        Williams - Direct

1    questions, a rather short video, marked SW V3.

2         MR. WINTERS:  And I'd ask them to play it right now.

3         There's no transcripts, ladies and gentlemen, for --

4    there's no transcripts for any of the videos, only for the

5    audio tapes.

6         (Whereupon, the following excerpt of the video tape of

```
 7   Defendant's Exhibit SW V3, dated July 9, 1994, was then played
 8   for the jury:)
 9   (The video tape was unintelligible for transcription purposes)
10                        (Video tape stopped)
11   BY MR. WINTERS:
12   Q.  Do you recognize that area up there (indicating)?
13   A.  Yes.  This is the upper level of the warehouse, inside the
14   warehouse.
15                        (Video tape restarted)
16   (The video tape was unintelligible for transcription purposes)
17                        (Video tape stopped)
18   BY MR. WINTERS:
19   Q.  Who is that (indicating)?
20   A.  That's JJ.
21                        (Video tape restarted)
22   (The video tape was unintelligible for transcription purposes)
23                        (Video tape stopped)
24   BY MR. WINTERS:
25   Q.  Who is that (indicating)?
```

                                                                    95
                            Williams - Direct

```
 1   A.  That's Terry Adams.
 2                        (Video tape restarted)
 3   (The video tape was unintelligible for transcription purposes)
 4                        (Video tape stopped)
 5   BY MR. WINTERS:
 6   Q.  What is that walking in (indicating), wiping his arm?
 7   A.  That's me.
 8   Q.  You all are in police uniforms?
 9   A.  Yes.
10   Q.  What are you wiping off your arm?
```

11    A.  Rain water, it was raining outside.

12                        (Video tape restarted)

13   (The video tape was unintelligible for transcription purposes)

14                        (Video tape stopped)

15   BY MR. WINTERS:

16    Q.  Now, this video skips -- it skips an irrelevant part, am I

17   correct?

18    A.  Yes.

19                        (Video tape restarted)

20   (The video tape was unintelligible for transcription purposes)

21                        (Video tape stopped)

22   BY MR. WINTERS:

23    Q.  What's Davis talking about there?  "I'm racking my brain,

24   I'm trying to use a select few"?

25    A.  We only wanted to use police officers that we knew were

1    already involved in criminal activity, and that we know we

2    could trust.

3     Q.  And what do you mean, or what does Davis mean, to you,

4    when he says, "No people we know are down"?

5     A.  We wanted to use people that we knew were already involved

6    in criminal activity and wouldn't have a problem with it.

7     Q.  Is that what "down" means?

8     A.  Yes.

9     Q.  And who is the boy in the Mustang that he's getting ready

10   to talk -- that he references?

11    A.  That's Detective Larry Smith.

12                        (Video tape restarted)

13   (The video tape was unintelligible for transcription purposes)

14                          (Video tape stopped)

15    BY MR. WINTERS:

16    Q.  What does Davis mean when he says, "that know the play"?

17    A.  That -- that knows what we're doing, that they're

18    protecting cocaine.

19                          (Video tape restarted)

20    (The video tape was unintelligible for transcription purposes)

21                          (Video tape stopped)

22    BY MR. WINTERS:

23    Q.  Who is the sergeant?

24    A.  Carlos Rodriguez.

25                          (Video tape restarted)

Williams - Direct

1     (The video tape was unintelligible for transcription purposes)

2                           (Video tape stopped)

3     BY MR. WINTERS:

4     Q.  Again, what does "know the play" mean?

5     A.  They know that they're guarding cocaine.

6                           (Video tape restarted)

7     (The video tape was unintelligible for transcription purposes)

8                           (Video tape stopped)

9     BY MR. WINTERS:

10    Q.  What does he mean when he says, "If we had six people out

11    there, four of them knew;" what does that mean?

12    A.  Four of them knew that they were protecting cocaine.

13    Q.  Now, what did the other two know?

14              MR. RIEHLMANN:  Judge, I would object, unless -- I

15    mean --

16              THE COURT:  Objection to the form of the question,

17    maintained.

Page 86

18    BY MR. WINTERS:

19    Q.  Was anybody out there that didn't know they were guarding

20    cocaine at the time?

21    A.  Yes, there was one person that didn't know.

22    Q.  And who was that?

23    A.  Chris Evans.

24    Q.  Why did you all use Chris Evans, if he didn't know he was

25    guarding cocaine?


                                                    98
                        Williams - Direct

1     A.  Because he was a police officer that we did -- that was

2     already involved in criminal activities, and we knew we could

3     trust him, but he does have a big mouth, so we didn't want to

4     really tell him and have him spreading it out to a lot of his

5     friends.

6     Q.  Did Chris Evans soon find out that he was guarding

7     cocaine?

8     A.  Yes.

9     Q.  Did he continue to guard cocaine?

10    A.  Yes, absolutely.

11    Q.  Now, who is the second person that didn't know he was

12    guarding cocaine?

13    A.  There was no second person.  You see, we were getting paid

14    to have two people there for 12 hour shifts.  Now, for every

15    person we had out there, we were getting a certain amount of

16    money.  We only had five people working, but we told them six,

17    to get more money from them.  So, this sixth person is just a

18    fictional person, and that's why Len is referring to them,

19    "one or two, or five or six," because this other person

20    doesn't exist.

21    Q.  So, you all were padding the payroll?

22    A.  Yes.

23                        (Video tape restarted)

24    (The video tape was unintelligible for transcription purposes)

25                        (Video tape stopped)


                                                                99
                        Williams - Direct

1    BY MR. WINTERS:

2    Q.  What's Mr. Davis talking about there?

3    A.  Well, he's telling him the -- this is actually what we

4    tell -- told all the officers to say in case like, say, a

5    ranking officer or a sergeant or somebody come and ask them

6    what kind of detail we working on.  We were to tell them that

7    there's a owner of this place who has been burglarized and

8    he's from California.  And he wanted police officers to work

9    there, to keep it safe.

10        However, we're also telling him that there's one person,

11   this fictional person that we had, this is the story we gave

12   him so you don't have to worry about him not coming back to

13   this detail and telling -- telling other people what he did,

14   because he -- we're telling him that this is what we told him,

15   but actually he doesn't exist.

16                       (Video tape restarted)

17   (The video tape was unintelligible for transcription purposes)

18                       (Video tape stopped)

19   BY MR. WINTERS:

20   Q.  When he says the way we played them, normal details; is

21   that the fictional person he's talking about?

22   A.  Yes.

23                       (Video tape restarted)

24   (The video tape was unintelligible for transcription purposes)
                            Page 88

25                    (Video tape stopped)

                        Williams - Direct

1   BY MR. WINTERS:

2   Q.  What does he mean when he says, "The two that we didn't

3   have down, they out there getting theirs too."

4   A.  Uh-huh. (affirmative response)  You see, we got -- we got

5   to keep having JJ think that this other fictional person

6   exists so we could get paid for him.  But he's talking about

7   Chris Evans and this fictional person.  He's saying that even

8   though he didn't know, he's involved in criminal activities.

9   So, it's not like this is a new game to him.

10  Q.  Is that what, "He's getting his out there too" means?

11  A.  Yes.  He's doing other criminal stuff.

12  Q.  Would you all ever use true blue police officers, --

13  A.  No.

14  Q.  -- to guard cocaine at the warehouse?

15  A.  No way.

16  Q.  To guard cocaine at the Mardi Gras Truck Stop?

17  A.  No.

18  Q.  Why not?

19  A.  Because they're just that, true blue police officers.

20  They don't get involved in criminal activity.  They would

21  either arrest us, and if that -- that was too much for them to

22  do, they would report us to higher authorities.

23                     (Video tape restarted)

24  (The video tape was unintelligible for transcription purposes)

25                     (Video tape stopped)

1    BY MR. WINTERS:

2    Q.  Now, this tape skips again, am I correct?

3    A.  Yes.

4    Q.  And --

5                        (Video tape restarted)

6    (The video tape was unintelligible for transcription purposes)

7                        (Video tape stopped)

8    BY MR. WINTERS:

9    Q.  What is Davis counting out right there?

10   A.  The money that JJ just gave him.

11   Q.  And that's for doing what?

12   A.  Protecting the drugs.

13   Q.  And who got some of that -- who got that money?

14   A.  Myself, Len Davis, and the other police officers that were

15   guarding the drugs at the warehouse.

16   Q.  How would he pay you?

17   A.  In bills, you mean?

18   Q.  Yeah.

19   A.  Hundred dollar bills.

20                       (Video tape restarted)

21   (The video tape was unintelligible for transcription purposes)

22                       (Video tape stopped)

23   BY MR. WINTERS:

24   Q.  Who is he talking about in the Detective Bureau?

25   A.  Larry Smith.

1    Q.  And what did he pick up there, off the couch?

2    A.  His gun.

3    Q.  What type of gun was that?

  4   A.  A 357, Smith & Wesson.

  5   Q.  Magnum?

  6   A.  Yes.

  7                        (Video tape restarted)

  8   (The video tape was unintelligible for transcription purposes)

  9                        (Video tape ended)

 10   BY MR. WINTERS:

 11   Q.  Now, did that video accurately, except for the extraneous

 12   parts that were eliminated for Court purposes, reflect the

 13   conversation and the activities on that date in July, July

 14   9th?

 15   A.  Yes.

 16            MR. WINTERS:  Your Honor, can we recess for lunch?

 17            THE COURT:  Yes.

 18            MR. WINTERS:  Okay.  I'd offer to introduce that into

 19   evidence.

 20            THE COURT:  Any objection?

 21            MR. RIEHLMANN:  No, sir, no objection.

 22            THE COURT:  Hearing none, it's received.

 23            What's its identification number?

 24            THE CLERK:  SW V3.

 25            MR. WINTERS:  It's SW V3, Your Honor.


                                                    103

  1            THE COURT:  All right.

  2            MR. WINTERS:  I'm sorry.

  3            THE COURT:  We'll recess until 1:15.

  4            MR. McMAHON:  Judge, can we approach real quick?

  5   We've got some housekeeping.

  6            THE COURT:  You know, I forgot to tell you, ladies

7  and gentlemen of the jury, that you don't have to carry those

8  books back and forth with you if you don't want to.  Leave

9  them on your chair or on the floor in front of your chair.

10  Nobody will take them.

11          MR. McMAHON:  Judge, can I bring up just one thing

12  real quick?  It's just -- it's housekeeping.

13          THE CLERK:  On the record?

14          THE COURT:  One more question of the witness?

15          MR. McMAHON:  No, no, no.

16          THE COURT:  Of me?

17          MR. McMAHON:  Yes, you.

18          THE COURT:  Yes.  On the record?

19          MR. McMAHON:  No.

20          THE COURT:  All right.

21      (Jury out at 12:05 p.m.)

22                      *    *    *    *    *

23      (At side bar on the record)

24          THE COURT:  Go ahead.

25          MR. McMAHON:  Judge, I just wanted to put on the

1  record.  The first alternate juror, Juanita Hayes, she's --

2          THE COURT:  Wait, now.  Speak into the little one.

3          MR. McMAHON:  That first alternate juror, Juanita

4  Hayes, has been sleeping virtually the whole time during this

5  whole trial.  She is sitting there, and I don't know if maybe

6  if you want to maybe -- unless she's faking it, just kind of

7  tell the jury, "Look, you've got to kind of pay attention

8  here."

9          THE COURT:  Yes.

10          MR. McMAHON:  I don't know, but she's just not like

11   the rest of the jury.

12          THE COURT:  And the man in the middle of the second

13   one, he sometimes looks like he's --

14          MR. RIEHLMANN:  Judge -- Judge, you're on the

15   microphone.

16          THE COURT:  Okay.

17          MR. RIEHLMANN:  I thought you might like to know.

18          THE COURT:  He sort of looks like it sometimes.

19          MR. McMAHON:  But, yes, he --

20          THE COURT:  I'll be careful.  I'll look this

21   afternoon and see.

22          Have you all noticed the same things?  Are you both

23   in agreement with that kind of --

24          MR. RIEHLMANN:  Yes, I've noticed it.

25          THE COURT:  Yes.


                                             105

1          MR. McMAHON:  The only one sleeping is the -- and

2   she's been sleeping from the first day, from the opening

3   statements, yes.

4          THE COURT:  Well, sometimes I'll sit up here and

5   close my eyes and you might look at me and think I'm asleep.

6          MR. McMAHON:  Well, no, she's the only one that

7   appears to be sleeping.  She slept through Mike's opening

8   statement, your opening statement, everybody's statement.

9          MR. RIEHLMANN:  That's customary for me.

10          THE COURT:  No, I will look this afternoon and see.

11          MR. McMAHON:  And that's the first alternate.

12          THE COURT:  Thank you.

13          (End of discussion at side bar)

14              *   *   *   *   *

15      (Recess at 12:05 p.m., until 1:15 p.m.)

16                  *   *   *   *   *

17

18

19

20

21

22

23

24

25


                                                106
                    Williams - Direct

 1              A F T E R N O O N   S E S S I O N

 2      (Jury in at 1:15 p.m.)

 3                  *   *   *   *   *

 4          THE COURT:  Please be seated.

 5          It was called to my attention during the luncheon

 6  hour that perhaps all jurors are not listening attentively,

 7  perhaps dozing off, or whatnot.  I don't expect to have

 8  another report of that nature, so I'll ask that everybody

 9  that's serving as a juror or an alternate juror to please be

10  attentive.

11          MR. WINTERS:  May I proceed, Your Honor?

12          THE COURT:  Go right ahead, Mr. Winters.

13          MR. WINTERS:  Thank you.

14                  *   *   *   *   *

15      SAMMIE WILLIAMS, GOVERNMENT'S WITNESS, PREVIOUSLY SWORN

16                  CONTINUED DIRECT EXAMINATION

17  BY MR. WINTERS:

18   Q.  All right, Mr.Williams, we just finished the video tape

19   before lunch, of the July 9th meeting.  Let me ask you a few

20   more questions about the warehouse protection scenario.  Did

21   all of these police officers that were guarding the warehouse,

22   know they were guarding cocaine?

23   A.  Yes.

24   Q.  Now, these six different scenarios, guarding scenarios,

25   and when you were guarding the cocaine before, for Mr. Adams;

Williams - Direct

1   were you paid after each one?

2   A.  Yes.

3   Q.  And you all paid the other police officers?

4   A.  Yes.

5   Q.  What was the total amount of money that you were paid,

6   from the time you began to the time this operation -- to the

7   time you were arrested, for guarding the warehouse and

8   protecting cocaine for Mr. Adams?

9   A.  $98,500.

10   Q.  Now, most of that was given to you either by Terry Adams

11   or -- most of it by JJ, am I correct?

12         MR. RIEHLMANN:  Judge, I'm going to object to

13   Mr.Winters leading his witness.  I don't --

14         THE COURT:  All right.

15   BY MR. WINTERS:

16   Q.  Who gave you the money?

17         THE COURT:  Rephrase the question.

18   BY MR. WINTERS:

19   Q.  Who gave you the money

20   A.  JJ did.

21    Q.  Okay.  And were other police officers that were involved
22    in protecting the -- paid from that money?
23    A.  Yes.
24    Q.  And who received the bulk of the money?
25    A.  Myself and Len Davis.

Williams - Direct

1    Q.  Now, in November, I'm going to direct your attention to
2    November the 18th, 1994.  And did you all organize another
3    protection scenario at the warehouse?
4    A.  Yes.
5    Q.  Did you order -- organize a separate protection scenario
6    at --
7    A.  Yes.
8    Q.  And who worked the separate protection scenario in
9    November, on November 18th, 1994?
10   A.  Myself, Len Davis, Leon Duncan, Lemmie Rodgers, Darrel
11   Jones, and Sidney Dubuclet.
12   Q.  Do you see Darrel -- do you see Darrel Jones in the
13   courtroom today?
14   A.  Yes.
15   Q.  Point him out by the clothes he's wearing.
16   A.  He's sitting over there (indicating), wearing the nice
17   blue suit.
18   Q.  Now, who hired Mr. Jones, Mr. Duncan, Mr. Rodgers and
19   Mr.Dubuclet to do this?
20   A.  Len Davis.
21   Q.  Okay.  And where was this scenario centered, this
22   protection scenario?
23   A.  At the Mardi Gras Truck Stop.
24   Q.  And where is the Mardi Gras Truck Stop located?

25    A.   On Elysian Fields Avenue.

Williams - Direct

1    Q.   Okay.  Now, prior to the November 18th protection

2    scenario, did you all -- you or Mr. Davis, or you and

3    Mr.Davis, talk to anybody about that?

4    A.   Yes.

5    Q.   Tell us who you talked to.

6    A.   Well, we talked to Leon Duncan.

7    Q.   And where did you talk to Mr. Duncan?

8    A.   At his house.

9    Q.   Now, if I showed you a picture of his house, would you

10   recognize it again?

11   A.   Yes.

12   Q.   Where is his house generally located, geographically?

13   A.   In NewOrleans East.

14   Q.   Okay.  I'm going to show you what has been marked as P-6,

15   and ask you if you recognize that photograph?

16   A.   (Witness examines photograph)  Yes.

17   Q.   And what is that?

18   A.   That's a picture of Leon Duncan's house, over to the left.

19   Q.   And that's on Aberdeen Street?

20   A.   Yes.

21   Q.   And that's where you talked to Mr. Duncan?

22   A.   Yes.

23   Q.   Now, who was with you when you talked to him?

24   A.   Len Davis.

25   Q.   Now, what did you all discuss?

Williams - Direct

1    A.  Well, we discussed that we've been working, protecting the
2    drugs for quite a while now, and now he's going to set up a
3    new protection -- drug protection arrangement, and we wanted
4    him and Lemmie to work with us.
5    Q.  Was he willing to work with you?
6    A.  Yes.
7    Q.  What about Mr. Rodgers?
8    A.  Len tried to contact Lemmie and talk to him about it, but
9    he was still kind of leery, like both Leon and him were
10   earlier on.  But Leon told us that he would talk Lemmie into
11   working.
12   Q.  Did Lemmie Rodgers eventually work?
13   A.  Yes.
14   Q.  Was he a NewOrleans police officer at the time?
15   A.  Yes.
16   Q.  Now, Darrel Jones; was he a NewOrleans police officer?
17   A.  No.
18   Q.  What was he, if anything?
19   A.  He worked for the -- he was a reserve officer for the
20   Civil Sheriff.
21   Q.  And what about Mr. Dubuclet?
22   A.  He was just a friend of Len's.
23          MR. WINTERS:  Now, I'm going to play for you, ladies
24   and gentlemen, what is marked in your book, it's the
25   transcript book, as SW 1.


                                                    111
                        Williams - Direct
1           And for the technician, Track 4, okay.
2    BY MR. WINTERS:
3    Q.  And, do you have a book up there, Mr.Williams?

   4   A.  Yes.  Yes.

   5   Q.  All right.  Turn to SW 1.

   6   A.  (Witness complies)

   7       (Whereupon, the following excerpt of the audio tape of

   8   Defendant's Exhibit SW 1T, a conversation between LEON DUNCAN

   9   and LEN DAVIS, dated November 15, 1994, was then played for

  10   the jury:)

  11   (Incoming call)

  12          "MR. DAVIS:  Hello.

  13          "MR. DUNCAN:  Yeah, this is Duncan.  Man, you beeped

  14   me?

  15          "MR. DAVIS:  Yeah, I was about to beep your ass

  16   again.  Where you at?

  17          "MR. DUNCAN:  I'm at home.  What's up?"

  18                              (Tape stopped)

  19   BY MR. WINTERS:

  20   Q.  Who is talking there?

  21   A.  That's Len Davis and Leon Duncan.

  22                              (Tape restarted)

  23          "MR. DAVIS:  I wanted to throw a little something at

  24   you.  What hours you work Friday?

  25          "MR. DUNCAN:  Friday?  I'm off Friday.


                                                          112
                         Williams - Direct

   1          "MR. DAVIS:  You're off Friday?

   2          "MR. DUNCAN:  Yeah.

   3          "MR. DAVIS:  I'm going to swing out there and kick

   4   something at you and let -- let you tell me if you're

   5   interested.  I'm gonna be through there.

   6          "MR. DUNCAN:  Where you at right now?

7          "MR. DAVIS:  In the Florida project.

8          "MR. DUNCAN:  Oh, all right.

9          "MR. DAVIS:  We working, but I'm gonna be making my

10    way out there 'cause I'm going have to talk to you in your

11    face and you tell me if you interested.

12         "MR. DUNCAN:  All right.

13         "MR. DAVIS:  All right.

14         "MR. DUNCAN:  Later."

15              (End of taped conversation)

16    BY MR. WINTERS:

17    Q.  What was -- what did it mean to you when he said, "I want

18    to swing out there and kick something at you"?

19         MR. RIEHLMANN:  Judge, I'm going to object because I

20    don't believe that Mr.Williams was a party to this

21    conversation, or if he was, I haven't heard that foundation

22    laid yet.

23         MR. WINTERS:  Your Honor, he was a co-conspirator.

24         THE COURT:  He indicated that it was between

25    Mr.Duncan and Mr. Davis.

1         The form of the question is appropriate.  All the

2    Witness is being asked is what does that mean to you.  You

3    will have an opportunity to cross-examine if you wish.  Your

4    objection is overruled.

5         THE WITNESS:  To me, it means that he's going to go

6    out to his house and ask him do he want to participate in

7    protecting these drugs, at the new location.

8    BY MR. WINTERS:

9    Q.  All right.  I'm now going to play for you a tape recording

10   of November 15th, a cellular phone tape recording over

11    telephone 451-4971, marked in the jury book or in the

12    transcript book as SW 2, and that occurred at 2249.

13         (Whereupon, the following excerpt of the audio tape of

14    Defendant's Exhibit SW 2T, a conversation between LEN DAVIS

15    and SHANTRICE, dated November 15, 1994, was then played for

16    the jury:)

17    (Outgoing call)

18         "MS. SHANTRICE:  Hello

19         "MR. DAVIS:  Man, who the fuck you on the phone with?

20         "MS. SHANTRICE:  Carolyn and sister.

21         "MR. DAVIS:  Well, go ahead.  I'll talk to you later.

22         "MS. SHANTRICE:  No.

23         "MR. DAVIS:  Yeah, go ahead and talk to you

24    friends --"

25                        (Tape stopped)


                                                        114
                        Williams - Direct

1    BY MR. WINTERS:

2    Q.  Who's talking in that conversation?

3    A.  Len Davis and his girlfriend, Shantrice.

4                        (Tape restarted)

5         "MR. DAVIS:  -- and your sister.

6         "MS. SHANTRICE:  No, I don't want to talk no more.

7    What -- what you doing?

8         "MR. DAVIS:  Going to Flynn's.

9         "MS. SHANTRICE:  You left work again late, huh?

10         "MR. DAVIS:  Well, fuck, I was in there bullshitting.

11         "MS. SHANTRICE:  I know.

12         "MR. DAVIS:  That's what that was.  But -- that, and

13    trying to see if Carlos going be able to do the detail.  Fuck,

                        Page 101

14  all my people got details.  Dees, Carlos, all my fucking

15  people."

16                              (Tape stopped)

17  BY MR. WINTERS:

18  Q.  Who's "Carlos"?

19  A.  Carlos Rodriguez, the sergeant that was protecting the

20  drugs at the warehouse.

21                              (Tape restarted)

22          "MR. DAVIS:  Man, --"

23                              (Tape stopped)

24  BY MR. WINTERS:

25  Q.  Who's Dees?

1   A.  That's Adam Dees, another one of the police officers that

2   was protecting the drugs at the warehouse.

3   Q.  Where's Carlos and Dees?

4   A.  They in prison.

5                               (Tape restarted)

6           "MR. DAVIS:  Man, I got to get new fucking people to

7   do shit.

8           "MS. SHANTRICE:  I know.

9           "MR. DAVIS:  This shit ain't rolled as smooth as I

10  thought, but I'm halfway there.  The new part of the detail is

11  done.  That shit is completed as far as my people are

12  concerned, so that's good.  That's the main thing.  Now, I got

13  to get my regular fucking detail straight.

14          "MS. SHANTRICE:  Now you have to make sure they going

15  be there.

16          "MR. DAVIS:  Well, for the new detail, they going be

17  there.  I -- I already went through with that with them.

18    That's a done deal.  These four people I got going to

19    definitely be there."

20                    (End of taped conversation)

21    BY MR. WINTERS:

22    Q.  What's the new part of the detail, to you?

23    A.  That's protecting the drugs over at the Mardi Gras Truck

24    Stop.

25    Q.  And what's the regular detail?

1    A.  That's when we were protecting the drugs at the warehouse.

2    Q.  All right.  Now, I'm going to play for you a tape

3    recording of November 16th, 1994, at 1350, off of cellular

4    phone 451-4971.

5        (Whereupon, the following excerpt of the audio tape of

6    Defendant's Exhibit SW 3T, a conversation between LEN DAVIS

7    and SAMMIE WILLIAMS, dated November 16, 1994, was then played

8    for the jury:)

9        (Outgoing call)

10              "MR. WILLIAMS:  Hello.

11              "MR. DAVIS:  Yeah.  Hold on.  Hello?

12              "MR. WILLIAMS:  Yeah.

13              "MR. DAVIS:  Yeah, if I figured correctly --

14              "MR. WILLIAMS:  What?"

15                            (Tape stopped)

16    BY MR. WINTERS:

17    Q.  Who's talking there?

18    A.  Myself and Len Davis.

19                            (Tape restarted)

20              "MR. DAVIS:  What?  You can't hear me?

21    "MR. WILLIAMS: No. Say it now.

22    "MR. DAVIS: Something must be wrong. This phone

23 getting real fucked up, bro.

24    "MR. WILLIAMS: All right, I can hear you now.

25    "MR. DAVIS: Okay. If I -- if I figured correctly --

1    "MR. WILLIAMS: Uh-huh. (affirmative response)

2    "MR. DAVIS: -- that's eleven two fifteen for both of

3 us. And I'm almost sure --

4    "MR. WILLIAMS: That's what --

5    "MR. DAVIS: Yeah. That's what it is. Eleven two

6 fifteen for both of us. I just figured out everybody; the

7 four with the new thing --

8    "MR. WILLIAMS: Uh-huh. (affirmative response)

9    "MR. DAVIS: -- and the old thing comes up to thirty-

10 five sixty-nine. So, that's seventy-five sixty, make it

11 seventy-five seventy, minus thirty, and that leaves us eleven

12 two fifteen apiece.

13    "MR. WILLIAMS: Wait. Why --"

14      (Tape stopped)

15 BY MR. WINTERS:

16 Q. Again, what's the four with the -- who's the four with the

17 new thing?

18 A. That was the four guys that was going to be protecting the

19 drugs at the Mardi Gras Truck Stop.

20 Q. And they are who?

21 A. Leon Duncan, Lemmie Rodgers, Darrel Jones and Sidney

22 Dubuclet.

23 Q. And the old thing is what?

24 A. Protecting the drugs over at the warehouse.

25    Q.  Now, what are you all discussing here with these figures?

                         Williams - Direct

1     A.  This is the amount of money we're going to be making that

2     day, for protecting the drugs.

3     Q.  For both the warehouse and the Mardi Gras Truck Stop?

4     A.  Yes.

5                          (Tape restarted)

6               "MR. WILLIAMS:  Why -- why, it's not at ten for the

7     first thing?

8               "MR. DAVIS:  What?

9               "MR. WILLIAMS:  Remember how it was going -- it used

10    to be for --

11              "MR. DAVIS:  Because you got to think about who we

12    using.

13              "MR. WILLIAMS:  Oh, yeah, we not using the big boys.

14              "MR. DAVIS:  Yeah.  See, the only person getting --

15              "MR. WILLIAMS:  Okay.

16              "MR. DAVIS:  -- what, normally is Larry."

17                          (Tape stopped)

18    BY MR. WINTERS:

19    Q.  Who's the "big boys"?

20    A.  Those are -- that's Larry Smith and Carlos Rodriguez, the

21    guys who were making the most money, besides me and Len.

22    Q.  And where were they working?

23    A.  At the warehouse.

24    Q.  And is this, the Larry you're talking about a line down?

25    A.  Yes, Larry Smith.

1                    (Tape restarted)

2              "MR. WILLIAMS:  All right.

3              "MR. DAVIS:  Peanut making a little less, he get a

4    straight G.  Sheldon and Brinky is eight sixteen apiece.  Mike

5    gets six twelve, and Larry is three twenty-five."

6                    (Tape stopped)

7    BY MR. WINTERS:

8    Q.  Who is Peanut?

9    A.  Peanut is Edward Williams.

10   Q.  Who is Sheldon and Brinky?

11   A.  That's Sheldon Polk and Brian Brown.

12   Q.  Who is Mike?

13   A.  That's Michael Kasner.

14   Q.  And who is Larry?

15   A.  Larry Smith.

16   Q.  Where are they?

17   A.  They all in prison.

18   Q.  And, okay, what are you talking about with these figures

19   with them?

20   A.  This is how much money, individually, they'll be making

21   for protecting the drugs.

22   Q.  Where did they protect the drugs?

23   A.  At the warehouse.

24                    (Tape restarted)

25              "MR. WILLIAMS:  Yeah, all right.

1              "MR. DAVIS:  So, after you take out all that plus the

2    four, the four horsemen --

3              "MR. WILLIAMS:  Yeah.

 4          "MR. DAVIS:  -- that comes --"

 5                          (Tape stopped)

 6    BY MR. WINTERS:

 7    Q.  Who is the four horsemen?

 8    A.  These are the guys that's protecting the drugs over at the

 9    Mardi Gras Truck Stop.

10                          (Tape restarted)

11          "MR. DAVIS:  -- comes up to that.  And out of thirty,

12    that leaves twenty-two four thirty.

13          "MR. WILLIAMS:  I say that's --

14          "MR. DAVIS:  And out of twenty-two four thirty, it's

15    eleven two fifteen apiece.

16          "MR. WILLIAMS:  I say that's a good day.

17          "MR. DAVIS:  Yeah.  I'm out here now.  I've been out

18    here for about --"

19                          (Tape stopped)

20    BY MR. WINTERS:

21    Q.  Were you and Davis going to make $11,215?

22    A.  Apiece, yes.

23    Q.  For what?

24    A.  Protecting the drugs at --

25    Q.  Well, --


                                                      121
                        Williams - Direct

 1    A.  -- both locations.

 2                          (Tape restarted)

 3          "MR. DAVIS:  -- about twenty minutes.  I'm waiting on

 4    Larry.

 5          "MR. WILLIAMS:  Okay.

 6          "MR. DAVIS:  So, I'm gonna just sit here.

```
 7            "MR. WILLIAMS:  Courier car, bro?

 8            "MR. DAVIS:  Yeah, I be out here in the van.

 9            "MR. WILLIAMS:  All right.

10            "MR. DAVIS:  I'm out here.  So, just holler at me

11  later.

12            "MR. WILLIAMS:  All right.

13            "MR. DAVIS:  All right."

14                 (End of taped conversation)

15  BY MR. WINTERS:

16  Q.  What does he mean to you when he says, "I'm in the van."

17  What's he talking about?

18  A.  He's in a van that they have, that's where the guys that's

19  protecting the drugs at the warehouse are sitting.  They're

20  sitting inside of the van and Len is over there with them.

21  Q.  I'm now going to play for you a tape recording of November

22  18th, 1994, at 10:38 marked in the transcript book as SW 4.

23            MR. WINTERS:  And would you commence playing it?

24       (Whereupon, the following excerpt of the audio tape of

25  Defendant's Exhibit SW 4T, a conversation between LEN DAVIS
```

```
 1  and SAMMIE WILLIAMS, dated November 18, 1994, was then played

 2  for the jury:)

 3       (Incoming call)

 4            "MR. WILLIAMS:  Hello.

 5            "MR. DAVIS:  You can hear me now?

 6            "MR. WILLIAMS:  Yeah, you -- yeah.

 7            "MR. DAVIS:  What you doing answering that phone?

 8            "MR. WILLIAMS:  I'm over here, bitch.

 9            "MR. DAVIS:  Oh, what's happening?

10            "MR. WILLIAMS:  Well, Nut went to go get something to
```

11    eat.
12                                (Tape stopped)
13    BY MR. WINTERS:
14    Q.  Who is Nut?
15    A.  Peanut, Edward Williams.
16    Q.  And, where are you?
17    A.  I'm at the -- I'm inside the van now, at the warehouse.
18                                (Tape restarted)
19              "MR. DAVIS:  what happened with the roofers?
20              "MR. WILLIAMS:  The ladder's still up there.  I don't
21    think they still up there though.  They must have took a
22    break.
23              "MR. DAVIS:  Well, did anybody check with the people
24    to see if it was --
25              "MR. WILLIAMS:  Didn't I tell you that?  I told you


                                                         123
                          Williams - Direct
 1    that.
 2              "MR. DAVIS:  No, you didn't.
 3              "MR. WILLIAMS:  Oh, well, yeah.  He --"
 4                                (Tape stopped)
 5    BY MR. WINTERS:
 6    Q.  What's the roofers?
 7    A.  These are guys that were working on the roof on the
 8    building adjacent to the one we were protecting the drugs in.
 9    Q.  You all were concerned about it?
10    A.  Yes, we didn't know if they were undercover federal
11    agents, law enforcement agents or something, so we had to
12    check them out.
13                                (Tape restarted)
                          Page 109

14          "MR. WILLIAMS:  He came back and said yeah, they all
15  good.  They're working on a leak on the roof.
16          "MR. DAVIS:  Okay.  Well, no, they ain't never -- I
17  ain't never knew that.
18          "MR. WILLIAMS:  Oh, I thought I told you already.
19          "MR. DAVIS:  All right.  Well, I'm still down here at
20  court.  I got everybody together.  We just waiting on them to
21  call, huh?
22          "MR. WILLIAMS:  Yeah."
23                          (Tape stopped)
24  BY MR. WINTERS:
25  Q.  Who is "them"?


                                                          124
                        Williams - Direct

1   A.  The guys --
2   Q.  Waiting on "them" to call.
3   A.  Oh, the ones -- he's talking about JJ and Terry Adams.
4                          (Tape restarted)
5           "MR. WILLIAMS:  Yeah.
6           "MR. DAVIS:  All right.
7           "MR. WILLIAMS:  And -- well, where we going meet up
8   -- meet up?
9           "MR. DAVIS:  About the only thing I could see, the
10  judge still ain't even got on the bench over here, which is
11  good though.  But I'm gonna be leaving here in a few, and what
12  I was saying is I could just park the Regal, we could get in
13  the Maxima, we go get the rentals.  My -- two of my people,
14  the two people we're gonna use, they up in this area.  So,
15  fuck, we could probably just like wait 'til we leave, 'cause I
16  don't want your boy and them to see them.
17          "MR. WILLIAMS:  Yeah.
                        Page 110

18          "MR. DAVIS:  Wait 'til we leave.

19          What's happening, baby?"

20                      (Tape stopped)

21  BY MR. WINTERS:

22  Q.  Where is Davis when he's talking to you there?  Do you

23  know?

24  A.  Yes, he's in the court building.

25  Q.  What court building?

1   A.  Criminal District Court Building.

2   Q.  And what's the Regal and the Maxima?

3   A.  Those are our personal vehicles, mine and Len's.

4   Q.  Did you all get rentals that day?

5   A.  Yes.

6   Q.  Where did you get them?

7   A.  At an Avis Rental Car on Canal Street.

8   Q.  And what does he mean to you when he says, "Two of my

9   people, the two people we're gonna use;" who is that?

10  A.  Leon Duncan and Lemmie Rodgers.

11                      (Tape restarted)

12          "MR. DAVIS:  Wait 'til we leave, and then meet them

13  right up here and give them the rental, and we'll run back and

14  get your car from by the place.

15          "MR. WILLIAMS:  All right.

16          "MR. DAVIS:  So, we'll just do it like that.

17          "MR. WILLIAMS:  All right.

18          "MR. DAVIS:  All right.

19          "MR. WILLIAMS:  Later."

20                      (End of taped conversation)

21  BY MR. WINTERS:

22  Q.  All right, Mr.Williams, I'm now going to play what's

23  marked as SW 5, a tape recorded conversation of November 18th,

24  1994, at 10:44, over cellular phone (504) 451-4971.

25      (Whereupon, the following excerpt of the audio tape of

1   Defendant's Exhibit SW 5T, a conversation between LEN DAVIS,

2   SAMMIE WILLIAMS and EDWARD WILLIAMS, dated November 18, 1994,

3   was then played for the jury:)

4       (Incoming call)

5           "MR. DAVIS:  I can't see the face

6           "MR. E. WILLIAMS:  Yeah, go ahead Len.

7           "MR. DAVIS:  You can hear me now?

8           "MR. E. WILLIAMS:  Yeah, go ahead.

9           "MR. DAVIS:  Yeah, bro, that's that phone --"

10                      (Tape stopped)

11  BY MR. WINTERS:

12  Q.  Who is he talking to there?

13  A.  That's Len Davis talking to Edward Williams.

14  Q.  And where are they?

15  A.  Well, --

16  Q.  Where is Edward Williams?

17  A.  Edward Williams is at the -- at the warehouse, protecting

18  the drugs.

19  Q.  And where are you?

20  A.  At this point?

21  Q.  We'll play --

22          MR. WINTERS:  Continue it.

23                      (Tape restarted)

24          "MR. DAVIS:  That's that phone you got.  Sam left?

25          "MR. E. WILLIAMS:  No, he right here.  Hold on."

                        Williams - Direct
1                        (Tape stopped)
2              THE WITNESS:  I'm there with them.
3                        (Tape restarted)
4          "MR. S. WILLIAMS:  Yeah, what's up?
5          "MR. DAVIS:  You got that shirt, huh?
6          "MR. S. WILLIAMS:  Yeah.
7          "MR. DAVIS:  What's happening?  Oh, I know who
8      that --"
9                        (Tape stopped)
10     BY MR. WINTERS:
11     Q.  Which shirt is he referring to?
12     A.  What did -- wait, where is it at?  Would you --
13     Q.  Which shirt?
14     A.  Oh, the shirt.
15     Q.  When he says, "You've got that shirt."
16     A.  Well, he's asking me do I have the police shirt because
17     one of the guys, Sidney Dubuclet, isn't a police officer and
18     I'm bringing a police shirt to give to Len to give to Sidney
19     to wear.
20     Q.  Why?
21     A.  Because he's going to pose as a police officer while
22     protecting the drugs at the Mardi Gras Truck Stop.
23     Q.  Your police shirt?
24     A.  Yes.
25     Q.  Why did he have to pose as a police officer?

1   A.  Because JJ only wanted police officers there, in uniform,
2   to be used to protect the drugs.  But Len didn't want to use
3   some other police officers that he had in mind, so he used the
4   guys, these other guys that he knew, Sidney Dubuclet and
5   Darrel Jones.
6                        (Tape restarted)
7           "MR. DAVIS:  That nigger's out of Desire.  All right,
8   then.  I just wanted to make sure.
9           "MR. S. WILLIAMS:  Wait.  You want me to come up
10  there now?
11          "MR. DAVIS:  I guess you could come in the area.  I
12  guess -- because I'm up in court.  This dude still ain't come
13  on the stand.  You can come, since we have to go on Canal
14  Street and do it anyway.  Fuck, you could just come up here by
15  court.
16          "MR. S. WILLIAMS:  Yeah.  But I'm wondering what they
17  -- what they going to do with this location here."
18                        (Tape stopped)
19  BY MR. WINTERS:
20  Q.  What's Canal Street?  What does that mean to you?  Come up
21  on Canal Street?
22  A.  To the Avis Rental Car place.
23  Q.  Is that where you all picked up the rental cars?
24  A.  Yes.
25  Q.  And what does it mean to you, or what do you mean when you

1   say, "Well, I wonder what they going to do with this location
2   here"?
3   A.  Over at the warehouse.  See, we're sitting -- what's

4   happening is we're sitting -- me and Edward Williams, we're at

5   the warehouse where the drugs are being protected.  However,

6   at the Mardi Gras Truck Stop, we're going to pick up rental

7   cars and go over there and protect drugs over there, also.

8   So, I'm going to leave this location at the warehouse and go

9   to Canal Street to pick up the rental car.

10  Q.  Okay.

11                     (Tape restarted)

12         "MR. DAVIS:  I don't know.  You ain't asked them

13  about that?  Well, they said about twelve, huh?

14         "MR. S. WILLIAMS:  Well, -- well, he told me he gonna

15  call me in a hour, and that was about ten.  So, it should be

16  about --

17         "MR. DAVIS:  You know if that location moving first?

18         "MR. S. WILLIAMS:  I don't know.  Nigger didn't say.

19  It was like he totally forgot about this mother fucker."

20                     (Tape stopped)

21  BY MR. WINTERS:

22  Q.  What location is he talking about moving first?

23  A.  Over at the warehouse.

24  Q.  And who is "he" in the next -- that you say it looks like

25  he totally forgot about it?


                                                    130
                     Williams - Direct

1   A.  JJ.

2                     (Tape restarted)

3         "MR. DAVIS:  Well, all we got to do is wait until --

4   just wait, bro.  Wait and see.

5         "MR. S. WILLIAMS:  Yeah, well, I'm gonna just --

6         "MR. DAVIS:  Well, I'm chilling up here 'cause I just

7    want to purposely be in this building.  You dig what I'm

8    saying?

9              "MR. S. WILLIAMS:  Yeah, I understand.

10              "MR. DAVIS:  So people can see me.  So, just call me

11    and let me know."

12              (End of taped conversation)

13    BY MR. WINTERS:

14    Q.  What does that mean to you when Davis says, "I want to

15    purposely be in this building," the court building?

16    A.  Criminal District Court is a pretty busy area and Len is

17    saying in case we are investigated or get asked any questions,

18    that he can always use the alibi that he was in court, and a

19    few people in court would have seen him that day.

20    Q.  All right.  Did you eventually leave the warehouse?

21    A.  Yes.

22    Q.  And where did you go?

23    A.  To Canal Street, to the Avis Rental Car place.

24    Q.  And did you -- did JJ get you a rental car?

25    A.  Yes.

                          Williams - Direct

1    Q.  And what type of rental car -- what kind of rental car did

2    you have?

3    A.  I had a burgundy LeSabre.

4    Q.  Now, did Len Davis get a rental car while you were there?

5    A.  Yes.

6    Q.  And what type of rental car did he have?

7    A.  He had a blue Caprice.

8    Q.  Now, where did you go when you left Avis?

9    A.  I left Avis Rental Car and went to pick up Leon Duncan and

10    Lemmie Rodgers.

11    Q.  Did you pick up Leon Duncan and Lemmie Rodgers?

12    A.  Yes.

13    Q.  Did they get in your car?

14    A.  Yes.

15    Q.  Who got in the front seat?

16    A.  Leon Duncan.

17    Q.  And who got in the back seat?

18    A.  Lemmie Rodgers.

19    Q.  How were they dressed?

20    A.  In full police uniform, including their firearms.

21    Q.  Both of them were carrying firearms?

22    A.  Yes.

23    Q.  And were they close -- well, how far were they away from

24    Avis?

25    A.  Not very far.  They were in -- I believe it was the First

Williams - Direct

1    District area still, but -- well, it was a driving distance.

2    I would say about a mile or so.

3    Q.  Let me ask you one question.  The court building you were

4    talking about earlier is what building?

5    A.  Criminal District Court.

6    Q.  And where is that located?

7    A.  On Tulane Avenue.

8    Q.  Okay.  Is that close to Avis?

9    A.  Oh, yeah.  It's -- well, Canal Street is one block over

10   Tulane.

11   Q.  Had it been prearranged where you were going to meet Davis

12   -- I mean, meet Leon Duncan and Lemmie Rodgers?

13   A.  Yes.  Leon Duncan had drove to the Avis Rental Car place

14  and met with Len, and told Len to tell -- well, told Len where
15  to pick him up at, and then Len told me, so I knew exactly
16  where to go.
17  Q.  Now, after you picked up Duncan and Lemmie Rodgers, where
18  did you go?
19  A.  We drove to the Mardi Gras Truck Stop.
20  Q.  And I'm going to show you now what I've marked for
21  purposes of identification as P-4.
22       MR. WINTERS:  And ask you to step down, with the
23  Court's permission.
24       THE COURT:  Go right ahead.
25       THE WITNESS:  (Complying)

Williams - Direct

1  BY MR. WINTERS:
2  Q.  You can stand right there, Mr. Williams.
3  A.  (Complying)
4  Q.  And ask you, this appears to be an aerial view, and ask
5  you if you can recognize this area?
6  A.  (Witness examines photograph)  Yes.
7  Q.  All right.  What is that?
8  A.  Over here (indicating), is the Mardi Gras Truck Stop.
9  Q.  Okay.  And where did you and Mr. Davis park, or where did
10  you park when you came to the Mardi Gras Truck Stop?
11  A.  We parked right up in here (indicating).
12  Q.  What is that right there (indicating)?
13  A.  This is a video poker gaming place.
14  Q.  Okay.  And what are these right here (indicating)?
15  A.  Oh, that's the Interstate.
16  Q.  Thank you.
17       MR. WINTERS:  Your Honor, I would offer to introduce

18    and file into evidence, P-4.

19            THE COURT:  Any objection?

20            MR. RIEHLMANN:  No objection, Your Honor.

21            THE COURT:  It will be received.

22            MR. WINTERS:  You can stay here, Mr. Williams.  I

23    want to show you one other photograph -- two other

24    photographs, excuse me.

25    BY MR. WINTERS:


                                                    134
                        Williams - Direct

1     Q.  First of all, let me show you what's been marked as P-2,

2     and again ask you if you can identify that?

3     A.  (Witness examines photograph)  Yes, that's the Avis Rental

4     Car place where we picked up the rental vehicles from.

5     Q.  Is that the place Leon Duncan came to?

6     A.  Yes.

7     Q.  I'm going to show you now P-5, and ask you if you can

8     identify P-5?

9     A.  (Witness examines photograph)  Yes.  This is the video

10    gaming place, and we're parked in this area right here

11    (indicating).

12    Q.  And where is that located?

13    A.  Right by the Mardi Gras Truck Stop.

14            MR. WINTERS:  Your Honor, I would offer to introduce

15    and file into evidence, P-2 and P-5.

16            MR. RIEHLMANN:  No objection.

17            THE COURT:  No objection?

18            MR. VOIGHT:  No objection.

19            THE COURT:  It's received.

20    BY MR. WINTERS:

21  Q.  Now, when you got to the Mardi Gras Truck Stop with

22  Mr.Duncan and Mr. Rodgers, did you see anybody else there

23  that you recognized?

24  A.  Yes, I saw JJ.

25  Q.  And did you anybody else there?

Williams - Direct

1  A.  Terry Adams.

2  Q.  And where was Len Davis?

3  A.  I believe he was still in route to the Mardi Gras Truck

4  Stop.

5  Q.  Did he eventually come to the Mardi Gras Truck Stop?

6  A.  Yes.

7  Q.  And who did he arrive with?

8  A.  Leon -- I mean to say Darrel Jones and Sidney Dubuclet.

9  Q.  Now, how long did you remain at the Mardi Gras Truck Stop?

10  A.  About for, about 45 minutes.

11  Q.  And how long did Davis remain there?

12  A.  For about 30, 35 minutes.

13  Q.  Now, did you eventually leave the Mardi Gras Truck Stop?

14  A.  Yes.

15  Q.  And which way -- where did you go when you left?

16  A.  I followed -- followed the courier with Leon Duncan and

17  Lemmie Rodgers in my vehicle, and we followed the courier west

18  on the Interstate.

19  Q.  Now, you say you followed the courier.  How did you know

20  who to follow?

21  A.  JJ called us and told us what car to follow, and as we saw

22  it leaving the parking lot, we then left behind it.

23  Q.  What --

24  A.  He told us --

25    Q.  Do you remember the type of vehicle you followed, the

Williams - Direct

1   courier you followed; what type of vehicle he was driving?

2   A.  Yes, it was a burgundy Chrysler.

3   Q.  Now, did Len Davis -- where did Len Davis go?  Did you see

4   Len Davis leave?

5   A.  Yes, he left before we did and they followed a vehicle

6   going east, containing -- both of these vehicles that we

7   followed were carrying the cocaine inside.  His went east and

8   mine went west, on the Interstate.

9   Q.  And did he have in his car, Mr. Dubuclet and Mr. Jones?

10  A.  Yes, he did.

11  Q.  And did you have in your car, Mr. Rodgers and Mr. Duncan?

12  A.  Yes.

13  Q.  Did you all know that the cars you were in were equipped

14  with court authorized bugs or microphones?

15  A.  No, we didn't know.

16  Q.  Now, I'm going to play for you now, tape recordings from

17  the microphone marked as -- marked for the jury as SW 6T, and

18  it's going to be Tape 1 of the conversation in Len Davis' blue

19  Caprice, on November the 18th.

20      (Whereupon, the following excerpt of the audio tape of

21  Defendant's Exhibit SW 6T, a conversation between LEN DAVIS,

22  DARREL JONES and SIDNEY DUBUCLET, inside a blue Chevrolet

23  Caprice, dated November 18, 1994, was then played for the

24  jury:)

25          "MR. DAVIS:  I'm about to leave Darrel.  That's all

Williams - Direct

1  there is to it.  He's -- he's about to get left like a mother

2  fucker.

3       "MR. DUBUCLET:  (Unintelligible)

4       "MR. DAVIS:  That's exactly what I'm talking about,

5  bro.  These dudes want shit to run smooth, man.  They ain't

6  got time for --"

7                      (Tape stopped)

8  BY MR. WINTERS:

9  Q.  Who is talking?

10  A.  Len Davis.

11  Q.  And who is Darrel?

12  A.  Darrel Jones.

13  Q.  And who is "these dudes"?

14  A.  JJ and Terry Adams.

15                      (Tape restarted)

16       "MR. DAVIS:  They ain't got time for that bullshit.

17  It's gonna be me and you on this.  Look at the nigger there.

18       "Darrel, hurry up, bro.  We gotta go.

19     (The car door opens, Darrel Jones enters the car)

20       "MR. DAVIS:  I was just talking about you.  Put that

21  shirt on.

22       "MR. JONES:  What's happening?

23       "MR. DAVIS:  Throw that shirt on, bro.  They down --"

24                      (Tape stopped)

25  BY MR. WINTERS:


                                                    138
                        Williams - Direct

1  Q.  Who says "what's happening"?

2       MR. VOIGHT:  Objection, Your Honor.

3       THE COURT:  On what basis?

 4          MR. VOIGHT:  I'll withdraw the objection, Your Honor.

 5          THE COURT:  On what --

 6          MR. VOIGHT:  I'll withdraw the objection.

 7          THE COURT:  All right.  Very well.

 8   BY MR. WINTERS:

 9   Q.  Who says "what's happening"?

10   A.  Darrel Jones.

11                          (Tape restarts)

12          "MR. DAVIS:  Throw that shirt on, bro.  They down

13   there now, waiting.

14          "MR. JONES:  (Unintelligible)

15          "MR. DAVIS:  One just called, asking me where the

16   fuck we at.

17          "MR. JONES:  Oh, all right.

18          "MR. DAVIS:  I told the nigger I'm coming that way

19   now.  I'm on Elysian Fields.

20          "Sid, that's Darrel.

21          "Darrel, that's Sid.

22          "MR. DAVIS:  Bro, what's happening?

23          "MR. DUBUCLET:  Hey, blood."

24                          (Tape stopped)

25   BY MR. WINTERS:


                                           139
                       Williams - Direct

 1   Q.  What's he doing, to you, there?

 2   A.  Len Davis is introducing Darrel Jones and Sidney Dubuclet

 3   to each other.

 4   Q.  And what does he mean, to you, when he says, "Throw that

 5   shirt on, bro"?

 6          MR. VOIGHT:  Objection, Your Honor.

7    Now, this time I actually do have an objection.  Your

8  Honor, this Witness was not a party to these conversations,

9  and under the law that allows the Government to ask him

10  questions, it really has to be a vague or ambiguous statement,

11  or something in code, and I believe that the plain meaning

12  comes very -- comes clearly through the tape and the tape is

13  the best evidence of what "Throw the shirt on, bro" means.

14    THE COURT:  Again, he's only being asked what he

15  thinks about it.  Objection is overruled.

16  BY MR. WINTERS:

17  Q.  What does it mean to you when he says, "Throw that shirt

18  on, bro"?

19  A.  Len is telling Sidney Dubuclet to throw the police shirt

20  on that I brought to him.

21    (Tape restarted)

22    "MR. DAVIS:  Like shit like that with them mother

23  fuckers there, that was just an idea of what I'm talking

24  about.  You got these people looking around, you see the

25  mother fuckers just --

1    "MR. JONES:  They gonna have them tinted ass fucking

2  windows though.

3    "MR. DAVIS:  Yeah, but some of them play like --"

4    (Tape stopped)

5  BY MR. WINTERS:

6  Q.  What does it mean to you if Darrel Jones says, "They gonna

7  have them tinted ass F'ing windows though"?

8  A.  Some of the police officers or undercover agents usually

9  have tinted windows on their vehicles when they surveilling

10  another vehicle or something like that.

11                    (Tape restarted)
12          "MR. DAVIS:  -- like that.
13          "MR. JONES:  Uh-huh. (affirmative response)
14          "MR. DAVIS:  Some of them bitches don't play like
15  that because they know niggers be on to that tinted window
16  shit.
17          "MR. JONES:  Yeah.
18          "MR. DAVIS:  You dig?  But anything we see that look
19  suspicious, I run plates.  We run fucking plates.
20          "MR. JONES:  When me and Zoo be together we --
21  (laughing) -- we handle it."
22                    (Tape stopped)
23  BY MR. WINTERS:
24  Q.  What does it mean to you when Davis says, "But anything
25  that looks suspicious, I run F'ing plates," or we run F'ing

                                                141
                    Williams - Direct
1   plates?
2   A.  Len is telling them that if he believes that somebody that
3   might be undercover working, following him, looking
4   suspicious, that he'll check the plates out and get an
5   identification of them.
6   Q.  What does it mean to you when Darrel Jones says, "When me
7   and Zoo be together, we handle it"?  Who's Zoo?
8   A.  Zoo is the nickname of another police officer, Reynard
9   Smith.
10  Q.  Where is Reynard Smith?
11  A.  In prison.
12                    (Tape restarted)
13          "MR. DAVIS:  That's what I do.  Fucking right, nigger

14   don't look right.

15          "MR. JONES:  Yes, indeed.

16          "MR. DAVIS:  Yeah, 'Michelle, you can run this plate

17   for me?'  Fucking right.

18          "MR. JONES:  Run the fuck out of 'em.  (Laughter)

19          "MR. DAVIS:  I want to know what's happening.

20      (Police radio in background)"

21                          (Tape stopped)

22   BY MR. WINTERS:

23   Q.  What's that radio that we heard?  Is it -- what kind of

24   radio is that?

25   A.  That's a police hand held -- hand held radio.


                                              142
                        Williams - Direct

1    Q.  You all had your radios?

2    A.  Yes.

3                          (Tape restarted)

4       (Beeper goes off)

5          "MR. DAVIS:  That's them.

6          "MR. JONES:  I don't know how the fuck I -- I gave

7    you my -- the number, my old number.

8          "MR. DAVIS:  Yeah, man, you giving me five.  First,

9    Reynard don't fucking call me back, now I can't get this

10   nigger to call me.  But, no, that shit was just straight up

11   saying it was a bad number when I dial that shit.

12         "MR. JONES:  My other pager was fine, and I -- I got

13   this one about a week ago.

14         "MR. DAVIS:  People got a habit of coming over.

15   Bitch almost crossed the fucking median.  I had to ride the

16   fucking neutral ground.  I can't believe I'm riding on the

17   neutral ground.  (Unintelligible)

18          "Bitch, you better start sticking you head out that

19    window like an ostrich, ho.

20          (Sounds of thumping on highway)

21          "MR. DAVIS:  See that gray car and that other car

22    over there?

23          "MR. DUBUCLET:  Yeah.

24          "MR. DAVIS:  That's them.  That's the people there."

25                    (Tape stopped)

1    BY MR. WINTERS:

2    Q.  What's Davis mean when he says, "That's them.  That's the

3    other people there"?

4    A.  Because he's pulling up now and into the Mardi Gras Truck

5    Stop, the location where we gonna be protecting the drugs, and

6    he sees JJ and Terry Adams.  He spots them, so he's

7    identifying them to Darrel Jones and Sidney Dubuclet.

8    Q.  And who is this "SD"?  Who is that?

9    A.  Who is what?

10   Q.  The person on the transcript, "SD;" do you recognize that

11   -- do you recognize that voice?

12   A.  That's Sidney Dubuclet.

13                       (Tape restarted)

14          "MR. DAVIS:  I don't know how the fuck them dudes

15   don't be having their phone on.

16          "MR. DUBUCLET:  Who's that?

17          "MR. DAVIS:  Scoo in the fucking car, man.  Them

18   niggers be tripping with that fucking shit.  He know that's

19   the fucking way we contact them.

20          "MR. JONES:  I know that shit right.

Page 127

21            "MR. DAVIS:  Damn.

22        (Police radio in background)

23            "MR. DUBUCLET:  These some good little shades here,

24    bro.

25            "MR. DAVIS:  Uh-huh. (affirmative response)  To say

1    them bitches --

2            "MR. DUBUCLET:  (Unintelligible)

3            "MR. DAVIS:  -- was less than three dollars.

4            "MR. DUBUCLET:  Yeah?

5            "MR. DAVIS:  I sent that nigger in Texaco and let him

6    buy the mother fuckers.

7            "MR. JONES:  Oh?  That's my wife in there, the

8    manager there.

9            "MR. DAVIS:  Yeah, I told him that probably was your

10    wife.

11            "MR. JONES:  Yeah.

12        (Pause)

13            "MR. DAVIS:  Look for a burgundy four door car."

14                        (Tape stopped)

15    BY MR. WINTERS:

16    Q.  Who is driving the burgundy four door car?

17    A.  I am.

18                        (Tape restarted)

19            "MR. JONES:  A little small one.

20            "MR. DAVIS:  It's a four door.  It ain't real small,

21    but it's smaller than this mother fucker is.

22            "MR. DUBUCLET:  (Unintelligible)

23            "MR. JONES:  There's one turning over there.

24            "MR. DUBUCLET:  That's white folk.

25          "MR. DAVIS:  What?

                        Williams - Direct

1          "MR. DUBUCLET:  That's white people in that one
2     turning over there.
3          "MR. JONES:  Oh, yeah.  There's a little --
4          "MR. DUBUCLET:  You got a burgundy one right there.
5          "MR. DAVIS:  All right.
6       (Cellular telephone rings)
7          "MR. DAVIS:  Hello.  Hello.  Hello, why ya'll don't
8     have that phone on?  Hello.  Hello.
9       (End of call)
10         "MR. JONES:  Them phones, they ain't worth a fuck.
11      (Police radio in background)
12      (Pause)
13         "MR. JONES:  (Unintelligible) -- when the -- the
14    mother fuckers, had to have been a wrong call.
15      (Police radio in background)
16      (Dialing cellular telephone)
17         "MR. DAVIS:  Yeah, where you at?  I'm right here too.
18    I don't see you.  Okay, yeah, I saw him over there --"
19                              (Tape stopped)
20    BY MR. WINTERS:
21    Q.  Who is he talking to; do you know?
22    A.  I think he's talking to me.
23                              (Tape restarted)
24         "MR. DUBUCLET:  Uh-huh. (affirmative response)
25         "MR. DAVIS:  -- but I ain't seen your ass over there.

1          "MR. DUBUCLET:  (Unintelligible)

2          "MR. DAVIS:  What?  All right.  That's them calling

3     me on the other one.  Hold on.

4       (Answers incoming call:)

5          "MR. DAVIS:  Hello.  Hello.  Why ya'll ain't got the

6     phone on?  Man, I dialed that mother fucker, bro, and that

7     bitch ain't even do nothing.  I saw ya'll.  I saw ya'll.

8     Ya'll are parked together.  Yeah, well, I'm right --"

9                           (Tape stopped)

10    BY MR. WINTERS:

11    Q.  Do you know who he's talking to?

12    A.  Yes.  He's talking to JJ now.

13                         (Tape restarted)

14         "MR. DAVIS:  -- right here by the Mardi Gras, by the

15    Texaco.  In other words, the Mardi Gras Truck Stop, but the

16    gas station is named Texaco.

17         "Oh, okay.  All right.  All right.  Look, give me --

18    give me the east route and Sam gonna take the west route.  I'm

19    gonna take the east, he gonna take the west.  All right.

20      (Mr. Davis gets off the cellular telephone)"

21                          (Tape stopped)

22    BY MR. WINTERS:

23    Q.  What does he mean by he's going to take the east and

24    you're going to take the west?

25    A.  I will be following the courier containing the drugs west

1     -- well, east, and the other one will be going west.

2     Q.  I ask you to step down here.

3              MR. WINTERS:  With the Court's permission?

4          THE COURT:  All right.

5    BY MR. WINTERS:

6    Q.  I'm going to show you what has been marked as P-2, a

7    photograph, and ask you if you recognize this right here

8    (indicating)?

9    A.  Yeah, that's an overview of the Interstate.

10   Q.  Okay.  And would you tell us, is that -- what is that

11   right there (indicating)?

12   A.  That's the Interstate headed eastbound.

13   Q.  Okay.

14   A.  And this is the twin span up here (indicating).

15   Q.  And what's this over here (indicating)?

16   A.  This is the Interstate.  This is going westbound.

17   Q.  Okay.  Now, when you say the Interstate, you're talking

18   about I-10 or I-610?

19   A.  I-10.

20   Q.  I-10.  And this is what, here (indicating)?

21   A.  This is the Mardi Gras Truck Stop area and this is the

22   Interstate 10.

23   Q.  Thank you.

24          MR. WINTERS:  Your Honor, we would offer to introduce

25   and file into evidence, P-2.

                                                              148
                        Williams - Direct

1          MR. RIEHLMANN:  No objection.

2          THE COURT:  No objection, received.

3                          (Tape restarted)

4          "MR. DUBUCLET:  (Unintelligible)

5     (Horn beeps)

6     (Police radio in background)

```
 7              "MR. DAVIS:  They got a whole stack of them here.
 8         (Police radio in background)
 9              "MR. DAVIS:  Come and lose our dope man money.
10         (Cellular telephone rings)"
11                                  (Tape stopped)
12    BY MR. WINTERS:
13    Q.  What does that mean to you when Davis says, "Come and lose
14    our dope man money"?
15    A.  Well, we all are parked at the Mardi Gras Truck Stop and,
16    you know, we're not parked next to each other.  Like, JJ and
17    Terry Adams are closer to the warehouse area of the Mardi Gras
18    Truck Stop.  Myself, I'm in the parking lanes near that video
19    poker machine and Len is a few parking lanes away from me,
20    near that video poker place too.
21         And he's talking right here about the video poker place,
22    we should -- he's going to go in there and lose some of his
23    dope man money.
24    Q.  Who is the dope man?
25    A.  JJ.
```

                          Williams - Direct

```
 1                                  (Tape restarted)
 2         (Police radio in background)
 3              "MR. DAVIS:  Hello.  Hello.  Hello.  Your -- that
 4    phone take incoming?
 5              "MR. DUBUCLET:  Yeah.
 6              "MR. DAVIS:  Because when we get the business, we
 7    probably going to tell them we ain't having this, because this
 8    mother fucking thing here ain't what's happening, bro.
 9              "MR. DUBUCLET:  (Unintelligible)
10              "MR. JONES:  I could -- I could of, if I'd have
```

11    known, I'd have brought mine.

12        "MR. DAVIS:  I didn't know you had one.  I sure would

13    have told you to bring it.  This phone is a piece of shit.

14    Now look how they telling me they phone on.  This bitch ain't

15    even ringing.

16        (Police radio in background)

17        (Pause)

18        "MR. DUBUCLET:  Look, this mother fucker put the

19    pocketbook in the trunk before she got here.  (Laughter)

20        "MR. DAVIS:  Now they phone ringing and giving me a

21    busy signal.

22        "MR. DUBUCLET:  He must be trying to call you.

23    Unless Sam trying to call.  Yeah, Sam trying to call.

24        (Incoming cellular telephone call)

25        "MR. DAVIS:  Yeah.  Man, this fucking raggedy ass


                                                        150
                        Williams - Direct

1     phone broke.  Call 'em and give 'em --

2         "Sid, what's that number?

3         "MR. DUBUCLET:  4-5-8."

4                         (Tape stopped)

5     BY MR. WINTERS:

6     Q.   Who is he talking to there; do you know?

7     A.   He's talking to me.

8     Q.   And who does he want you to give Sid's number to?

9     A.   JJ, so he could call them.

10                        (Tape restarted)

11        "MR. DAVIS:  458 what?

12        "MR. DUBUCLET:  8-0-8-6.

13        "MR. DAVIS:  Call 'em and tell 'em to call 458-8086,

14    458-8, zero --

15          "That's them there.  Hold on.

16    (Police radio in background)

17    (Answers call waiting)

18          "MR. DAVIS:  Hello.  Hello.  Hello.  Call -- who is

19    this?  Okay.  Yeah, bro.  I'm about to give you this other

20    phone number, bro, 'cause this phone's a piece of shit.  458-

21    8086.  Yeah, call that number right now.  8-6, all right.

22          "You got it on?

23    (End of call)"

24                              (Tape stopped)

25    BY MR. WINTERS:

Williams - Direct

1    Q.  Who is he talking to there, do you know?

2    A.  JJ.

3                              (Tape restarted)

4          "MR. DAVIS:  You got it on?

5    (End of call)

6          "MR. DUBUCLET:  I've got a low battery.  (Laughter)

7          "MR. DAVIS:  (Laughter)  Boy, we stuck all kind of

8    fucking ways.

9          "MR. DUBUCLET:  (Unintelligible)

10          "MR. DAVIS:  If it gets going -- going through, it

11    should ring.  It should ring.

12          "MR. JONES:  Yeah, it'll ring.

13    (Cellular telephone rings)

14          "MR. DAVIS:  Hello.  Yeah, this better, but the

15    fucking battery low.  But, fuck it, it's on now.

16          "Man, we got all kind of problems with these raggedy

17    fucking phones.  Yeah, we sitting right here across from Sam

18    and them.  I'm looking at --"
19                          (Tape stopped)
20    BY MR. WINTERS:
21    Q.  Who's Sam?
22    A.  That's me.
23    Q.  Are they sitting right across from you in the parking lot?
24    A.  Well, not directly across but like on a angle, but near
25    us, yes.

                                              152
                        Williams - Direct
1                          (Tape restarted)
2              "MR. DAVIS:  -- ya'll.  All right.  All right.  Yeah,
3      I get -- who that is with the red and blue on?  I can see,
4      yeah, I can see.  Okay.  Yeah, I can see your hand now.  Uh-
5      huh. (affirmative response)  All right.  Now, he know if he
6      gonna go -- when he go west he got to go 'round the side of
7      it.  He got to go under the bridge.  All right.
8              "He got about three phones ringing in the car.  These
9      fucking cellulars ain't shit.
10         (Police radio in background)
11             "MR. DAVIS:  This phone must have cut off.
12             "MR. DUBUCLET:  (Unintelligible)
13             "MR. JONES:  You didn't have no phone with that roam
14     too.
15             "MR. DAVIS:  Yeah.  All right.  All right.  And we
16     take ya'lls spot and then ya'll call us from there.  All
17     right.  All right.  This bitch just cut off.
18             "MR. JONES:  It did?
19             "MR. DAVIS:  I think so.  I think so.
20             "MR. JONES:  But you know something?  If you leave it
                        Page 135

21  off, it still should ring.

22          "MR. DAVIS:  (Unintelligible)

23          "MR. JONES:  Well, it ain't right, right?  It ain't

24  gonna ring being off.  If it be on, but they gonna run the

25  battery down.

                    Williams - Direct

1      (Unintelligible whispering)

2      (Police radio in background)

3          "MR. DUBUCLET:  My old lady rides around with the

4  bitch low as a mother fucker.

5          "MR. DAVIS:  Ya'll got a cigarette lighter charger?

6          "MR. DUBUCLET:  Yeah, that's what I'm saying.  That

7  don't even make no mother fuckin' sense.  All you gotta do is

8  plug it in.

9      (Mr. Davis talks on the cellular telephone:)

10          "MR. DAVIS:  Yeah, man.  Now, both of Sid battery

11  low.  This phone a piece of shit.  Jay phone fucked up.

12  Everything's fucked up.  But it's fifteen, twenty minutes and

13  we gonna pull in the location where they at and they gonna

14  pull around to the other side."

15                          (Tape stopped)

16  BY MR. WINTERS:

17  Q.  What's Davis mean to you when he says, "We're gonna pull

18  in the location where they at and they gonna pull around to

19  the other side"?

20  A.  He's saying in about 15 or 20 minutes, JJ's gonna go to

21  the other side of the warehouse, the truck stop warehouse, and

22  have the couriers load it up with the cocaine, and Len is just

23  going to pull over to that spot.

24  Q.  Is that what happened?

25    A.  Len -- I don't think Len went over to his spot, but, yes,

Williams - Direct

1    they did go load the couriers up.

2    Q.  JJ?

3    A.  Yes.

4                        (Tape restarted)

5            "MR. DAVIS:  I'm gonna go east, you gonna go west.  I

6    told him to go west you got to go under the fucking bridge and

7    come back around and go up west that way there.  And I told

8    him we gonna go east because of who I'm with.  East --"

9                        (Tape stopped)

10   BY MR. WINTERS:

11   Q.  What is this reference to?  Who is he talking to, first,

12   on the cellular phone; do you know?

13   A.  He's talking to me.

14   Q.  Okay.  And what's this reference to if, "I told him to go

15   west you got to go under the bridge;" what is he talking

16   about?

17   A.  Len was just giving instructions to JJ to tell the

18   couriers how they have to get on the Interstate.

19   Q.  To go west?

20   A.  Yes.

21   Q.  Okay.

22                        (Tape restarted)

23           "MR. DAVIS:  East is the quicker route, so I want to

24   do my people quick and drop them off and then ya'll go west."

25                        (Tape stopped)

1  BY MR. WINTERS:

2  Q.  Who is he talking -- what is he talking about, to you,

3  when he says, "I want to go east because of who I'm with"?

4  A.  You see, Len has Sidney Dubuclet and Darrel Jones in his

5  vehicle, and they're posing as police officers.  So, the east

6  route being the shorter route, he wants to make -- take that

7  route so he can hurry up and get them out the vehicle from

8  posing as police officers.

9                    (Tape restarted)

10        "MR. DAVIS:  Jay, what the fuck you saying all right

11  for this.  (Unintelligible)  No.

12        "Fifteen minutes.  He said fifteen.  He just talked

13  to them.  They should be pulling up here in fifteen minutes.

14  He supposed to pull right up in front of where that Global

15  truck at on your left.  He supposed to pull right there.  He

16  gonna stop, talk to Jay, and then they gonna pull around to

17  the other side, load up, and then he's gonna call us on the

18  phone, tell us --"

19                    (Tape stopped)

20  BY MR. WINTERS:

21  Q.  Who is he talking about?  He just -- "They should be

22  pulling up here in fifteen minutes."  Who's pulling up?

23  A.  The tractor trailer is going to be pulling up.  That's

24  where -- the cocaine is supposed to be on the tractor trailer,

25  and that's going to go around to the warehouse and then we're


                                                            156

1  going to unload the tractor trailer and load it into the

2  vehicles.

3  Q.  Is that what he means when he says, "load up"?

     4    A.  Yes.

     5                        (Tape restarted)

     6              "MR. DAVIS:  -- tell us what to -- what to do.  But

     7    we gonna have -- well, that's what I was telling Jay on the

     8    phone.  I said we gonna tell him he have to go under that

     9    fucking bridge.  So, what you need to do since you gonna be

    10    the west man, call Jay back and explain that they need to go

    11    around under the bridge and then come back out.

    12        (End of call)

    13        (Police radio in background)

    14              "MR. DUBUCLET:  Ya'll got to find a better way to --

    15              "MR. DAVIS:  We was going to get some two-way walkie

    16    talkies.  But fuck, that kind of shit could be picked up too.

    17              "MR. JONES:  Uh-huh. (affirmative response)"

    18                        (Tape stopped)

    19    BY MR. WINTERS:

    20    Q.  What's Davis mean -- what does it mean to you when Davis

    21    says, "But that kind of shit could be picked up too"?

    22    A.  He's talking about the conversation we were having, of

    23    criminal substance, it could be picked up on a two-way radio

    24    if we were being monitored by law enforcement agencies.

    25                        (Tape restarted)

                        Williams - Direct

     1              "MR. DUBUCLET:  (Unintelligible)

     2              "MR. DAVIS:  If we got two-way walkie talkies, --

     3              "MR. DUBUCLET:  They use signals.

     4              "MR. DAVIS:  -- them frequencies can fucking be

     5    picked.  See, but the conversation we holding, it's not saying

     6    nothing.  It's saying --

7        "MR. DUBUCLET:  No, no, not the book.  I'm talking

8   about as far as --

9        (Police radio in background)"

10                           (Tape stopped)

11  BY MR. WINTERS:

12  Q.  What does Mr. Davis mean when he says, "The conversation

13  we holding, it's not saying nothing"?

14  A.  He's telling Sidney Dubuclet and Darrel Jones that the way

15  he's talking on the phone, you know, even if it's being

16  monitored, we're not saying anything like cocaine or anything

17  that can be understood to be something illegal, because he's

18  not using those words.

19                           (Tape restarted)

20        "MR. JONES:  But, you know, I got -- matter of fact,

21  at my office I'm gonna have two -- whenever we roll it

22  again, --

23        "MR. DAVIS:  Uh-huh. (affirmative response)"

24                           (Tape stopped)

25  BY MR. WINTERS:

1   Q.  What's Darrel Jones saying there, "Whenever we roll it

2   again"?

3   A.  The next time he goes with them to protect the cocaine.

4                           (Tape restarted)

5        "MR. DAVIS:  Uh-huh. (affirmative response)

6        "MR. JONES:  -- I'm gonna have two radios.  Could we

7   use them, like -- they within a mile apart, you can talk to

8   one another.

9        "MR. DAVIS:  See, a two-way walkie talkie?

10       "MR. JONES:  That's --

11          "MR. DAVIS:  You can pick up -- these cellulars

12    picked -- get picked up, them fucking two-way walkie talkies

13    could be pick up.

14          "MR. DUBUCLET:  Yeah.

15          "MR. JONES:  But you know how I got these?

16          "MR. DUBUCLET:  (Unintelligible)

17          "MR. JONES:  I got these from a construction site

18    company.

19          "MR. DAVIS:  Uh-huh. (affirmative response)

20          "MR. JONES:  These two radios.

21          "MR. DAVIS:  Uh-huh. (affirmative response)

22          "MR. JONES:  Anything can be picked up.

23          "MR. DAVIS:  Yeah."

24                          (Tape stopped)

25    BY MR. WINTERS:


                                                  159
                          Williams - Direct

 1    Q.  What does Jones mean to you when he says, "Anything can be

 2    picked up"?

 3    A.  Whatever kind of communications device you're using, it

 4    can be monitored.

 5                          (Tape restarted)

 6          "MR. DAVIS:  Radio Shack got some good ones, but what

 7    the fuck, it's going to be the same fucking thing.

 8          "MR. JONES:  Yeah.

 9          "MR. DAVIS:  You dig?  If a mother fucker trying to

10    zero in on you, they gonna zero in on you, regardless.

11          "MR. JONES:  Right.

12          "MR. DAVIS:  But --"

13                          (Tape stopped)

14  BY MR. WINTERS:

15  Q.  What does Davis mean to you when he says, "If a MF is

16  trying to zero in on you, they gonna zero in on you,

17  regardless."

18      And Jones says, "Right."

19      What does that mean to you?

20  A.  If law enforcement has you under surveillance and they

21  trying to monitor whatever communication devices you're using,

22  they're going to be able to do so, regardless of what type you

23  use.

24                      (Tape restarted)

25          "MR. DAVIS:  -- as far as with us, what we've been

 1  discussing, you just heard my conversation.

 2          "MR. DUBUCLET:  Oh, no.  It's nothing incriminating,

 3  no.

 4          "MR. JONES:  Right.

 5          "MR. DAVIS:  Yeah, you heard my conversation.

 6          "MR. JONES:  Right.

 7          "MR. DAVIS:  He's gonna pull in here.  We gonna go

 8  here.  We going to go there.

 9          "MR. JONES:  Right.

10          "MR. DAVIS:  That's it, you ain't --

11          "MR. JONES:  So, that was it.

12          "MR. DAVIS:  And that's all you going to hear.  You

13  ain't going to hear about what the fuck we doing."

14                      (Tape stopped)

15  BY MR. WINTERS:

16  Q.  What does Davis mean to you when he says, "You ain't going

17  to hear about what the F we doing"?

18    A.  He's saying that even though they could monitor any kind

19    of communication device, the way he's talking in his

20    conversations, he's just saying things like, "We're going to

21    this location and we're going to that location."  He's not

22    going into details as far as we're going to be loading up this

23    amount of cocaine, or we're going to be following the drugs

24    here or there.  So, it's not very incriminating.

25                         (Tape restarted)


                                                    161
                         Williams - Direct

1              "MR. JONES:  Right.

2              "MR. DAVIS:  You dig?  I mean, you ain't going never

3    going to --

4              "MR. JONES:  We could be going to meet some bitches,

5    or anything."

6                         (Tape stopped)

7    BY MR. WINTERS:

8    Q.  What does it mean to you when Jones says, "Because we're

9    going to meet some bitches, anything."

10    A.  When -- he's talking about how Len is talking.  He could

11    be talking about anything when he says he's going to this

12    location.  He could be going to meet another girl or

13    something.

14                         (Tape restarted)

15             "MR. DAVIS:  In our -- in the privacy of our own

16    fucking home or wherever we at, we don't discuss words like

17    that.

18             "MR. JONES:  Right."

19                         (Tape stopped)

20    BY MR. WINTERS:

21   Q.  Words like what?

22   A.  Like cocaine or drugs.

23                     (Tape restarted)

24        "MR. DAVIS:  Because it's already known, so why is it

25   necessary to say it.


                                                   162
                    Williams - Direct

1         "MR. JONES:  What's happening.

2         "MR. DAVIS:  And if you know what we're talking

3    about, --

4         "MR. JONES:  Right.

5         "MR. DAVIS:  -- you don't need to go into detail

6    about no (inaudible).  So, fuck that.  We know what we talked

7    about.

8         "MR. DUBUCLET:  Right.

9         "MR. DAVIS:  So, let's just talk about what we need

10   to do.  I been told them that from the first day I met them.

11   We stripped down buck naked.  He stripped down buck naked."

12                     (Tape stopped)

13   BY MR. WINTERS:

14   Q.  What does that mean to you when he says, "We stripped down

15   buck naked.  He stripped down buck naked"?

16   A.  Len is referring to the meeting at the hotel when we all

17   stripped down to check each other for listening devices.

18                     (Tape restarted)

19        "MR. DAVIS:  -- checking each other and shit.  And

20   then, I told him, I said, 'Bro, we not using no words like

21   that.'

22        "One time he had a word -- a habit of using the word

23   'load.'  I said I don't want to use that.

24        "MR. DUBUCLET:  Right.
                        Page 144

25          "MR. DAVIS:  I don't want to use no words.  We don't

                        Williams - Direct

1    even discuss that.

2          "MR. JONES:  (Unintelligible)

3          "MR. DAVIS:  All we say now, 'Yeah, bro.  It's

4    starting.  Meet us at the place.'

5          "MR. JONES:  And that's -- and that's all you need.

6    Place could be anywhere."

7                        (Tape stopped)

8    BY MR. WINTERS:

9    Q.  What does it mean to you when Darrel Jones says, "That's

10   all you need.  The place could be anywhere"?

11   A.  He's saying, yeah, when -- when Len is saying -- when

12   we're communicating now, we just say things like it's

13   starting.  Its' about to start.  We're going to meet you at

14   the place.  Darrel Jones is just saying, "Yeah, they don't

15   know where that is, so that place could be anywhere."  So,

16   nothing incriminating has been said.

17                        (Tape restarted)

18         "MR. DUBUCLET:  He not gonna try to call back on

19   this, huh?

20         "MR. DAVIS:  Uh-uh. (negative response)  You can

21   leave that one off.

22         "MR. DUBUCLET:  All right.

23         "MR. DAVIS:  Fuck it.  If he try to call, he'll call.

24   They got my beeper number and that cellular there.  It -- it

25   ain't gonna be on (inaudible).

1     (Police radio in background)

2          "MR. DAVIS:  Fuck, that bitch low, but you can keep

3     it on.

4          "MR. JONES:  You changed that five to eight, huh,

5     Len?

6          "MR. DAVIS:  What?

7          "MR. JONES:  Wherever you -- you changed that, on

8     that beeper, you changed it, huh?

9          "MR. DAVIS:  Yeah, I know it's 8439.

10          "MR. JONES:  All right.  I'm so used to that fucking

11     five, I been having -- I had that five something number for

12     something like -- for about five years.

13     (Police radio in background)

14          "MR. DUBUCLET:  So, what, you keeping this for the

15     rest of the day, Len?

16          "MR. DAVIS:  What?

17          "MR. DUBUCLET:  You keeping this for the rest of the

18     day?

19          "MR. DAVIS:  What?

20          "MR. DUBUCLET:  This car.

21          "MR. DAVIS:  Oh, fuck, no.  We got to go to work,

22     because we gonna be late.  I can see that.  We was supposed to

23     be to work for 2:25.  Once I come -- once we come back, I'm

24     gonna drop you off.  I'm gonna drop Darrel by his car, drop

25     you off, and go and park this bitch and get in my car.  And

1     then we gonna probably go to work and then they gonna call us,

2     right in the Fifth District, we go get the ends."

3                          (Tape stopped)

4    BY MR. WINTERS:

5    Q.  Who is going to call -- what does he mean to you when he

6    says, "And we gonna probably go to work and they gonna call

7    us;" who is going to call us?

8    A.  JJ and Terry Adams.

9    Q.  And, "We go get the ends"?

10   A.  He's going to call us to pick up our money.

11                        (Tape restarted)

12        "MR. DAVIS:  You know, and can ya'll meet me here,

13   meet me there, to give ya'll ya'll ends, and it's a done deal.

14   It's just that simple.

15     (Police radio in background)

16        "MR. DAVIS:  I got to call these niggers up.  I got

17   to let them know that things is running later than we

18   thought."

19                        (Tape stopped)

20   BY MR. WINTERS:

21   Q.  What does he mean to you when he says, "I'm going to give

22   you ya'll ends," when he's talking to Jones and Dubuclet?

23   A.  He's telling them that after we get paid from protecting

24   the drugs, he's going to pay them for protecting them.

25                        (Tape restarted)

1     (Outgoing cellular telephone call)

2         "MR. DAVIS:  He might be on the phone with who I'm

3    calling right fucking now.

4         "Yeah, ya'll can see we running later that we

5    thought, huh?  Ya'll talked to Sam?  You -- what you talking

6    about, something like that?  Yeah, yeah.  Well, fuck.  Because

7   originally we thought it was going to be 2:00, and that's what
8   it looked like. And then we said 12:00. But, fuck, we still
9   waiting to do this on this other end. So, ya'll might be out
10  there 'til about 2:00.
11          "And if -- and what happened, you know, when you told
12  me that the van never came out? Remember, you said it went up
13  in there and it never came out? Weren't you the one that told
14  me that they pulled the van up in there, but it never came
15  out? Okay, that was one of the other people. They got a van
16  in there, the bitch broke."
17                          (Tape stopped)
18  BY MR. WINTERS:
19  Q.  Who is he talking to there?
20  A.  Len is -- remember, they still got guys at the warehouse
21  protecting the drugs over there. So, Len is on his cellular
22  phone now, calling over to, I think, Edward Williams and
23  Michael Kasner. They were working at the warehouse now,
24  protecting the drugs.
25  Q.  And what does he mean to you when he says, "They got a van


                                                        167
                          Williams - Direct

1   in there, the bitch broke"?
2   A.  Okay. Before Edward Williams and Michael Kasner came on,
3   two other guys were protecting the drugs at the warehouse and
4   a van carrying some drugs went inside the warehouse, but it
5   never came out. And the reason is, they were -- it had broken
6   down on them, so they was waiting for another van to come to
7   pick the drugs back up.
8                          (Tape restarted)
9           "MR. DAVIS: And that's why -- that's the only reason
10  ya'll still there. No, it went in there when ya'll was off.
                        Page 148

11  It went in there when ya'll was off, so -- (inaudible), my

12  other people.  And that's why ya'll ain't gone yet, because

13  the van broke down.  So, what they doing, they getting another

14  van to come and they gonna have to switch with them, whatever.

15  You dig?

16      "But that's what the fuck -- that's what ya'll hold

17  up is.  The mother fucker broke down, because ya'll would have

18  been gone.  So, just chill.  You getting paid by the hour,

19  bitch.  So, just chill.  That's just more in your pocket.

20  Everything's been cool, huh?  All right, then, bro.  I'll get

21  back with ya'll.  All right.

22  (End of cellular telephone call)

23  (Pause)

24  (Outgoing cellular telephone call)

25      "MR. DAVIS:  Hello.  What's up?  I forgot.  I ain't

1  -- bitch, you better put a code behind this thing so I --"

2              (Tape stopped)

3  BY MR. WINTERS:

4  Q.  What does Davis mean to you when he says, "You better put

5  a code behind this thing"?

6  A.  Well, he's talking to me and I just beeped him on another

7  cellular phone.  This is one different from the one he's used

8  to me calling him on, or he's not familiar with the number,

9  so, he's telling me when I put the number inside his beeper,

10  to put a code behind it, so he'll know it's me.

11  Q.  What kind of code?  What was the code; do you remember?

12  A.  Usually I think I used 26, which was a code for police

13  officer.

14          (Tape restarted)

15          "MR. DAVIS:  That's why, I knew it was you.  That's

16  why I took my time.  What?  Uh-huh. (affirmative response)

17  452-9161.  All right.

18          (End of cellular telephone call)

19          (Police radio in background)

20          "MR. JONES:  (Unintelligible)

21          "MR. DAVIS:  What?  No.  I ain't laughing at that.

22  I'm laughing at that Lemmie asshole.  (Laughter)  Because

23  Leon, he was leery from the first fucking time we went at it

24  months ago, and Dunc got him to come on.  But, --"

25          (Tape stopped)


                                                    169
                     Williams - Direct

1   BY MR. WINTERS:

2   Q.  Who is Lemmie?

3   A.  Lemmie Rodgers.

4   Q.  And who is Leon?

5   A.  Leon Duncan.

6   Q.  And what does it mean to you when he said, "He was leery

7   from the first F'ing time we went at it months ago;" went at

8   what months ago?

9   A.  Months ago, when we first started protecting the drugs at

10  the warehouse.  We -- the first -- one of the first people we

11  tried to recruit was Leon and Lemmie, but they were leery at

12  the time.  But Leon -- Len goes on to tell them that Leon

13  talked Lemmie into working it this time, so.

14  Q.  Is Leon Duncan, Dunc?

15  A.  Yes.

16          (Tape restarted)

17          "MR. DAVIS:  -- I know Lemmie was saying something

18    about he has another question he wanted to ask."
19                    (End of tape)
20        MR. WINTERS:  Should I keep going, Your Honor?
21        THE COURT:  Yes.
22        MR. WINTERS:  Okay.  I would ask now, ladies and
23    gentlemen of the jury, to turn to SW 6, Tape Two, which is --
24    it should be the next one in your transcript book.  And this
25    continues the conversation in the blue Caprice, between Jones,

1    Dubuclet and Davis.
2        (Whereupon, the following excerpt of the audio tape of
3    Defendant's Exhibit SW 6T, Tape 2, a continuing conversation
4    between LEN DAVIS, DARREL JONES and SIDNEY DUBUCLET, inside a
5    blue Chevrolet Caprice, dated November 18, 1994, was then
6    played for the jury:)
7        "MR. JONES:  I got a fucking detail tonight and I
8    don't feel like going.
9        (Loud background music)
10        "MR. DAVIS:  Oh yeah, where?
11        "MR. JONES:  In the Fifth, on Tonti, in the twenty
12    hundred block
13        "MR. DAVIS:  Doing what?
14        "MR. JONES:  At a church.  I would make -- normally,
15    I work it like four days a week, but they have something at
16    the church tonight.
17        "MR. DAVIS:  Are you still a reserve for Civil
18    Sheriff?
19        "MR. JONES:  Uh-huh. (affirmative response)
20        "MR. DAVIS:  Where your fucking badge at?

21          "MR. JONES:  In my mother fucking wallet.

22          "MR. DAVIS:  Oh, okay.

23          "MR. JONES:  Mother fuckers look at me.  That's why I

24   don't ever throw that bitch on.

25          "MR. DAVIS:  Uh-huh. (affirmative response)

 1          "MR. JONES:  Oh, yeah, I ain't going nowhere.  I

 2   wouldn't go get them niggers without this mother fucker if --

 3   if I didn't have this commission.

 4          "MR. DAVIS:  Uh-huh. (affirmative response)

 5          "MR. JONES:  Shit, I gots to have that iron with me.

 6   Shit, --"

 7                          (Tape stopped)

 8   BY MR. WINTERS:

 9   Q.  What does he mean, what does it mean to you when Jones

10   says, "I got go have that iron with me"?

11   A.  He has to have his gun with him.

12                          (Tape restarted)

13          "MR. JONES:  Shit, I came up --

14          "MR. DAVIS:  You did stop fucking with Foti, huh?

15          "MR. JONES:  Yeah.  You know, they asked me to come

16   back.

17          "MR. DAVIS:  Oh, yeah?

18          "MR. JONES:  But, I -- I talked to the colonel.  I go

19   reserve over there, with them.

20          "MR. DAVIS:  Uh-huh. (affirmative response)"

21                          (Tape stopped)

22   BY MR. WINTERS:

23   Q.  Who is Foti?

24   A.  He's the criminal sheriff.

25                    (Tape restarted)


                                              172
                    Williams - Direct

1          "MR. JONES:  Right there by Tonti -- I mean Tonti.
2    What that would be?  St. Anthony?
3          "MR. DAVIS:  I don't know.
4          "MR. JONES:  Yeah, in the twenty hundred -- in the
5    twenty hundred block of Tonti.  Fuck, that's why I asked you.
6    I said I didn't hear you on the mother fucking air.  I said --
7    I say Len must be by himself every time he on.  (Laughter)
8    Because I be having my radio on Channel 4 and I always hear
9    you come across.  (Laughter)
10         "MR. DAVIS:  I just got a distinctive ass voice.
11   That shit be rolling there.  (Unintelligible)
12         "MR. JONES:  We saw about four of them niggers up
13   around there, 966 boys.
14         "MR. DAVIS:  Uh-huh. (affirmative response)"
15                         (Tape stopped)
16   BY MR. WINTERS:
17   Q.  What's a 966 boy?
18   A.  That's police code for drug dealers.
19                         (Tape restarted)
20      (Music playing in the background)
21         "MR. JONES:  What, you need me to put my badge on my
22   shirt?
23         "MR. DAVIS:  Uh-uh. (negative response)
24         "MR. JONES:  Oh, all right.
25      Pause)

1    "MR. JONES:  This fucking shirt -- this fucking shirt

2  here, I grabbed it from out of the dirty clothes basket."

3                         (Tape stopped)

4  BY MR. WINTERS:

5  Q.  What kind of shirt did Dunc -- did Mr. Jones have on?

6  A.  He had on his Civil Sheriff shirt.

7  Q.  You didn't bring him a police shirt?

8  A.  No, because his Civil Sheriff's shirt is similar to a

9  NewOrleans police shirt.  They're the same color and it looks

10  like a New Orleans Police shirt, except for it has Civil

11  Sheriff, what was on it.

12                        (Tape restarted)

13    (Music playing in background)

14        "MR. DUBUCLET:  They're rolling, bro.

15        "MR. DAVIS:  What?

16        "MR. DUBUCLET:  They -- they're rolling.

17        "MR. DAVIS:  You know the driver?

18        "MR. DUBUCLET:  Uh-uh. (negative response)

19    (Music stops)

20    (Sound of car door slamming)

21    (Mr. Davis exits the vehicle)"

22                        (Tape stopped)

23  BY MR. WINTERS:

24  Q.  What happened there, when that door slammed?  Do you know?

25  A.  Len Davis exited the vehicle and came over to our vehicle.

1  Q.  Now, who is in the vehicle now?

2  A.  Darrel Jones and Sidney Dubuclet.

3                        (Tape restarted)

4          "MR. JONES:  This is your first time rolling on it?

5          "MR. DUBUCLET:  Yeah, and he just called me this

6   morning."

7                    (Tape stopped)

8   BY MR. WINTERS:

9   Q.  What does it mean to you when Darrel Jones says, "This is

10  your first time rolling on it"?

11  A.  He's asking Sidney is this is first time protecting the

12  drugs, and Sidney's responding yes, he just called him this

13  morning.

14                    (Tape restarted)

15         "MR. JONES:  (Laughter)

16  (Police radio in background)

17         "MR. JONES:  All right.  Now, the two niggers in the

18  other car, where they -- I mean, where they gonna be?

19         "MR. DUBUCLET:  They gonna roll east over here to --

20         "MR. JONES:  No, no, no.  The ones just left.

21         "MR. DUBUCLET:  They gonna roll out.

22         "MR. JONES:  Oh, all right."

23                    (Tape stopped)

24  BY MR. WINTERS:

25  Q.  What are they talking about there, to you, that the two in


                                                    175
                    Williams - Direct

1   the other car, where are they gonna -- where are they gonna

2   be; who is he talking about?

3   A.  He's talking about JJ and Terry Adams.

4   Q.  And when Dubuclet says, "They gonna roll out;" who is he

5   talking about?

6   A.  He's talking about JJ and Terry Adams.  They just gonna

 7  leave the area.

 8                          (Tape restarted)

 9        "MR. DUBUCLET:  After all this shit here straight,

10  they gonna roll out.

11        "MR. JONES:  That's their business, right?

12        "MR. DUBUCLET:  Yeah.

13        "MR. JONES:  All right."

14                          (Tape stopped)

15  BY MR. WINTERS:

16  Q.  What does it mean to you when Darrel Jones says, "That's

17  their business"?

18  A.  This is their cocaine we're protecting.

19  Q.  Whose cocaine?

20  A.  JJ and Terry Adams.

21                          (Tape restarted)

22        "MR. DAVIS:  If I didn't know Len all these years, I

23  wouldn't have handled this here."

24                          (Tape stopped)

25  BY MR. WINTERS:

 1  Q.  What does it mean to you when Darrel Jones says, "If I

 2  didn't know Len all these years, I wouldn't have handled this

 3  here"?

 4  A.  He's saying if he didn't know Len as well as he did, he

 5  wouldn't have done something like this for him, protecting the

 6  drugs.

 7  Q.  Done something like what?

 8  A.  Protect drugs like this.

 9                          (Tape restarted)

10        "MR. DUBUCLET:  Yeah.

11          "MR. JONES:  And I'm telling you, I brought a radio,

12     gun, every mother fucking thing.  Now, what's happening with

13     you --"

14                          (Tape stopped)

15     BY MR. WINTERS:

16     Q.  Did Darrel Jones have a gun out there?

17     A.  Yes.

18                          (Tape restarted)

19          "MR. DUBUCLET:  I know that's right.  They got me

20     working with the man's police shirt, fuck.

21          "MR. JONES:  (Laughter)

22          "MR. DUBUCLET:  It's true.

23          "MR. JONES:  I took my shit out the van.  I was gonna

24     send -- I had brought my shit to go to the cleaners.  I -- I

25     got to wear this mother fucker dirty.  That's why I don't


                                                      177
                          Williams - Direct

1      never put my badge on.  I don't never put that mother fucker

2      on.  The mother fucker ain't looking for no badge, they

3      looking for the gun."

4                          (Tape stopped)

5      BY MR. WINTERS:

6      Q.  What does it mean to you when Darrel Jones says, "They

7      ain't looking for no badge, they looking for the gun"?

8      A.  Well, JJ want us all in our police uniforms.  So, he's

9      saying -- he's saying that JJ's going to recognize the gun as

10     being -- him being a police.  He was not really looking for a

11     badge.

12                          (Tape restarted)

13          "MR. DUBUCLET:  Uh-huh. (affirmative response)  You

```
14   ain't lying, anything blue.
15          "MR. JONES:  Yeah, this -- you run the fuck out of
16   them right now.  Nigger don't know.
17          "MR. DUBUCLET:  No.  You get a nigger.
18          "MR. JONES:  Oh, yeah.  Shit.
19      (Horn beeps)
20      (Cellular telephone ringing)
21      (Mr. Davis gets back in the vehicle)"
22                          (Tape stopped)
23   BY MR. WINTERS:
24   Q.  Who got back in the car?
25   A.  That's Len Davis getting back in the vehicle.
```

```
1                       (Tape restarted)
2          "MR. JONES:  Well, answer that mother fucker.
3      (Cellular telephone ringing)
4          "MR. JONES:  Phone ringing.
5      (Mr. Davis answers the cellular telephone:)
6          "MR. DAVIS:  Hello.  Yeah.  Oh, okay.  Okay, yeah.
7    We are.  We handling that now.  All right.
8      (Mr. Davis gets off the cellular telephone)
9          "MR. JONES:  That was them?
10         "MR. DAVIS:  Yeah.  That was them.
11         "MR. JONES:  I could tell the way it --"
12                          (Tape stopped)
13   BY MR. WINTERS:
14   Q.  What does it mean to you when Darrel Jones says, "That was
15   them;" that was who?
16   A.  JJ and Terry Adams.
17                      (Tape restarted)
```

18    "MR. JONES: -- rings now.  (Laughter)

19    (Police radio in background)

20    "MR. JONES:  That my nigger there.

21    "MR. DUBUCLET:  What that bitch say about his shirt?

22    "MR. DAVIS:  These niggers want to jibber jabber.  He

23    didn't say nothing.  Better than that, give me that.

24    "MR. DUBUCLET:  Yeah, bro.

25    "MR. JONES:  You keep (Unintelligible) be so fucking

 1    stupid.

 2    (Mr. Davis exits the vehicle)"

 3                            (Tape stopped)

 4    BY MR. WINTERS:

 5    Q.  Who got out the car there?

 6    A.  Len did.

 7                            (Tape restarted)

 8    "MR. DUBUCLET:  Yeah, because I don't want to talk to

 9    none of those niggers, and I don't want to meet none of them.

10    "MR. JONES:  (Laughter)  I know that's right.  Ya'll

11    -- you see, you like me.  I'm going with you and that's all I

12    need to mother fucking know."

13                            (Tape stopped)

14    BY MR. WINTERS:

15    Q.  What does it mean to you when Sidney Dubuclet says, "I

16    don't want to talk to none of them niggers and I don't want to

17    meet none of them;" who is he talking about not wanting to

18    talk to and meet?

19    A.  JJ and Terry Adams, the drug dealers.

20    Q.  And what does it mean to you when Darrel Jones says, "You

21 like me.  I'm going to go with you and that's all I need to

22 know"?

23 A.  They're saying they want to know as little about the

24 details as possible.  So, they know what they doing, but, as

25 far as they -- if they get questioned or anything like that,

Williams - Direct

1 "I'm just with him."  I'm just with Len.

2                    (Tape restarted)

3        "MR. DUBUCLET:  Yeah.  I don't want to do nothing.  I

4 don't want nothing but my money.  That's it.  That wraps it.

5        "MR. JONES:  That's it.  I don't want to know nothing

6 about the two mother fuckers.

7        "MR. DUBUCLET:  No friends, no nothing.  Just ya'll

8 all go down and do whatever ya'll got to do.

9        "MR. JONES:  That's right, you like me.

10        "MR. DUBUCLET:  Those niggers step out of line, I'm

11 going to handle my business.  I mean, other than having to do

12 my shit and let me get back to my mother fucking house.

13        "MR. JONES:  That's right.  That's right.

14     (Mr. Davis enters the vehicle)

15        "MR. DUBUCLET:  He call?

16        "MR. DAVIS:  No.  I'm looking at these niggers

17 driving.

18        "MR. DAVIS:  Wait.  (Inaudible)

19        "MR. DUBUCLET:  He's getting on the phone now.

20     (Mr. Davis makes an outgoing cellular telephone call:)

21        "MR. DAVIS:  Niggers gonna tell us move in these

22 spots, then they try and come back and get them.  You know we

23 don't want them pulling over here by our people."

24                    (Tape stopped)

25    BY MR. WINTERS:

Williams - Direct

1    Q.  What does it mean to you when Davis says, "We don't want

2    them pulling over here by our people;" who's our people?

3    A.  The guys -- our people are the guys in the vehicles with

4    me and Len.

5                          (Tape restarted)

6            "MR. JONES:  As long as that mother fucker stay where

7    he at.  (Laughter)  All these mother fucking blue shirts, all

8    them niggers with all them mother fucking gold.

9    (Laughter)

10           "MR. DAVIS:  Man, Scaboo cannot have that phone on.

11   Damn.

12   (Outgoing cellular telephone call - no contact)

13   (Police radio in background)"

14           "MR. DAVIS:  Oh, Gawd.  Look at that bitch.

15           "MR. DUBUCLET:  Uh-huh. (affirmative response)

16           "MR. DAVIS:  I'm just looking at the ho.  West must

17   be moving.

18           "MR. JONES:  Oh, Lord.

19           "MR. DAVIS:  Uh-huh. (affirmative response)  Fine.

20   That's what it is, west leaving first."

21                          (Tape stopped)

22   BY MR. WINTERS:

23   Q.  What's Davis talking about to you there?  "West must be

24   moving.

25   A.  He's saying that we must be leaving him, but actually we

1  just relocating the vehicle a little bit.

2  Q.  You all didn't leave yet, following the car?

3  A.  No.

4                        (Tape restarted)

5      (Mr. Davis exits the vehicle)

6      (Car door slams)

7          "MR. JONES:  Can't hardly see this nigger over there

8  in the blue truck, off side the 18 wheeler.  See the blue car

9  over there?

10     (Cellular telephone rings)

11         "MR. JONES:  Come on, Len.  Answer this mother

12 fucking call.

13     (Mr. Davis enters the vehicle)

14         "MR. DUBUCLET:  Just say hello.

15         "MR. DAVIS:  Four door blue.

16         "MR. DUBUCLET:  I hit it already.  I hit it.

17     (Mr. Davis answers the cellular telephone:)

18         "MR. DAVIS:  Hello.  Yeah.

19         "MR. JONES:  It's on this side, Len.

20         "MR. DAVIS:  Four door blue Lincoln, huh?

21         "MR. JONES:  Right here behind the truck, I was just

22 telling you.

23         "MR. DAVIS:  All right."

24                        (Tape stopped)

25 BY MR. WINTERS:


                                        183

1  Q.  What does it mean to you when Davis says, "Four door blue

2  Lincoln"?

3  A.  The four door blue Lincoln is a vehicle that Len and

4    Darrel Jones and Sidney Dubuclet followed, containing the
5    drugs.
6                            (Tape restarted)
7            "MR. DAVIS:  All right.  Yeah, I see them.  I see
8    them.  All right.
9       (Mr. Davis gets off the cellular telephone)
10           "MR. JONES:  I just -- I just told you about them.
11           "MR. DUBUCLET:  (Unintelligible)
12           "MR. DAVIS:  They about to come out the wrong fucking
13   way.
14           "MR. JONES:  Because I noticed they looked over here.
15           "MR. DAVIS:  (Unintelligible)"
16                            (Tape stopped)
17   BY MR. WINTERS:
18   Q.  What does it mean to you when Jones says, "Because I
19   noticed they looked over here;" who looked over there?
20   A.  The guy who's driving that -- the vehicle containing the
21   drugs.
22                            (Tape restarted)
23           "MR. DUBUCLET:  He stopped writing stuff.
24      (Cellular telephone rings)
25      (Mr. Davis answers the cellular telephone:)


                                                    184
                         Williams - Direct
1            "MR. DAVIS:  Hello.  Yeah, I'm behind them right now.
2    All right."
3                            (Tape stopped)
4    BY MR. WINTERS:
5    Q.  Who is he behind?
6    A.  He's behind the vehicle containing the drugs, the blue

    7   Lincoln.

    8                      (Tape restarted)

    9           "MR. DAVIS:  All right.

   10     (Mr. Davis gets off the cellular telephone)

   11           "MR. DUBUCLET:  (Inaudible)

   12           "MR. DAVIS:  Yeah.

   13           "MR. DUBUCLET:  (Inaudible) handle it.  (Inaudible)

   14   be checking it out.

   15           "MR. DAVIS:  (Inaudible) my old lady (Inaudible).

   16           "MR. JONES:  Oh, I -- I done been through it.  I

   17   been --

   18           "MR. DAVIS:  Uh-huh. (affirmative response)  Keep

   19   your eyes opened for any kind of cars.

   20           "MR. JONES:  Oh, yeah.

   21           "MR. DAVIS:  Anybody follow us too fucking long.

   22           "MR. JONES:  Yeah, because the mother fucker ain't

   23   going to follow you too far.

   24           "MR. DAVIS:  Uh-huh. (affirmative response)"

   25                      (Tape stopped)

                        Williams - Direct

    1   BY MR. WINTERS:

    2   Q.  What does it mean to you when Davis tells Darrel Jones to

    3   keep our eyes open for any kind of cars; what's he telling

    4   him?

    5   A.  Well, now they in the vehicle following the car with the

    6   drugs in it, and Len Davis -- well, everybody knows that they

    7   following cocaine, so Len is telling Darrel and Sidney to keep

    8   your eyes open for other vehicles like law enforcement, that

    9   might be tailing them, because -- and Darrel's just responding

   10   by saying, "Yeah, because if it's just a car behind us,

11    they're not going to just stay behind you for too long."

12    Q.  What are they going to do?

13    A.  They going to go around you or -- or speed up or something

14    like that.

15                        (Tape restarted)

16            "MR. JONES:  If you can't pick a mother fucker up

17    that's following you, something wrong.  I mean, like that time

18    the mother fucker Sam got with the 44 kilos, you couldn't

19    think a mother fucker follow you that far."

20                        (Tape stopped)

21    BY MR. WINTERS:

22    Q.  Which 44 kilos was Darrel Jones saying there?

23    A.  Forty-four kilos of cocaine.  He's saying that somebody

24    had followed -- this guy named Sam followed somebody for --

25    and got them with 44 kilos of cocaine and the guy didn't know

                                                            186
                        Williams - Direct

1     Sam was behind him.

2     Q.  Was Sam you?

3     A.  No.  No, it wasn't.

4                        (Tape restarted)

5             "MR. DAVIS:  Who dat?

6             "MR. JONES:  When Sam fooled them -- them, when they

7     did that --

8             "MR. DAVIS:  Yeah, when he followed the mother

9     fucker.

10            "MR. JONES:  Yeah.

11            "MR. DAVIS:  That was more than forty-four, huh?

12            "MR. JONES:  I thought it was forty-four.  They

13    was --

14          "MR. DAVIS:  I think it was a hundred.

15          "MR. JONES:  Oh, all right.  And you can't see a

16  mother fucker following you.

17          "MR. DAVIS:  Yeah, he followed across the canal on

18  his own."

19                              (Tape stopped)

20  BY MR. WINTERS:

21  Q.  What's it mean to you when Davis said, "I think it was a

22  hundred"?

23  A.  Len is saying that he thought -- thinks it was a hundred

24  kilos of cocaine.

25  Q.  And what's "across the canal on his own," across the

1  canal?

2  A.  Oh, that's the Industrial Canal, the lower Ninth Ward

3  area, across the canal.

4                              (Tape restarted)

5          "MR. DAVIS:  This the new thing here.

6          "MR. JONES:  Uh-huh. (affirmative response)

7          "MR. DAVIS:  (Inaudible)

8          "MR. JONES:  There you go.

9      (Cellular telephone rings)

10     (Mr. Davis answers the cellular telephone:)

11         "MR. DAVIS:  Hello.  Yeah.  Yeah, the same like last

12  time.  All right.

13     (Mr. Davis gets off the cellular telephone)

14         "MR. DAVIS:  Now, remind me because my mind's

15  slipping.

16         "MR. JONES:  (Inaudible)

17         "MR. DAVIS:  We taking them to the twin bridges.  We

18  get -- we don't go on the bridge.  When we get to the bridge,

19  there's a little dirt road cut, we gotta turn right there and

20  come on back.

21          "MR. DUBUCLET:  All right."

22                          (Tape stopped)

23  BY MR. WINTERS:

24  Q.  What's Davis talking about there, "We taking them to the

25  twin bridges."  Now, we don't -- we don't go on the bridge,

Williams - Direct

1   there's a little dirt road, we turn around and come on back.

2   A.  He's saying they going to be following the couriers

3   carrying the cocaine to the twin span, and they not going to

4   cross the twin span going into Slidell.  They just gonna go to

5   that twin span area, because there's a little median whereby

6   you can take a U-turn right there at the twin span.

7   Q.  Have you taken that U-turn with Davis before?

8   A.  Yes.

9   Q.  Could you step down here, please.

10          MR. WINTERS:  With the Court's permission.

11          THE WITNESS:  (Complying)

12  BY MR. WINTERS:

13  Q.  Where is that U-turn?  Where can you turn around before

14  you get --

15  A.  Well, right here, this is the twin span, and just before

16  you get right here (indicating).

17  Q.  Uh-huh. (affirmative response)

18  A.  There's a little area right here you can make a U-turn and

19  turn back on the Interstate.

20  Q.  Thank you.

21            (Tape restarted)

22       "MR. DAVIS:  When he takes the bridge he be on his

23  own.

24       "MR. DUBUCLET:  To Slidell?

25       "MR. DAVIS:  Yeah.

1       "MR. JONES:  All right.

2    (Pause)

3       "MR. DAVIS:  Yeah, bro.  See, that's the problem with

4  niggers in this game here.  They get relaxed then they figure,

5  man, fuck it, I got it going on.

6       "MR. DUBUCLET:  Right.

7       "MR. DAVIS:  Smooth.  I ain't gotta worry about

8  nothing, --"

9            (Tape stopped)

10  BY MR. WINTERS:

11  Q.  What does it mean to you when Davis says, "That's the

12  problem with people in this game;" what game?

13  A.  In a drug dealing game.

14  Q.  They get relaxed, then they figure, "man, I got it going

15  on;" what's he saying?

16  A.  He's saying that sometimes drug dealers make so much money

17  and they get kind of relaxed because of they haven't got

18  caught all this time, and they start making mistakes, and

19  that's when they get caught.

20  Q.  By who?

21  A.  By police officers.

22         (Tape restarted)

23       "MR. DAVIS:  And that's when the fucking problems

24  start.

Page 168

25          "MR. JONES:  Exactly.  When they -- when the first

Williams - Direct

1   time they relax.  I had a little thing going in the district

2   so long that we had to --"

3                      (Tape stopped)

4   BY MR. WINTERS:

5   Q.  What did Darrel Jones mean when he says, "When -- when the

6   first time they relax;" what happens?

7   A.  He's saying, again, he's saying the first time they get

8   comfortable and start relaxing, that's when law enforcement

9   catches them.

10                     (Tape restarted)

11          "MR. DUBUCLET:  I'd have a nigger, in his late

12  twenties, early thirties, by his self suited up, little

13  briefcase and sit in the fucking car.

14          "MR. DAVIS:  You give them a cellular too?

15          "MR. DUBUCLET:  And you could drive that fucking

16  Lincoln.  And a nigger -- because a police could stop you and

17  you could still talk to them, let them check your license.

18          "MR. DAVIS:  Yep.

19          "MR. DUBUCLET:  Check everything, and still not have

20  no fucking problems, if you handle your fucking business.

21          "MR. JONES:  Right.

22          "MR. DAVIS:  And one thing --"

23                     (Tape stopped)

24  BY MR. WINTERS:

25  Q.  What's Mr. Dubuclet saying there?

1  A. Well, Sidney Dubuclet is giving a scenario how he would

2  run the operation if it was his drugs being protected, and

3  he's describing how he would just have a guy that is not a

4  likely suspect driving the car, not nervous or anything. And

5  even if the police stopped him, they still wouldn't suspect

6  him of carrying drugs with him.

7  Q. Okay.

8                      (Tape restarted)

9      "MR. DAVIS: And one thing we discussed with these

10  niggers, just drive the speed limit. Don't give a mother

11  fucker a reason to stop you.

12      "MR. DUBUCLET: No reason to stop you. Yeah."

13                    (Tape stopped)

14  BY MR. WINTERS:

15  Q. What does Davis mean when he says, "Don't give an MF a

16  reason to stop you"?

17  A. He's saying if you maintain a speed limit while on the

18  Interstate, that the authorities won't have any reason to stop

19  you.

20  Q. Who would stop you?

21  A. (No response)

22  Q. Who is he talking about stopping you?

23  A. Oh, stopping the couriers containing the drugs.

24                    (Tape restarted)

25      "MR. JONES: There you go.

1      "MR. DUBUCLET: And if they do stop you, you know,

2  you get out (inaudible).

3      "MR. JONES: You go through the routine.

~3916514.dat

```
 4        "MR. DUBUCLET:  Yeah.

 5        "MR. JONES:  Don't be nervous.

 6        "MR. DUBUCLET:  Because, hey, I --"

 7                    (Tape stopped)

 8  BY MR. WINTERS:

 9  Q.  What does it mean to you when Mr. Jones says, "You go

10  through the routine.  Don't be nervous"?

11  A.   If the officer is stopping you for a traffic stop, just go

12  through the routine, give him your license and everything,

13  don't draw his suspicions to something else that you might

14  have cocaine with you, or something like that.

15                    (Tape restarted)

16        "MR. DUBUCLET:  I guarantee you, probably seventy-

17  five to eighty percent of the mother fuckers who busted, the

18  police didn't know they had dope in the car until they stopped

19  them.

20        "MR. DAVIS:  Fuck no, until they stopped them."

21                    (Tape stopped)

22  BY MR. WINTERS:

23  Q.  What does it mean to you when Dubuclet said, "Seventy-five

24  to eighty percent of the MFs who busted;" what's "busted"

25  mean?
```

193
                          Williams - Direct

```
 1  A.  Got caught by the police.

 2  Q.  Arrested?

 3  A.  Yes.

 4  Q.  "The police didn't know they had dope in the car until

 5  they stopped them"?

 6  A.  He's saying that the initial stop was probably a traffic
```

7   stop, but it wasn't until he started talking to the individual

8   and they started acting suspicious, which gave away that they

9   were carrying drugs and caused them to get busted.

10                    (Tape restarted)

11            "MR. JONES:  But then, not only that, a lot of them

12   get busted, a nigger put them on them when they get busted."

13                    (Tape stopped)

14   BY MR. WINTERS:

15   Q.  What does it mean to you when Mr. Jones says, "A lot of

16   them get busted, a nigger put them on them when they get

17   busted;" what is he talking about to you?

18   A.  Darrel Jones just saying that a lot of the guys that deal

19   drugs or get caught because other people tell on them to the

20   police, instead of the police actually investigating or

21   catching them on their own.

22   Q.  An informant tells on them?

23   A.  Yes.

24                    (Tape restarted)

25            "MR. DAVIS:  That's right, too.  Somebody gotta rat.


                                                          194
                     Williams - Direct

1            "MR. JONES:  Rat?

2            "MR. DAVIS:  You ain't gonna just know that we

3   following this car right now, unless somebody told you.

4            "MR. JONES:  That's right."

5                    (Tape stopped)

6   BY MR. WINTERS:

7   Q.  Is "rat" another name on the street for informant?

8   A.  Yes.

9                    (Tape restarted)

10            "MR. JONES:  That's right.  Nigger won't even know
                          Page 172

11    what's happening.  That's why it's so bad, because you figured

12    you're with a nigger.

13          "MR. DAVIS:  I'm checking every white person that

14    passes.  (Laughter)

15          "MR. JONES:  Yeah, but he can't be driving and all

16    that shit.  He's gotta do his role.  Go like he's going that's

17    all.

18          "MR. DAVIS:  See, what that is, these people here,

19    this is their first time.  These people --

20          "MR. JONES:  Doing it?

21          "MR. DAVIS:  Dealing with us.

22          "MR. JONES:  Oh, all right."

23                              (Tape stopped)

24    BY MR. WINTERS:

25    Q.  What's Davis mean when he says, "These people here, this


                                        195
                        Williams - Direct

1     is their first time.  These people --"

2         And Jones says, "Doing it;" what are they talking about to

3     you?

4     A.  Well, the guys that we are over at the Mardi Gras Truck

5     Stop, we're protecting drugs for JJ's drug dealing friend.

6     Q.  Is this the first time you all did that?

7     A.  And it's -- this is the first time we did it, yeah.  All

8     the other protection scenarios at the warehouse were for JJ.

9                         (Tape restarted)

10          "MR. DAVIS:  We been dealing with the other people.

11    This is some people that he brought in with him.

12          "MR. JONES:  Oh, all right.

13          "MR. DAVIS:  All right.  And --"

14                    (Tape stopped)

15   BY MR. WINTERS:

16   Q.  Who is the other people you all been dealing with?

17   A.  JJ and Terry Adams.  However, the one at the Mardi Gras

18   Truck Stop is for the -- JJ's drug dealing friend, but JJ is

19   running the operation for him.

20                  (Tape restarted)

21       "MR. DAVIS:  And they want our protection, so what it

22   is, these people never had this with us before.

23       "MR. DUBUCLET:  (Inaudible)

24       "MR. JONES:  Right.  Right.  Because they don't know

25   where we --

Williams - Direct

1       "MR. DAVIS:  Yeah.

2       "MR. JONES:  -- coming from.

3       "MR. DAVIS:  This is the other mother fucker.  They

4   -- they -- they kinda, they probably still paranoid.  You dig?

5   They got a car with a Five-O behind them, not knowing that we

6   gonna fucking say --"

7                 (Tape stopped)

8   BY MR. WINTERS:

9   Q.  What does it mean to you when Darrel Jones says, "Right.

10   Right.  Because they don't know where we --"  What's -- he

11   didn't finish his thought.  But what does that part mean to

12   you?

13   A.  Well, he's saying this new guy, JJ's friend, just like JJ

14   was leery in the beginning of dealing with the police, he's

15   saying that he would be leery also.  He has his drugs and

16   we'll follow him.  And here, we're a carload of police

17   officers, and he's not sure exactly what's going to happen

18   here.

19   Q.  What's going to happen in what way?

20   A.  Whether we gonna take down the couriers containing the

21   drugs and take everybody to jail or -- or are we actually

22   working with him in the criminal capacity?

23   Q.  What does it mean in the next section when Davis says,

24   "They got a car with Five-O behind them;" what's Five-O?

25   A.  Slang for police officers.

Williams - Direct

1                    (Tape restarted)

2           "MR. DAVIS:  -- to pull over or not.

3           "MR. JONES:  Right.  Yeah, that's enough to spook

4    you.

5           "MR. DAVIS:  Because it's a good chance that mother

6    fucker is as paranoid as this dude that's playing with us, not

7    our people but the nigger he fucking with.

8           "MR. JONES:  Uh-huh. (affirmative response)

9           "MR. DAVIS:  I wouldn't be surprised if this car

10   empty and everything in that other one.  The nigger might just

11   play us just like that, because --

12          "MR. JONES:  I hear you.  Yeah, you right.  You

13   right.

14          "MR. DAVIS:  (Inaudible)

15          "MR. JONES:  To throw it off."

16                    (Tape stopped)

17   BY MR. WINTERS:

18   Q.  What's Davis mean when he said, "I wouldn't be surprised

19   if this car empty and everything in that other"?

20   A.  He's saying that the guy might be so paranoid that he

21  might not have put the drugs in this car, he might have just

22  put everything in one car, just to see what would happen,

23  because JJ kind of tested us like that, earlier on too, when

24  he trusted us to protect him as we -- as he delivered six

25  kilos of cocaine to a destination one time.

                        Williams - Direct

1   Q.  That was earlier on in this investigation?

2   A.  Yes.

3   Q.  And is that what Jones is agreeing with when he says to

4   throw it off?

5   A.  Yes.

6                        (Tape restarted)

7           "MR. DUBUCLET:  (Inaudible)

8           "MR. JONES:  You don't mother fucking care what it

9   is?

10          "MR. DAVIS:  I wouldn't give a fuck what I'm

11  following.

12          "MR. DUBUCLET:  He could put a box of chicken in that

13  bitch for all I give a fuck.

14     (Laughter)

15          "MR. JONES:  I don't want to even know what's in the

16  mother fucker.

17          "MR. DAVIS:  I don't --"

18                        (Tape stopped)

19  BY MR. WINTERS:

20  Q.  What's it mean to you when Jones says, "I don't want to

21  know what's in the MF"?

22          MR. VOIGHT:  I would object, Your Honor.  I believe

23  the meaning is clear from the transcript.

24          THE COURT:  That would be overruled.

25          THE WITNESS:  He's saying that even though he knows

                        Williams - Direct

1    cocaine is inside the vehicle, he -- he can always say he

2    don't want to -- he can -- he's saying that he don't want to

3    know what's inside, as far as this new drug dealer friend

4    knows about it.  He doesn't have to know the contents of it,

5    the quantity of it, or anything like that.  But in actuality,

6    he does know.

7    BY MR. WINTERS:

8    Q.  What does he want to be able to tell law enforcement if

9    he's stopped?

10   A.  He wants to be able to tell him that he was just taking a

11   ride with Len and that we're not doing anything.  We just in a

12   car riding together.  They just kind of rehearsing their

13   scenario, in case they are stopped and questioned.

14   Q.  He didn't want to know the details of the amounts?

15   A.  That's correct.

16   Q.  Did he know he was guarding drugs?

17   A.  Oh, yes.

18                        (Tape restarted)

19          "MR. DAVIS:  I don't either.  We don't never know.  I

20   couldn't tell you what --

21          "MR. JONES:  Hell no.

22          "MR. DAVIS:  I couldn't tell you right now, what's up

23   in there.

24          "MR. JONES:  What's up in there?

25          "MR. DAVIS:  I couldn't tell you.  You ain't got to

1  never worry about me saying a fucking thing because I don't
2  know nothing about it."
3                              (Tape stopped)
4  BY MR. WINTERS:
5  Q.  Are they talking about the amount of drugs there?
6  A.  They're talking about -- yes, the amount of drugs and
7  drugs being in there.  Because we, it's obvious that Len does
8  know that there's cocaine in the car but he is just kind of
9  rehearsing with Darrel and Sidney, saying that, "I don't know
10  what's in there," or, you know, that's -- that's the answer if
11  you get stopped and questioned.
12                              (Tape restarted)
13          "MR. DAVIS:  Man, I can't tell you.
14          "MR. DUBUCLET:  That's a car, right?
15          "MR. DAVIS:  Yeah, a fucking car.  What you was
16  sitting on?  I was sitting on a mother fucking building that
17  was a detail, for detailing and shit.  The name in the yellow
18  pages and everything.  Fuck, yeah.
19          "MR. JONES:  Right."
20                              (Tape stopped)
21  BY MR. WINTERS:
22  Q.  What does it mean to you when Davis starts talking in this
23  passage, "I was sitting on a MF'ing building that was a detail
24  for detailing and shit.  The name in the yellow pages and
25  everything;" what is he talking about?

1  A.  He's just -- again, he's rehearsing his alibi.  He's
2  getting further into it now, just like when he was protecting
3  the drugs at the warehouse, he's saying he was just sitting on

4    a detail, even though it's obvious that Len Davis knew exactly

5    what we was guarding, and the guys in the car also know, they

6    just going over the alibi.

7                        (Tape restarted)

8              "MR. JONES:  And they can't hold you for that shit if

9    there is to come down.

10             "MR. DAVIS:  And I've been in the building --"

11                       (Tape stopped)

12   BY MR. WINTERS:

13   Q.  What's Darrel Jones mean to you when he says, "And they

14   can't hold you for that shit if there is to come down;" what

15   does that mean?

16   A.  You see, at the same time, they know that -- that they

17   were guarding cocaine, so they're saying if they happen to get

18   stopped and they use this alibi, "Well, we was just following

19   this vehicle because this guy told us that he delivered parts

20   and stuff like that."  That's not enough to hold them on, so,

21   they not in any danger of getting caught.

22   Q.  For who to hold?

23   A.  Law enforcement.

24                        (Tape restarted)

25             "MR. DAVIS:  -- in the building and they got nothing


                                                      202
                        Williams - Direct

1    but detailing equipment all on the wall.

2              "MR. JONES:  I hear you.

3              "MR. DAVIS:  Air freshener, incense, all kinds of

4    shit.  That's what the fucking people sell.  That man just

5    don't want to get robbed or nothing so that's why we do this.

6    Because he was getting robbed a lot where he working, people

7   were stealing all his stuff and shit for they cars and shit.

8      (Pause)

9         "MR. JONES:  They just got behind us.

10        "MR. DAVIS:  Yeah.

11        "MR. JONES:  They just got over behind us.

12        "MR. DAVIS:  Yeah, I'm watching.  Hey, them niggers

13   ain't nothing.  I wrote it down.  They don't want none of this

14   fucking carload right here.  If they had plans on that, they

15   ain't gonna fuck with it while we behind them."

16                              (Tape stopped)

17   BY MR. WINTERS:

18   Q.  What does it mean to you when Jones says, "They just got

19   over behind us"?

20   A.  He's -- he sees a carload of guys just driving around.  He

21   don't suspect them of being law enforcement, but guys that

22   might be thinking about jacking the vehicle.  And Len is

23   explaining, well, once you saw these police officers behind

24   that vehicle, they gonna change their minds about that,

25   because they don't want any trouble.

1                        (Tape restarted)

2         "MR. DUBUCLET:  (Inaudible)

3         "MR. DAVIS:  And see, that's what I used to try and

4   tell stupid ass Charlie.  Like, I say, 'Nigger, just the idea

5   of people knowing I --'

6         "MR. JONES:  Right.

7         "MR. DAVIS:  '-- fuck with you, you dig?  That's how

8   I kept niggers off your ass.'"

9                        (Tape stopped)

10   BY MR. WINTERS:

11    Q.  Who is Charlie?

12    A.  Charles Boutin.

13    Q.  And what does he mean when he says, "Just the idea of

14    people knowing that I "F" with you, you dig?  That's how I

15    kept people off your ass"?

16    A.  Len is explaining to -- he's telling them that he used to

17    tell Charlie, Charles Boutin, because Charles knew him and

18    people knew that, they wouldn't jack him from his drugs or his

19    money and law enforcement wouldn't arrest him, because they --

20    a lot of guys did know that Len was friends with Charles.

21    Q.  What type of law enforcement?  State or federal -- local

22    or federal?

23    A.  Local.

24                        (Tape restarted)

25            "MR. DAVIS:  Just for them people, let's say that


                                                        204
                        Williams - Direct

1    carload was a carload of (inaudible).

2            "MR. DUBUCLET:  Uh-huh. (affirmative response)

3            "MR. DAVIS:  Once they rolled up and seen us right

4    here.

5            "MR. JONES:  Uh-huh. (affirmative response)

6            "MR. DAVIS:  That idea is gone.

7            "MR. JONES:  It's gone.

8            "MR. DAVIS:  You dig?"

9                        (Tape stopped)

10   BY MR. WINTERS:

11   Q.  Which idea?  What idea is gone?

12   A.  If the -- if guys in a car thought about jacking the

13   couriers, taking the drugs from them, and then they saw Len

                        Page 181

14  vehicle with a carload of police officers behind them, they'd

15  change their mind about that.  The idea is out of their head

16  because they see the police officers right there.

17                    (Tape restarted)

18      "MR. DAVIS:  You dig?  Now, if they willing to lay in

19  the back and follow us and see how far we gonna follow and

20  then if I see that going on, I'm gonna stop them people.

21      "MR. JONES:  There you go.

22      "MR. DAVIS:  You dig?  I'll stop them bitches at the

23  twin bridges.  I'll speed up and be out like this.  'Bitch,

24  pull that mother fucker over.'

25      "MR. JONES:  Hey there, nigger.  What you going this

                    Williams - Direct

1  mother fucking way for all the time?

2      "MR. DAVIS:  You turn the fuck around.

3      "MR. JONES:  But I -- I -- I -- I -- my ass.  Turn

4  the fuck around and go the other way.  Go the long way, bitch.

5      "MR. DAVIS:  Yeah, go the long way, nigger.

6      "MR. JONES:  Yeah, nigger.  You gotta -- you gotta

7  change your route right now."

8                    (Tape stopped)

9  BY MR. WINTERS:

10  Q.  What are they talking about there?

11  A.  He's saying if these guys did see the police behind these

12  couriers containing drugs and yet they still wanted to take

13  down the couriers, but just watch out for the police officers,

14  follow the vehicle, Len said before he let that happen, he'll

15  stop his vehicle and have them stop, the jackers stop their

16  vehicle, and pull them over and tell them, "Listen, you all go

17  another way.  We don't like the idea of you all following us

18    this far."
19                         (Tape restarted)
20         "MR. DUBUCLET:  Man, when did they put this shit out
21    here?
22         "MR. DAVIS:  Where that radio?  Put it on Channel 3.
23    Go back to the left.
24         "MR. JONES:  (Inaudible)
25         "MR. DAVIS:  (Inaudible)


                                                          206
                        Williams - Direct
1         "MR. JONES:  What you want it on, three?
2         "MR. DAVIS:  Yeah.
3        (Pause)
4         "MR. DAVIS:  You need to get right about here.  You
5    don't want to tailgate, but you don't want nobody else getting
6    in between.
7         "MR. JONES:  In between."
8                         (Tape stopped)
9    BY MR. WINTERS:
10   Q.  What's Davis mean and Jones mean when they're talking
11   about getting in between?
12   A.  While following the courier containing drugs, you don't
13   want other vehicles getting in between your vehicle and the
14   courier.  You want to stay right behind them.
15                        (Tape restarted)
16        "MR. DAVIS:  Say a Five-O was up here, they looking
17   at you and you right behind these mother fuckers going the
18   speed he going, they ain't gonna think about something.  And
19   if it's just a regular unit trying to pull them over, I would
20   tell them, say, "Look, that's my people, bro, going to
                         Page 183

21  Slidell, blah, blah, blah."  All right.  If it's fucking DEA,

22  ATF --

23          "MR. JONES:  Right.

24          "MR. DAVIS:  -- they know but they ain't stopping

25  no --"

Williams - Direct

1                   (Tape stopped)

2  BY MR. WINTERS:

3  Q.  What does that mean to you, that passage there when he

4  says, "Say a Five-O was up here looking at you, and you right

5  behind these MFs going the speed he going, they ain't gonna

6  think about something"?

7  A.  He's saying if the local authorities were behind you and

8  were on the Interstate and they followed you and they saw that

9  you were behind them, they probably wouldn't think about

10  pulling you over.  However, if they did, Len can say, "They

11  with me.  We just going out to Slidell.  It's -- they all

12  right."  So, he could waive Five-O off, and then he --

13  Q.  What is a regular unit?

14  A.  Just a patrol unit.

15  Q.  What's DEA and ATF?

16  A.  That's federal agencies, the Drug Enforcement

17  Administration and Alcohol, Tobacco and Firearms.

18  Q.  What do they investigate?

19  A.  Drug dealers.

20                   (Tape restarted)

21          "MR. DAVIS:  -- no traffic stop.

22          "MR. JONES:  No, not at all.

23          "MR. DAVIS:  They know what you got.  So, if they

24  pulling them over, just get in the middle lane and keep the

25    fuck going.  Get on the phone.  'Jay, they got them.'"

Williams - Direct

1                        (Tape stopped)

2    BY MR. WINTERS:

3    Q.  What does it mean to you when Davis says, "They know, but

4    they ain't stopping no traffic stop;" who knows?

5    A.  He's saying if DEA or ATF or somebody like that pulled --

6    a federal law enforcement pulled you over, they not putting

7    you -- pulling you over for a traffic stop.  They know you

8    have cocaine in that vehicle and they know that -- they've

9    been having an investigation going on and they know what's

10   going on.  So, he's saying --

11   Q.  And what's he say?  What does he mean when he says, "You

12   just get in the middle lane and keep on going.  Get on the

13   phone, 'Jay, they got them.'  That's all I can do."

14   A.  So what he's saying, if he see that happening, he's not

15   going to continue to follow them and try to talk to them like

16   he would the local authorities and saying, "We just -- they

17   with us."  He's -- because he can't do anything about DEA

18   stopping them, so he's saying he's just going to continue on

19   and tell JJ they busted.  Get out of town.

20                        (Tape restarted)

21        "MR. DAVIS:  That's all I can do.

22        "MR. JONES:  And tell that nigger to go to running."

23                        (Tape stopped)

24   BY MR. WINTERS:

25   Q.  What does it mean to you when Darrel Jones says, "And tell

Williams - Direct

1    that nigger to go to running"?

2    A.  Tell JJ to -- to get out of town.

3                        (Tape restarted)

4            "MR. DAVIS:  I ain't shooting it out.  They ain't

5    paying me enough to shoot it out with the DEA.

6            "MR. JONES:  No, no, no."

7                        (Tape stopped)

8    BY MR. WINTERS:

9    Q.  What does it mean to you when Davis says, "I ain't

10   shooting it out.  They ain't paying me enough to shoot it out

11   with the DEA."

12        And Darrel Jones says, "No, no, no"?

13   A.  He's saying though, even though we're getting paid a lot

14   of money, we're not getting paid that much money to have a

15   shootout with DEA.

16                        (Tape restarted)

17           "MR. DAVIS:  You got to be talking millions.

18           "MR. JONES:  (Inaudible) like that.

19       (Laughter)

20           "MR. JONES:  What's good for the DEA (inaudible) --

21   nigger gonna take the task squad.

22           "MR. DAVIS:  Come on out.  Nigger, come on out.

23           "MR. DUBUCLET:  Nigger, take the task squad run into

24   that.

25       (Laughter)

Williams - Direct

1           "MR. DAVIS:  Nigger be ripping off all these shirts.

2       (Laughter)

3           "MR. DAVIS:  And come out, that bitch in his drawers,
                              Page 186

4   talking about, nigger, I was swimming.  Oh, I was mother

5   fucking swimming.

6            "MR. JONES:  I'd like a nice dip.  Ya'll see my

7   towel?"

8                        (Tape stopped)

9   BY MR. WINTERS:

10  Q.  What is Davis and Darrel Jones joking about there?

11  A.  They're joking about the fact that if DEA was to stop that

12  courier and then try to stop them, they was going to be

13  pulling their shirts off and saying, "Look, we just came from

14  swimming.  We ain't got nothing to do with that vehicle, you

15  know."  They'll disown the vehicle then.

16                       (Tape restarted)

17           "MR. DUBUCLET:  (Inaudible)

18           "MR. DAVIS:  Absolutely.  There ain't no one person

19  gonna fuck with this, not while I'm here.  He better come with

20  a backup.  Because if the bitch came by himself, he on a jack

21  move.  Mother fucker not gonna have information on nothing

22  like this.

23           "MR. JONES:  Yeah."

24                       (Tape stopped)

25  BY MR. WINTERS:

                                                    211
                      Williams - Direct

1   Q.  What is Davis talking about there when he says, "There

2   ain't no one person gonna "F" with this, not while I'm here.

3   He better come with a backup.  If he came by himself, he's on

4   a jack move"?

5   A.  He's saying that if a jacker came to take the drugs from

6   somebody, from the couriers, that he wouldn't -- he wouldn't

7   come by his self, he should come with a whole bunch of people.

8   But if he did, which is unlikely, because he wouldn't have

9   information on something like this, this big anyway, but if he

10  did, he wouldn't be able to take it down, with Len being

11  there.

12                        (Tape restarted)

13       "MR. DAVIS:  And come by yourself.  (Inaudible)  We

14  in this car because our people want insurance, just for the

15  double security.

16       "MR. JONES:  Yeah.

17       "MR. DAVIS:  The dude wanted a show --"

18                        (Tape stopped)

19  BY MR. WINTERS:

20  Q.  What's Davis mean to you when he says, "We in this car;"

21  what car?

22  A.  This car following the couriers.

23  Q.  "Because our people want insurance, for the double

24  security;" who's our people?

25  A.  JJ and Terry Adams.  They wanted us to have like a show of

                                                          212
                        Williams - Direct

1   force.  That's why they have like three police officers in a

2   vehicle, each vehicle.

3   Q.  Darrel Jones agrees with him?

4   A.  Yes.

5                        (Tape restarted)

6       "MR. DAVIS:  -- a show of force and our people said

7   well, just to make sure.  That's like a nigger -- nigger have

8   a padlock on something and say, 'Fuck, put a combination lock

9   on it too.'"

10                        (End of Tape 2)

11          THE COURT:  That concludes that tape.  So, we'll take

12     a recess now.  Take a ten, fifteen minute recess for a break.

13          (Jury out at 2:50 p.m.)

14                         *   *   *   *   *

15          (Recess at 2:50 p.m., until 3:10 p.m.)

16                         *   *   *   *   *

17          (Jury in at 3:10 p.m.)

18          THE COURT:  Please be seated.

19          THE CLERK:  Court is back in session.

20          MR. WINTERS:  I'd like, Your Honor, to now ask the

21     jury to turn to the last portion of this tape in the car

22     driven by Len Davis, SW 6, Tape 3.

23          THE COURT:  What page is it on in that booklet?  It's

24     -- oh, they're not numbered.

25          THE CLERK:  Tape 3.


                                                              213
                           Williams - Direct

1           THE COURT:  Well, Tape 3?

2           MR. WINTERS:  Yes.

3           THE COURT:  If that's all you're playing, yes.  Go

4      right ahead, sir.

5                This is the November 18 transcript?

6           MR. WINTERS:  Excuse me, Your Honor?

7           THE COURT:  This --

8           MR. WINTERS:  Yes, November 18th.  I'm sorry.

9      November 18th, Tape 3.  Participants:  Len Davis, Darrel

10     Jones, Sidney Dubuclet, inside a blue Chevrolet Caprice, --

11          THE COURT:  Okay.

12          MR. WINTERS:  -- with the temporary license.

13          (Whereupon, the following excerpt of the audio tape of

14  Defendant's Exhibit SW 6T, Tape 3, a continuing conversation

15  between LEN DAVIS, DARREL JONES and SIDNEY DUBUCLET, inside a

16  blue Chevrolet Caprice, dated November 18, 1994, was then

17  played for the jury:)

18          "MR. JONES:  But I told him I saw the Lincoln

19  looking, yeah.  And I told him, I said, you see the blue

20  Lincoln over there?

21          "MR. DAVIS:  And I saw them, yeah.  Because I,

22  fuck --"

23                          (Tape stopped)

24  BY MR. WINTERS:

25  Q.  Who is the blue Lincoln?


                                                    214
                        Williams - Direct

1  A.  That's the vehicle that Len is behind, carrying the

2  cocaine.

3                          (Tape restarted)

4          "MR. DAVIS:  I -- Sam backed up to tell me.  He

5  thought that car was for somebody else.  I told him

6  (inaudible).

7          "Call Sam and get Jay to call me back.  4-5-8-29-22.

8      (Police radio in background)

9          "MR. DAVIS:  Tell him who you is.  Say, 'Ya'll

10  rolling yet?'

11     (Mr. Dubuclet is talking on the cellular telephone:)

12          "MR. DUBUCLET:  Sam?  Sid.  Ya'll rolling?  Ya'll

13  rolling, Sam?"

14                          (Tape stopped)

15  BY MR. WINTERS:

16  Q.  What does it mean to you when Sidney Dubuclet says, "Ya'll

17  rolling?  Ya'll rolling, Sam"?

18  A.  He's asking me have I started following in my vehicle
19  headed west yet.
20  Q.  Okay.
21                        (Tape restarted)
22     (Police radio in background)
23          "MR. DUBUCLET:  Sam?  It's Sid.  All right.  All
24  right.
25          "MR. DAVIS:  He ain't cutting you off, is he?


                                                        215
                        Williams - Direct
1           "MR. DUBUCLET:  Did he cut you off?
2           "MR. DAVIS:  You cut me off.
3      (Coughing)
4           "MR. DUBUCLET:  I pressed end.
5           "MR. DAVIS:  All right.
6      (Mr. Dubuclet gets off the cellular telephone)
7      (Pause)
8           "MR. DAVIS:  (Inaudible)
9           "MR. JONES:  Yeah, it should be what, about 1:30,
10  huh?
11          "MR. DAVIS:  Uh-huh. (affirmative response)
12     (Coughing)
13          "MR. JONES:  But, like you were saying, that's the
14  point, yeah.  They might not have a mother fucking thing in
15  there.  The nigger want to see where we are --
16          "MR. DAVIS:  Absolutely.
17          "MR. JONES:  -- coming from.
18          "MR. DAVIS:  Absolutely."
19                        (Tape stopped)
20  BY MR. WINTERS:

21  Q.  What does that mean to you when Darrel Jones says, "They
22  might not have a MF'ing thing in there"?
23  A.  He's saying there might not be any cocaine inside, that
24  the guy might be testing us and have everything, like he said
25  earlier, in the other vehicle.

1                    (Tape restarted)
2           "MR. JONES:  And the other shit going the opposite
3  way.
4           "MR. DAVIS:  You know when I knew these dudes was big
5  time?  When they was testing us, they sent us to follow a
6  nigger to go pick up money, and follow him back.  Guess how
7  much (inaudible)?  A hundred grand."
8                    (Tape stopped)
9  BY MR. WINTERS:
10  Q.  What's it mean up above when Darrel Jones says, what does
11  it mean to you, "And the other shit going the opposite way"?
12  A.  The cocaine might be going the opposite way with me, in
13  the vehicle I'm following, going west.
14  Q.  Is that slang for drugs, "shit"?
15  A.  Not really, but that's what he's talking about here.
16                    (Tape restarted)
17          "MR. DUBUCLET:  A hundred thousand?
18          "MR. DAVIS:  Needless to say, we didn't know he was
19  going to get that.  We knew he was going get money, but we
20  didn't know it was a hundred grand.
21          "MR. JONES:  You would have asked for more money.
22          "MR. DAVIS:  We wouldn't have --"
23                    (Tape stopped)
24  BY MR. WINTERS:
                    Page 192

25    Q.  What's it mean to you when Davis says above, "I knew these

Williams - Direct

1    dudes was big time"?

2    A.  He's saying that he knew they were larger drug dealers.

3    Q.  And what is this reference here, or what is he referring

4    to, if you know, what does it mean to you, when he says, "To

5    go pick up money and follow him back, a hundred grand;" what

6    is he referring to there?

7    A.  He's talking about the time when we followed Terry Adams

8    when he delivered a hundred thousand dollars to JJ.

9                    (Tape restarted)

10           "MR. DAVIS:  We wouldn't have fucked with it anyway

11   though, because, I mean, I'm like this, I'm not greedy and

12   when you play that greedy game -- that's when you get

13   problems.

14           "MR. DUBUCLET:  You're right."

15                    (Tape stopped)

16   BY MR. WINTERS:

17   Q.  What does Davis mean to you when he says, "You play that

18   greedy game, that's when you get problems"?

19   A.  He's saying that if he would have been greedy like to take

20   all the money at one time, like the hundred thousand dollars

21   we were following, that's probably when we would get caught,

22   when we were trying to get too much, too fast.

23                    (Tape restarted)

24           "MR. DAVIS:  Nigger, just feed me where I don't go

25   hungry.

1      "MR. DUBUCLET:  Yeah.

2      "MR. JONES:  There you go.  You say like I say --

3      "MR. DAVIS:  I don't need caviar.

4      "This our bridge?

5      "MR. DUBUCLET:  No, not this one.

6      "MR. DAVIS:  Okay.

7      "MR. JONES:  (Inaudible)  Slidell.

8      "MR. DAVIS:  Nigger, I ain't trying to fucking eat

9  caviar every day.  Some niggers satisfied with chicken or

10  hamburger every now and then.

11      "MR. JONES:  How far they going?"

12                      (Tape stopped)

13  BY MR. WINTERS:

14  Q.  What's Darrel Jones mean to you when he says, "How far

15  they going"?

16  A.  He's asking how far am I going, following the vehicle

17  containing the drugs, with Leon and Lemmie in my car.

18                      (Tape restarted)

19      "MR. DAVIS:  Oh, they -- I couldn't even tell you.

20      "MR. JONES:  I hear you.

21      "MR. DAVIS:  Once they get to them bridges, --

22      "MR. JONES:  That's it.

23      "MR. DAVIS:  -- them bitches is -- they never existed

24  to me."

25                      (Tape stopped)

1  BY MR. WINTERS:

2  Q.  What's Davis mean to you when he says, "Once they get to

3  them bridges, them bitches, they never existed to me;" who

```
 4  never existed to him?
 5  A.  The guys they're following, the drug dealers they're
 6  following, containing -- carrying drugs.
 7                        (Tape restarted)
 8           "MR. JONES:  (Inaudible)
 9           "MR. DAVIS:  I don't even ask them no questions.  I
10  don't even want to know.
11           "MR. JONES:  I hear you.  All you want is like you
12  say.
13           "MR. DAVIS:  You fucking right.
14           "MR. JONES:  To get paid.
15           "MR. DAVIS:  I can tell you, he -- he would never
16  have to worry about me --"
17                        (Tape stopped)
18  BY MR. WINTERS:
19  Q.  What does it mean to you when Davis says, "I don't ask
20  them no questions.  I don't even want to know."  what's he
21  doing there?
22  A.  Well, he's saying that he doesn't want to know how far
23  they have to go once he cut off -- once he follows them to the
24  twin span and turns around, he doesn't care about where they
25  go after that.  It has nothing to do with them.
```

                          Williams - Direct

```
 1  Q.  Well, what does it mean to you when Darrel Jones says,
 2  "All you want is like you say, paid"?
 3  A.  All he wants to do is get his portion of the money from
 4  protecting them as far as he is right now.
 5                        (Tape restarted)
 6           "MR. DAVIS:  -- me ratting, because I could never
```

```
 7    tell people nothing.
 8              "MR. JONES:  Tell them -- where it going.
 9              "MR. DAVIS:  I don't know what's in there,
10    amount, --"
11                        (Tape stopped)
12    BY MR. WINTERS:
13    Q.  What does Davis mean to you when he says, "They don't have
14    to worry about me ratting, because I could never tell people
15    nothing"?
16    A.  He's saying that he only have limited knowledge on what's
17    going on, as far as his part, and that's protecting the drugs
18    while it's here.  He doesn't know where it's going after that
19    and, again, he's using his alibi now.  He doesn't know what's
20    in there.  He's just following this car and getting paid for
21    it.
22                        (Tape restarted)
23              "MR. DAVIS:  -- amount, or where the fuck it is.
24              "MR. JONES:  But you know something you like, that's
25    the way it go.  All you want is your money.  Do what you got
```

                                                                221
                              Williams - Direct

```
 1    to do --
 2              "MR. DAVIS:  I'm gonna --"
 3                        (Tape stopped)
 4    BY MR. WINTERS:
 5    Q.  What does Darrel Jones mean when he says, "All you want is
 6    your money"?
 7    A.  Just that.  That's all he wants, his money, for protecting
 8    the drugs.
 9                        (Tape restarted)
10              "MR. JONES:  -- and keep --
```

11          "MR. DAVIS:  -- do my job.

12          "MR. JONES:  -- and keep going.

13          "MR. DAVIS:  I'm gonna do my job.  My job is no

14    fucking (inaudible).

15          "MR. DUBUCLET:  The bridge coming up, man.

16          "MR. DAVIS:  It's up here?

17          "MR. DUBUCLET:  Yeah.

18          "MR. DAVIS:  (Inaudible) last time.

19          "MR. DUBUCLET:  It should be right up there.

20        (Police radio in background)

21          "MR. DAVIS:  The hump.  You mean when we come over

22    the hump -- I'm gonna remember the bridge.  I'm gonna show you

23    but maybe I told ya'll already.  I know it's a bridge.

24          "MR. JONES:  He say it's a little dirt road.

25          "MR. DAVIS:  No -- yeah, to make the cut.


                                                          222
                        Williams - Direct

1          "MR. JONES:  Yeah."

2                      (Tape stopped)

3    BY MR. WINTERS:

4    Q.  Step down here again, Mr.Williams.

5          MR. WINTERS:  With the Court's permission.

6    BY MR. WINTERS:

7    Q.  I want to make sure the jury understood where Mr. Davis

8    and Mr. Jones and Mr. Dubuclet turned around.

9        Would you point out on this map, I'll just hold it, where

10    they turned around?  And tell us what this is right here

11    (indicating), over here?

12    A.  This -- this is the I-10 headed eastbound, right here

13    (indicating).  And right here is the dirt road, where about

14  they going to turn around on the Interstate, before they get

15  to this twin span going to Slidell, and come back this way

16  (indicating).

17  Q.  That's what they were talking about in that passage?

18  A.  Yes.  And the courier is going to continue on, towards

19  Slidell.

20  Q.  Thank you.

21                    (Tape restarted)

22        "MR. DAVIS:  But it's a bridge that they going get

23  on, and where we stop at.

24  (Police radio in background)

25        "MR. DAVIS:  Oh, no.  That ain't it, bro.  That ain't


                                                    223
                    Williams - Direct

1   it.  That ain't it.  I thought this was the bridge.

2         "MR. DUBUCLET:  (Inaudible)

3         "MR. JONES:  I think I'm about to say the same mother

4   fucking thing.  This thing get down.

5   (Pause)

6         "MR. DAVIS:  The twin bridges, man.

7         "MR. DUBUCLET:  Oh, okay.  All right.  Here's my man.

8         "MR. JONES:  I thought he was lost.

9         "MR. DUBUCLET:  No.  (Inaudible) the bridge.

10        "MR. JONES:  I guess niggers, (laughter) where them

11  niggers went at.

12  (Laughter)

13        "MR. DUBUCLET:  And then when they see a nigger speed

14  right up, you know, like some mother fucker.  Fuck, niggers

15  come and get us.  Fuck.

16        "MR. DAVIS:  Slow down.

17        "MR. DUBUCLET:  Pull in right here.

18      "MR. DAVIS:  Yeah.  This is where we going.

19      "MR. DUBUCLET:  Yeah, right here.

20      "MR. DAVIS:  Yeah, this it.

21   (Police radio in background)

22      "MR. JONES:  Uh-huh. (affirmative response)

23      "MR. DAVIS:  (Inaudible)

24      MR. JONES:  Later, my brother.  (Laughter)  Later.

25   (Cellular telephone call)

1       "MR. DAVIS:  This the little dirt road thing I was

2    talking about."

3                            (Tape stopped)

4    BY MR. WINTERS:

5    Q.  What does it mean to you when Darrel Jones says, "Later,

6    my brother;" who is he referring to?

7    A.  He's talking about the courier.  Right now, they are

8    turning around and the courier is continuing on.  So, he's

9    like, well, telling him good-bye.

10                           (Tape restarted)

11      "MR. DAVIS:  -- thing I was talking about.  Me and

12   Sam backed up off that bitch.  We realized where the fuck we

13   was.

14   (Police radio in background)

15      "MR. DAVIS:  Say, hold on, bro.  We done went too

16   fucking far."

17                           (Tape stopped)

18   BY MR. WINTERS:

19   Q.  Is that the little dirt road that you showed us on the

20   map?

21    A.  Yes.

22    Q.  Just a minute ago?

23    A.  Yes, sir.

24    Q.  And did you and Davis have to back off the twin span

25    bridge at one time?


                                                          225
                           Williams - Direct

1     A.  Yes.  Earlier when we were following a courier containing

2     drugs, we were about to head across the twin span, then

3     realizing how far we had to go before getting off that bridge,

4     so we -- just as we got on it, we backed up off of it.

5     Q.  That was earlier, a warehouse deal?

6     A.  Yes.

7                           (Tape restarted)

8             "MR. JONES:  So, you got all the numbers on me, Len,

9     whenever we --

10            "MR. DAVIS:  Yeah.  I'm going be calling you --"

11                          (Tape stopped)

12    BY MR. WINTERS:

13    Q.  What numbers does it mean to you when Darrel Jones says,

14    "You got all the numbers on me, Len"?

15    A.  He's talking about all the ways to get in touch with him,

16    like cellular phone numbers or home phone numbers, beeper

17    number.

18    Q.  Okay.

19                          (Tape restarted)

20            "MR. DAVIS:  I'm going be calling you --

21            "MR. JONES:  -- when we roll?

22            "MR. DAVIS:  -- once -- once we finish with this --

23    other thing.

24            "MR. JONES:  I ain't on the other -- I'm talking
                           Page 200

25   about on this time.

                        Williams - Direct
 1           "MR. DAVIS:  Oh, okay.  Yeah, --"
 2                       (Tape stopped)
 3   BY MR. WINTERS:
 4   Q.  What does it mean to you when Darrel Jones says, "When we
 5   roll.  I'm talking about on the other time"?
 6   A.  He's talking about the next time they need him to protect
 7   the drugs.  He's got to just call him and he'll be right
 8   there.
 9                       (Tape restarted)
10           "MR. DAVIS:  -- I'm gonna holler at you.
11           "MR. JONES:  Yeah.
12           "MR. DAVIS:  But be the fuck on time.
13           "MR. JONES:  Yeah.
14       (Pause)
15           "MR. JONES:  What, you're taking off for the day?
16           "MR. DAVIS:  No.  Uh-uh. (negative response)  I was
17   supposed to go to the Academy, the Disciplinary Board Academy,
18   for a class.
19           "MR. JONES:  Why they did that?
20           "MR. DAVIS:  Because of a -- I got a complaint that I
21   -- they fuck with me because I'm Len Davis, basically.
22       (Pause)
23   (Mr. Davis is on the cellular telephone:)
24           "MR. DAVIS:  Yeah, what's up?  Damn, already.  Oh,
25   okay.  Well, fuck.  I'm passing Read.  I'm coming back home.

1    I'm gonna drop my people off.  I just talked with your boy.

2    He say he going be calling us about the other thing."

3                         (Tape stopped)

4    BY MR. WINTERS:

5    Q.  Who is Davis talking to, if you know?

6    A.  He's talking to me.

7    Q.  And what does he mean by, "I'm just passing Read"?

8    A.  Well, he's coming back on the Interstate now, and he's

9    saying he's passing the Read exit now.

10   Q.  "I'm gonna drop my people off"?

11   A.  He has Darrel Jones and Sidney Dubuclet in the car, so

12   he's going to drop them off.

13   Q.  What does it mean to you when he says, "I just talked with

14   your boy.  He say he going to be calling us about the other"?

15   A.  That's JJ.

16   Q.  What's the "other"?

17   A.  He's going to be calling us to tell us what to do about

18   the guy that's protecting the drugs over at the warehouse

19   still.

20   Q.  And I'm gonna call the station;" what station is he

21   talking about?

22   A.  He's going to call the Fifth District station and let them

23   know we're going to be late.

24                         (Tape restarted)

25              "MR. DAVIS:  I'm gonna call the station and tell them

1    we're gonna be late.  But right now, I thought you -- I was

2    going, when I drop them off, I was going to get back in my car

3    and then keep the keys to this and park this car there.  And

4      get back in my car.

5              "But, if we got to follow something, we can just hold

6      on to one of them, I guess.  All right.  Well, --

7              "MR. JONES:  Give me a (inaudible).

8              "MR. DAVIS:  Well, fuck.  All right.  I'm just going

9      downtown.  I'm gonna -- after I drop off my people.  I'm going

10     by the other spot so we can relieve them."

11                         (Tape stopped)

12     BY MR. WINTERS:

13     Q.  What does it mean when he says, "After I drop off my

14     people;" who's his people?

15     A.  After he drop off the -- the guys in his vehicle, he's

16     going to go over to the warehouse and relieve the guy over

17     there.

18     Q.  What does it mean to you when he says, "I'm going to the

19     other spot so we can relieve them"?

20     A.  He's talking about at the warehouse where the guys are

21     protecting the drugs.

22                         (Tape restarted)

23             "MR. DAVIS:  All right.

24         (Mr. Davis gets off the cellular telephone)

25             "MR. DAVIS:  They just finished.  They didn't have to


                                                          229
                         Williams - Direct

1      go as far as they went the last time.

2              "MR. JONES:  Yeah.  Well, they -- fuck, they finished

3      already?

4              "MR. DAVIS:  Yeah, they done.  They back.  We got to

5      do this thing one more time."

6                         (Tape stopped)

7   BY MR. WINTERS:

8   Q.  What does Darrel Jones mean to you when he says, "They

9   finished already;" who's finished?

10  A.  He's talking about me.  When Len called me -- or, when I

11  called Len, I was telling him that we were finished and I'm on

12  the way back too.

13  Q.  And what does it mean to you when Davis says, "We got to

14  do this one more time"?

15  A.  Well, we still had to go over to the warehouse and we're

16  thinking that that van that's still inside there, we're going

17  to have to follow it somewhere.

18  Q.  All right.

19                          (Tape restarted)

20      (Incoming cellular telephone call)

21      (Mr. Davis is talking on the cellular telephone:)

22          "MR. DAVIS:  Hello.  Yeah, what's up.  Huh?  Yeah, I

23  just talked to him.  He say they -- when I talked to him, he

24  say they were approaching their exit.  So, he should be on his

25  way back too.  All right.  Go -- go to the rental place?  All

                                                        230
                        Williams - Direct

1   right.

2       (End of cellular telephone call)"

3                          (Tape stopped)

4   BY MR. WINTERS:

5   Q.  Who is Davis talking to there, if you know?

6   A.  JJ.

7   Q.  And the rental place is what?

8   A.  The Avis Rental Car place.  JJ's giving him instructions

9   to go back there to return the rental vehicles.

10                         (Tape restarted)

11          "MR. DUBUCLET:  (Inaudible)

12          "MR. DAVIS:  Yeah.

13          "MR. JONES:  They done -- they done served the

14     purpose.

15          "MR. DAVIS:  Fucking right.  Get out this bitch.

16       (Pause)

17       (Mr. Davis is on the cellular telephone:)

18          "MR. DAVIS:  Drop your people off and meet back by

19     the rental place.  You heard me?"

20                         (Tape stopped)

21     BY MR. WINTERS:

22     Q.  Who is he talking to there?

23     A.  He's calling me now, telling me what JJ just told him.

24     I'm to drop my people off and meet back at the rental place.

25                         (Tape restarted)

1           "MR. JONES:  You drop me first or you dropping him?

2           "MR. DAVIS:  Yeah, I'm gonna drop you.

3           "MR. JONES:  It's up to you now.  It don't make a

4      difference.

5           "MR. DAVIS:  Yeah, I'm gonna drop you off.  Because

6      when I drop him, we going to the rental place.

7        (Pause)

8           "MR. DAVIS:  Thirty-five minutes, depending on what

9      we got to go do at this other spot.

10       (Music playing in background)

11          "MR. JONES:  If it be after seven, Len?

12          "MR. DAVIS:  What, calling you?

13          "MR. JONES:  Yeah.

14      "MR. DAVIS:  Man, it ain't gonna be nowhere near

15  after seven.

16      "MR. JONES:  All right.  Because I -- I -- I was --"

17              (Tape stopped)

18  BY MR. WINTERS:

19  Q.  What does it mean, up above, when Davis -- what does it

20  mean to you when Davis says, "Depending on what we got to go

21  do at this other spot;" what's the other spot?

22  A.  At the warehouse, where the -- the van is inside.

23  Q.  And what does it mean to you when Mr. Jones says, "If it

24  be after seven;" if what be after seven?

25  A.  When Len calls him to pay him his money for protecting the

Williams - Direct

1  drugs.

2              (Tape restarted)

3      "MR. JONES:  I was going to tell you where I was

4  going be at on my detail.

5      "MR. DAVIS:  Why?  You ain't got to worry about that.

6  It ain't gonna be nowhere after that.  we should be --

7  everything should be -- I should have everything and be ready

8  at no later than 3:00.

9      "MR. JONES:  All right.

10      "MR. DAVIS:  Because I'm gonna have to go to roll --"

11              (Tape stopped)

12  BY MR. WINTERS:

13  Q.  What does he mean to you when he says, "I should have

14  everything"?

15  A.  He should have all the money and have it ready for no

16  later than 3:00.

17              (Tape restarted)

18          "MR. DAVIS:  I'm gonna have to go to roll call and

19     shit.  And --

20        (Music playing in background)

21          "MR. DAVIS:  Get the -- we going have to get the

22     police car, and then we probably go pick up the ends.

23        (Police radio in background)

24                               (Tape stopped)

25     BY MR. WINTERS:



                                            233
                        Williams - Direct

1     Q.  "Ends" is, again, what?

2     A.  Money.

3                               (Tape restarted)

4          "MR. JONES:  I'm gonna get Zoo to holler at you.  I'm

5     gonna holler at you.  I might have a little thing going on

6     too.

7          "MR. DAVIS:  Uh-huh. (affirmative response)  All

8     right."

9                               (Tape stopped)

10     BY MR. WINTERS:

11     Q.  "Zoo" is who, again?

12     A.  Reynard Smith.

13     Q.  A policeman?

14     A.  Yes.

15     Q.  Ex-policeman?

16     A.  Yes.

17          MR. WINTERS:  I think they catching up with the tape.

18     Am I right?

19          THE TECHNICIAN:  Just for one second.

20          MR. WINTERS:  Or with the machine.

21     (There is a pause in the proceedings)

22          MR. WINTERS:  I'm sorry.

23                    (Tape restarted)

24     (There is a pause in the proceedings while the technician

25     gets the tape to the spot)

1                    (Tape restarted)

2          "MR. JONES:  If it be after seven, Len?

3          "MR. DAVIS:  What, calling you?

4          "MR. JONES:  Yeah.

5          "MR. DAVIS:  Man, it ain't gonna be nowhere near

6     after seven.

7          "MR. JONES:  All right.  Because I -- I -- I was -- I

8     was going to tell you where I was going be at on my detail.

9          "MR. DAVIS:  Why?  You ain't got to worry about that.

10    It ain't gonna be nowhere after that.  We should be --

11    everything should be -- I should have everything and be ready

12    at no later than 3:00.

13         "MR. JONES:  All right.

14         "MR. DAVIS:  Because I'm gonna have to go to roll

15    call and shit.  And --

16         (Music playing in background)

17         "MR. DAVIS:  Get the -- we going have to get the

18    police car, and then we probably go pick up the ends.

19         (Police radio in background)

20         (Pause)

21         "MR. JONES:  I'm gonna get Zoo to holler at you.  I'm

22    gonna holler at you.  I might have a little thing going on

23    too.

24         "MR. DAVIS:  Uh-huh. (affirmative response)  All

25    right."

                        Williams - Direct

 1    (Pause)

 2          "MR. DAVIS:  All right.  All right, baby.

 3          "MR. JONES:  I'll holler at you later, all right?

 4          "MR. DUBUCLET:  All right, partner.

 5    (Music playing in background)

 6    (Mr. Jones exits the vehicle)"

 7                          (Tape stopped)

 8    BY MR. WINTERS:

 9    Q.  What happens there?

10    A.  Darrel Jones just got out the vehicle.  Len just dropped

11    him off.

12                          (Tape restarted)

13    (Music playing in background)

14    (Pause)

15          "MR. DUBUCLET:  How often niggers make them runs,

16    bro?

17          "MR. DAVIS:  Well, anywhere -- what we been doing,

18    anywhere between once, twice a month.

19          "MR. DUBUCLET:  Yeah.

20          "MR. DAVIS:  But, lately it's been like once a month

21    or once every three -- well, fuck, that's twice a month.

22    Every three weeks -- every, once a month, something like that.

23    But now he say once this shit here went off smooth, it might

24    start being twice a month, and then it's gonna be doubling,

25    because we're doing not only our old thing, but our new

1    thing."

2                        (Tape stopped)

3    BY MR. WINTERS:

4    Q.  What's the old thing?

5    A.  Protecting the drugs over at the warehouse.

6    Q.  What's the new thing?

7    A.  Protecting the drugs at the Mardi Gras Truck Stop.

8                        (Tape restarted)

9         "MR. DAVIS:  So, I might come at you again.  And you

10   see how simple it is.

11      (Music playing in background)

12      (Pause)

13        "MR. DAVIS:  That, plus I knew we had all this shit

14   to do.  And then see, I organizes all this shit.  Sam is the

15   one who had the -- got the hook up and he was running it, all

16   right.  Once I --"

17                       (Tape stopped)

18   BY MR. WINTERS:

19   Q.  That "Sam" is you?

20   A.  Yes.

21   Q.  You started this?

22   A.  Yes.

23                       (Tape restarted)

24        "MR. DAVIS:  Once I start talking to the people, you

25   dig?  And they seen my finesse.  They start dealing with me.

1    So, now I run it.  They call me to tell me what's going on,

2    you dig?  It used to be Sam, he used to be fucking up.

3         (Police radio in background)

```
 4          "MR. DAVIS:  You dig?  So I say -- I say, 'Look, now,
 5   ya'll start fucking calling me.'  So now, whenever we go talk,
 6   Sam and Scoo will walk off and the nigger going talk to me."
 7                         (Tape stopped)
 8   BY MR. WINTERS:
 9   Q.  Who is going to go talk to who?  What does it mean to you,
10   who's going to go talk to Davis?
11   A.  JJ.
12                         (Tape restarted)
13          "MR. DAVIS:  You dig?  And it's like me and him,
14   because and then I start wondering about that shit.  Fuck, and
15   them people, them bitches look like they trying to zero on me.
16   But what it is, the nigger just seen that I had the shit more
17   together, so that's why the bitch start coming at me."
18                     (End of taped conversation)
19   BY MR. WINTERS:
20   Q.  Now, Mr.Williams, --
21          MR. WINTERS:  with the Court's permission.
22   BY MR. WINTERS:
23   Q.  -- would you step down here again?
24   A.  (Complying)
25   Q.  Did you go back on Canal Street?
```

238
Williams - Direct

```
 1   A.  Yes.
 2   Q.  And did you see Davis there, Len Davis?
 3   A.  Yes.
 4   Q.  And where did you go?
 5   A.  To --
 6   Q.  What is this right here (indicating)?
```

7   A.  That's the Avis Rental Car place.  That's where we went to

8   drop the vehicles off at.

9   Q.  Is that where you got the vehicles originally?

10  A.  Yes.

11  Q.  Thank you, sir.

12        MR. WINTERS:  All right.  Your Honor, I'm about to

13  start a whole new series of tapes involving the other vehicle

14  now, the vehicle with -- Mr.Williams was driving.  Do you

15  want me to begin?

16        THE COURT:  Yes, and we'll just go as far as we can

17  this afternoon.

18        MR. WINTERS:  Okay.

19  BY MR. WINTERS:

20  Q.  Now, Mr.Williams, I'm going to bring you back.  After you

21  got your vehicle at Avis, where did you go?  Immediately --

22  where did you immediately go after you got the vehicle?

23  A.  I went to pick up Leon Duncan and Lemmie Rodgers.

24  Q.  Okay.  And then, when you picked up Leon Duncan and Lemmie

25  Rodgers, where did you go?

Williams - Direct

1   A.  I went to the Mardi Gras Truck Stop.

2   Q.  The Mardi Gras Truck Stop is what is -- this is the Mardi

3   Gras Truck Stop or the Carnival Club at the Mardi Gras Truck

4   Stop, am I correct?

5   A.  Yes.

6   Q.  Which is marked as P-5.

7         MR. WINTERS:  All right.  Ladies and gentlemen, I'd

8   ask you to turn to SW 7, Tape 1 in your book, and we'll begin

9   playing the transcript -- or playing the tape recordings of

10  November 18th, 1994, inside a maroon Buick LeSabre, bearing a

11  temporary license.  The participants are Sammie Williams, Leon

12  Duncan and Lemmie Rodgers, and Len Davis gets in the car later

13  on.

14  BY MR. WINTERS:

15  Q.  And you're driving the Buick LeSabre?

16  A.  Yes.

17  Q.  Okay.  And, again, where was Mr. Duncan?

18  A.  He's in the front passenger seat.

19  Q.  And where is Mr. Rodgers?

20  A.  He's in the rear seat.

21  Q.  And how are they dressed?

22  A.  In full police uniforms, including their guns.

23  Q.  Including what?

24  A.  Their firearms.

25  Q.  All right.

240

Williams - Direct

1       (Whereupon, the following excerpt of the audio tape of

2   Defendant's Exhibit SW 7T, Tape 1, a conversation between

3   SAMMIE WILLIAMS, LEON DUNCAN, LEMMIE RODGERS and LEN DAVIS,

4   inside a maroon Buick LeSabre, dated November 18, 1994, was

5   then played for the jury:)

6       (Cellular telephone ringing)

7       (Mr. Williams on the cellular telephone:)

8          "MR. WILLIAMS:  Yo.  It's chillin'.  Ya'll might be

9   there a little bit later, not -- not a whole lot.  It's all

10  good though.  It's going to be extra for you.  So, it's all

11  chill now.  We -- we -- we -- hello?  Yeah, so we working on

12  something else right now.  All right.

13                          (Tape stopped)

Page 213

14    BY MR. WINTERS:

15    Q.  Who are you talking to there?

16    A.  That's me talking to Edward Williams.  He's one of the

17    guys that's protecting the drugs at the warehouse, and I'm

18    letting him know that it's going to be a little bit later

19    before we're able to relieve them.

20                              (Tape restarted)

21        (Pause)

22        (Radio playing)

23            "MR. WILLIAMS:  What's up, gentlemen?

24            "MR. RODGERS:  What happening.

25            "MR. WILLIAMS:  What you say, Lemmie?

                                                        241
                              Williams - Direct

1        (Car door closes)"

2                              (Tape stopped)

3    BY MR. WINTERS:

4    Q.  What's happening here?

5    A.  Leon Duncan and Lemmie Rodgers are now getting inside the

6    vehicle that I'm in.

7                              (Tape restarted)

8            "MR. WILLIAMS:  He already told ya'll I'm gonna be

9    riding with ya'll?  Len told you that?

10           "MR. DUNCAN:  Yeah.

11           "MR. WILLIAMS:  I don't know.

12           "MR. DUNCAN:  Why you don't know?

13           "MR. WILLIAMS:  But, no, I know why, 'cause they --

14    they want us to be there.  So, at first they want us to take

15    our own cars and follow ya'll and we said well all that don't

16    make sense.  Be in the same cars.  So, me and Len just gonna

17    drive a car and ya'll gonna be there.

18        (Cellular telephone ringing:)"
19                              (Tape stopped)
20  BY MR. WINTERS:
21  Q.  What do you mean there when you're saying, Mr.Williams,
22  "They want us to be there"?
23  A.  They want us to be there?
24  Q.  Yes.  Page 2.  This passage here.  "They want us to be
25  there.  So, at first they want us to take our own cars;" what

                                            242
                        Williams - Direct
1  are you talking about there?
2  A.  Well, at one time we had -- we had thought about just
3  being on location and having Lemmie and Len follow the
4  vehicles, and we said, "No, that's not a good idea."  So, we
5  going to be in the vehicles with Leon and Lemmie and Len,
6  like, Len was with the other two guys.
7                              (Tape restarted)
8      (Mr. Williams is on the cellular telephone:)
9          "MR. WILLIAMS:  Hello.  Yeah, what's up?  Yeah.  All
10  right.
11      (End of cellular telephone call)
12          "MR. DUNCAN:  What?
13          "MR. WILLIAMS:  We're gonna pick up -- to pick up --
14          "MR. RODGERS:  (Inaudible) we there?
15          "MR. WILLIAMS:  We ain't -- we doing nothing but
16  following in a car."
17                              (Tape stopped)
18  BY MR. WINTERS:
19  Q.  What are you saying there?  "We ain't doing nothing but
20  following a car"?

21  A.  That's what I'm telling Leon, because, you see, all along,

22  Leon and Lemmie, they were kind of like -- like I said, we

23  were -- they were the first couple of guys we wanted to get

24  involved; however, they was leery that --

25          MR. RIEHLMANN:  Judge, I'm going to object.  I don't

1  believe that that's responsive to Mr. Winters' question.

2          THE COURT:  Well, the witness is entitled to explain

3  his answer.

4          MR. WINTERS:  He's explaining his answer.

5          THE COURT:  So, you can cross-examine him.  Objection

6  is overruled.

7          THE WITNESS:  Like I said, Leon and Lemmie were, all

8  along, leery of getting involved because of they're thinking

9  they might be an entire sting operation going on.  So, now

10  that they finally decide to get involved and help us protect

11  the cocaine, Leon and Lemmie, they still seem kind of nervous.

12  So, right now, I'm just kind of calming them down, telling

13  them, "Listen, it's all right here.  We just doing nothing but

14  following the car.  You don't have to --

15      What I was saying so much, I mean, to let to know you

16  don't have to see anything or touch, anything like that.

17                      (Tape restarted)

18          "MR. RODGERS:  Following a car?

19          "MR. WILLIAMS:  Yeah.  That's gonna be it.  We ride

20  to this location, where everything supposed to take place at,

21  we gonna be sitting in the car chillin', and when it rolls

22  out, Len and them gonna follow one car and we gonna follow the

23  other one."

24                      (Tape stopped)

25    BY MR. WINTERS:

Williams - Direct

 1    Q.  What do you mean when you're telling Mr. Duncan and
 2    Mr.Rodgers, "And when it rolls out"?
 3    A.  I'm telling them when the couriers roll out containing the
 4    drugs, Len is going to follow one with the guys in his car and
 5    we are going to be behind the other one, going the other way.
 6                        (Tape restarted)
 7            "MR. WILLIAMS:  As far as we -- we don't know if we
 8    going east or west yet.  I mean, well, we going in different
 9    directions.  We don't know which one we gonna be going, east
10    or west.  If we go east, it's gonna be right there to the twin
11    -- to the --
12            "MR. RODGERS:  Bridge, twin span?
13            "MR. DUNCAN:  Yeah.
14            "MR. WILLIAMS:  Right before you cross that -- the
15    bridge and turn around.  If we go out west, it's gonna be to
16    I-55, I think.  You understand?
17            "MR. DUNCAN:  I understand.
18            "MR. WILLIAMS:  You look like you have some
19    questions.
20            "MR. DUNCAN:  I ain't got no questions, bro."
21                        (Tape stopped)
22    BY MR. WINTERS:
23    Q.  What do you mean when you say, "It looks like you've got
24    some questions;" who are you talking to?
25    A.  I'm talking to Leon Duncan.  He has this look on his face

1  like he want to ask me something, but I could tell he's

2  uncomfortable with the setting right now, us being in this

3  vehicle and stuff.  But I can tell he wants to ask me

4  something, so that's why I'm telling him, "Look like you have

5  some questions."

6  Q.  And he won't ask you any questions, right?

7  A.  No.  Not at this point.

8                          (Tape restarted)

9     (Music playing in background)

10         "MR. WILLIAMS:  I want to answer all your questions.

11         "MR. DUNCAN:  You can't answer my questions.

12         "MR. WILLIAMS:  You got any questions, I can handle

13  it.

14         "MR. DUNCAN:  No, you can't answer my question.

15         "MR. RODGERS:  How solid you think this is, Sam?"

16                          (Tape stopped)

17  BY MR. WINTERS:

18  Q.  What does it mean to you when Lemmie Rodgers says, "How

19  solid you think this is, Sam"?

20  A.  He's asking how -- do I think it's little criminals or do

21  I think they might be trying to set us up in a sting operation

22  or something like that.  But -- and then I go on to answer his

23  question.

24                          (Tape restarted)

25         "MR. WILLIAMS:  Well, we been dealing with it for a

1  long time now.  I, personally, I know it's solid.  Let's see,

2  to convince you how solid it is, ain't nothing gonna happen.

3  You ain't got to do shit because you in the car with me.

4          "MR. DUNCAN:  All right.  So, if any --

5          "MR. WILLIAMS:  You know.

6          "MR. DUNCAN:  If anything do happen, I'm just saying

7     you just picked me up.

8          "MR. WILLIAMS:  I just picked you up.

9          "MR. DUNCAN:  And I'm just taking a ride with you."

10                    (Tape stopped)

11    BY MR. WINTERS:

12    Q.  What do you mean when you say, "I know it's solid.  Let's

13    see, to convince you how solid it is, ain't nothing gonna

14    happen.  You ain't got to do shit because you in the car with

15    me"?

16    A.  I'm telling them that I know it's -- we don't have

17    anything to worry about it being a sting, because we've been

18    protecting these drugs on different occasions for months now.

19    Now, and I was saying to convince you how solid it is, you

20    know, don't worry about anything.  Even though you know what's

21    happening, all you got to do is say you in the car with me and

22    I'll handle anything that goes down.

23    Q.  What does it mean to you when Duncan says, "If anything do

24    happen, I'm just saying you picked me up and I'm just taking a

25    ride with you"?

247

Williams - Direct

1     A.  He's saying that's going to be his alibi, if we are

2     stopped for any reason, and questioned.

3     Q.  Was he just taking a ride with you?

4     A.  Oh, no.  We were -- he knew what we was doing, but he just

5     wanted to have his alibi ready and have me to understand that

6     that's what it was going to be (inaudible).

         7                    (Tape restarted)
         8          "MR. WILLIAMS:  Right.  Yeah.  That's how solid it
         9    is.  Ya'll ain't got to say nothing, got to do nothing, you
        10    know.  We know what's happening, what's going on and stuff,
        11    but ya'll ain't got to know.
        12          "MR. RODGERS:  Well, why he need -- why he needed
        13    more people, Sam?"
        14                    (Tape stopped)
        15    BY MR. WINTERS:
        16    Q.  What do you mean when you say, "You know, we know what's
        17    happening, what's going on and stuff, but ya'll ain't got to
        18    know;" what are you saying?
        19    A.  I'm saying, well, even though we know we're protecting the
        20    drugs they have and everything, if we get stopped and
        21    questioned, ya'll don't have to say ya'll know anything.
        22    Ya'll just with me.  Ya'll don't know.
        23                    (Tape restarted)
        24          "MR. WILLIAMS:  See, at first we weren't gonna be
        25    with ya'll, because we were doing something else.  And ya'll

                                                        248
                            Williams - Direct
         1    was just gonna be doing this for us.  That's why we needed
         2    those people.  And -- and at that time too, we thought ya'll
         3    were gonna have to sit there for a while, but it turns out,
         4    soon as we get there, it should be coming shortly after and
         5    then it's gonna be leaving a few minutes later.  You
         6    understand?"
         7                    (Tape stopped)
         8    BY MR. WINTERS:
         9    Q.  What do you mean when you say, "As soon as we get there;"
        10    get where?

11    A.  When we get to the Mardi Gras Truck Stop.

12    Q.  "It should be coming shortly after;" what's it?

13    A.  The tractor trailer is going to be coming with the

14    cocaine.

15    Q.  "And then it's gonna be leaving a few minutes later"?

16    A.  The tractor trailer is going to be unloaded into the

17    couriers and then, but we're going to be following the

18    couriers.

19                        (Tape restarted)

20           "MR. WILLIAMS:  You understand?

21           "MR. DUNCAN:  I hear -- I hear what you saying.

22           "MR. WILLIAMS:  All right.  Well, I mean -- I mean,

23    think about this.  If -- if -- if, for some reason them people

24    was to come out and take us down while we sitting out there, I

25    mean, ya'll have no knowledge of anything right?"

                        Williams - Direct

1                         (Tape stopped)

2     BY MR. WINTERS:

3     Q.  What do you mean when you say, "If for some reason them

4     people was to come out here and take us down while we were

5     sitting out here"?

6     A.  You see, right here, we all know what we're doing.  We're

7     protecting cocaine.  So, I'm telling them if those people,

8     meaning law enforcement, federal law enforcement, in

9     particular, if they come and arrest us or question us for any

10    reason, all you have to do is say you don't know what's going

11    on, you just came -- you're taking a ride with me.

12                        (Tape restarted)

13           "MR. DUNCAN:  Right.

```
14          "MR. WILLIAMS:  Easy money, is what I say.  Hey, you,
15   you straight with that, Lem?
16          "MR. RODGERS:  Yeah.
17          "MR. WILLIAMS:  You have any questions?  And I know
18   -- I know --
19          "MR. DUNCAN:  You answered -- you answered my
20   question."
21                          (Tape stopped)
22   BY MR. WINTERS:
23   Q.  What does it mean to you when Duncan says, "You answered
24   my question"?
25   A.  Well, we understand the alibi with each other now so, you
```

                                                         250
                        Williams - Direct

```
 1   know, he's more comfortable about that so he's saying, you
 2   know, he never did ask me the question.  But me knowing that
 3   he was worried about this, I kind of answered the question for
 4   him.
 5                          (Tape restarted)
 6          "MR. WILLIAMS:  (Laughter)  I could answer -- I know
 7   what you mother fuckers think.
 8          "MR. DUNCAN:  You fucking -- well, you know what it
 9   is, ya'll more comfortable with it, and because ya'll know --
10          "MR. WILLIAMS:  I know.
11          "MR. DUNCAN:  -- exactly --"
12                          (Tape stopped)
13   BY MR. WINTERS:
14   Q.  What do you mean when you say, "I know what you MFs
15   think"?
16   A.  I mean, like I said, I know he was kind of worried about
17   well, what would happen if we are stopped and this is a sting
```

18  operation.  But now that he's comfortable knowing that his

19  alibi is that he doesn't know what's going on, he's just with

20  us.  I got something to say, he feels comfortable with that.

21                    (Tape restarted)

22          "MR. DUNCAN:  -- exactly what -- what it is ya'll

23  been doing there.

24          "MR. WILLIAMS:  Because we know it's been like this.

25  Yeah.


                                                    251
                    Williams - Direct

1          "MR. DUNCAN:  You know, I'm kinda' like in the dark.

2          "MR. WILLIAMS:  And -- and you wonder why, well, why

3   is these niggers getting all -- getting all this money and

4   ya'll not doing a damn thing.

5          "MR. DUNCAN:  Can I use your phone?

6          "MR. WILLIAMS:  Yeah."

7                    (Tape stopped)

8   BY MR. WINTERS:

9   Q.  At this stage, does Duncan get on the cellular phone?

10  A.  Yes.

11  Q.  Okay.

12                    (Tape restarted)

13          "MR. WILLIAMS:  I mean, you just -- just hit end.

14          "MR. DUNCAN:  What?

15          "MR. WILLIAMS:  Yeah, it's on already.

16          "MR. DUNCAN:  Oh, it is?

17          "MR. WILLIAMS:  This is the part (inaudible).  That's

18  what it is though, we already comfortable with it.

19          "MR. RODGERS:  Right.

20          "MR. WILLIAMS:  I know things might sound peculiar to

21  you.

22          "MR. DUNCAN:  (Inaudible) problems --

23          "MR. WILLIAMS:  There ain't gonna be any problems.

24          "MR. RODGERS:  I know a couple of times I told him I

25  didn't want to fuck with it, you know."


                                                    252
                    Williams - Direct

 1                      (Tape stopped)

 2  BY MR. WINTERS:

 3  Q.  What does it mean to you Lemmie Rodgers says, "I know a

 4  couple of times I told him;" who's him?

 5  A.  Len Davis.

 6  Q.  "I didn't want to fuck with it"?

 7  A.  Well, as Len was trying to get Lemmie and Leon to work it

 8  earlier on, Lemmie saying here, he told him he didn't want to

 9  deal with it.

10                      (Tape restarted)

11          "MR. WILLIAMS:  Yeah, you ain't got -- I mean --

12          "MR. RODGERS:  I mean, a couple of times, --

13          "MR. WILLIAMS:  After you --

14          "MR. RODGERS:  -- he -- he came with me, I said no.

15          "MR. WILLIAMS:  Yeah.

16          "MR. RODGERS:  But then, when Duncan called me, and

17  he want me to go with him, you know, I say, fuck, because I'm

18  broke as a mother fucker right now.

19          "MR. WILLIAMS:  That's what I'm saying."

20                      (Tape stopped)

21  BY MR. WINTERS:

22  Q.  What does it mean to you when Rodgers says, "But then,

23  when Duncan called and he want to go with him, I said, you

24  know, I say, fuck, because I'm broke as a MF right now;" who's

25    Duncan?

Williams - Direct

1    A.  Leon Duncan.

2    Q.  "And he want to go with him;" who want to go with him?

3    A.  Leon Duncan wanted Lemmie Rodgers to go with him to

4    protect the drugs.

5    Q.  And what does he mean -- it's obvious he's broke, he's out

6    of money, right?

7    A.  Yes, he says even though he was leery about it all, once

8    Duncan called him and talked him into going with him, he -- he

9    was -- he said he needed the money anyway, so he felt more

10   comfortable.

11                     (Tape restarted)

12           "MR. WILLIAMS:  That's what I'm saying."

13           "MR. RODGERS:  So, --

14           "MR. WILLIAMS:  If -- if you making a G just sitting

15   there, you know, --

16       (Mr. Duncan is talking on the cellular telephone:)

17           "MR. DUNCAN:  Yeah, what's up."

18                         (Tape stopped)

19   BY MR. WINTERS:

20   Q.  What's a "G"?

21   A.  Slang for a thousand dollars.

22   Q.  Is that what you all paid Duncan and Rodgers?

23   A.  Yes, we paid them a thousand dollars each.

24                     (Tape restarted)

25           "MR. WILLIAMS:  -- in that car.

1       "MR. DUNCAN:  (On cellular telephone)  What?

2       "MR. WILLIAMS:  Trust me now, when we first

3   started --

4       "MR. DUNCAN:  (On cellular telephone)  Yeah, I talked

5   to him.  All right.

6       "MR. WILLIAMS:  -- we was checking everything out,

7   bro.

8       "MR. DUNCAN:  (On cellular telephone)  I'm -- I'm

9   gonna get back with him and let you know what's happening.

10  All right?

11      "MR. RODGERS:  I thought about too.

12      "MR. WILLIAMS:  We was checking it all out.  We had

13  switched shit to make sure it more convenient for us.

14      "MR. RODGERS:  Yeah.

15      "MR. DUNCAN:  (Still on cellular telephone)  Right.

16  That was a gang move, man.  They wasn't even supposed to be

17  out there.

18      "MR. WILLIAMS:  You know all that there.  And they

19  was -- they, you know, they could compromise a certain bit,

20  but you know they was leery of us too.

21      "MR. RODGERS:  Right.

22      "MR. WILLIAMS:  And at a point they felt we could --"

23                  (Tape stopped)

24  BY MR. WINTERS:

25  Q.  What do you mean when you say, "Trust me, when we first

1   started out, we was checking everything"?

2   A.  Well, when we first got involved with this, we were leery,

3   just like Leon and Lemmie is right here, and we were like

4   checking their backgrounds, putting up our own surveillance

5   and kind of watching out and, you know, trying to find as much

6   as what's going on, behind their backs, because -- because we

7   were worried about it being a sting operation, too.

8                        (Tape restarted)

9        "MR. WILLIAMS:  -- we could take them down, you know.

10       "MR. DUNCAN:  (Still on cellular telephone)  Yeah,

11   all right.

12       "MR. WILLIAMS:  It was a trust thing.

13       "MR. RODGERS:  Right.

14       "MR. WILLIAMS:  And now, we done built that up over a

15   the past.

16       "MR. DUNCAN:  (Still on cellular telephone)  All

17   right.  I guess it would be about two hours.  Yeah.

18       "MR. RODGERS:  Well, how -- how -- how well ya'll

19   know the cat?

20       "MR. DUNCAN:  (Still on cellular telephone)  Yeah.

21       "MR. RODGERS:  The one that Len's fucking with, he

22   the man, huh?

23       "MR. WILLIAMS:  Yeah.  Yeah."

24                        (Tape stopped)

25   BY MR. WINTERS:


                                                        256
                        Williams - Direct

1   Q.  What does it mean to you when he says, "How well you know

2   the cat;" who's the cat?

3   A.  JJ.

4   Q.  "The one Len's F'ing with, he's the man;" what's the man

5   mean?

6   A.  He's the guy in charge.

                        Page 227

7    Q.  And who is that?

8    A.  JJ.

9                    (Tape restarted)

10              "MR. WILLIAMS:  We know him well now.

11              "MR. DUNCAN:  (Still on cellular telephone)  All

12   right.  Later.

13       (Mr. Duncan gets off the cellular telephone)

14              "MR. WILLIAMS:  We done did shit together, you know.

15              "MR. RODGERS:  Ya'll know where to find that mother

16   fucker if you need to find him?

17              "MR. WILLIAMS:  Yeah, you saw the other dude that was

18   inside with me?  Did you see him come out?

19              "MR. RODGERS:  No.  No, we didn't see them over --

20              "MR. WILLIAMS:  (Inaudible)

21              "MR. DUNCAN:  The white dude?

22              "MR. WILLIAMS:  No, he ain't no white dude."

23                    (Tape stopped)

24   BY MR. WINTERS:

25   Q.  What are you talking about, "You saw the other dude that


                                                    257
                    Williams - Direct

1    was inside with me;" inside where?

2    A.  Inside the Avis Rental Car place.

3    Q.  Okay.  Was Rodgers at the Avis Rental Car place?

4    A.  I don't know if he came with Duncan.  I know I saw Duncan.

5    I don't -- I don't remember seeing Lemmie.

6    Q.  Okay.  And who is the guy inside with you?

7    A.  Terry Adams.

8                    (Tape restarted)

9              "MR. DUNCAN:  I saw Sal.

10              "MR. RODGERS:  who?

11          "MR. DUNCAN:  Sal.

12          "MR. WILLIAMS:  Oh, yeah.

13          "MR. RODGERS:  Who?

14          "MR. DUNCAN:  Sal, used to have Discovery.

15          "MR. WILLIAMS:  Yeah, I saw him out there too.  I was

16    wondering what the fuck he was doing out there.  He's still, I

17    think he's still running Discovery.

18          "MR. DUNCAN:  For his brother.

19          "MR. RODGERS:  Sal got anything to do with it?

20          "MR. WILLIAMS:  Oh, no.  Fuck no.  He just happen to

21    be in the rental car place."

22                          (Tape stopped)

23    BY MR. WINTERS:

24    Q.  Who is "Sal"?  Is he involved in this?

25    A.  No.  That's just a guy who was at the Avis Rental place,


                                                          258
                          Williams - Direct

1    that we knew.

2    Q.  Oh.

3    A.  He's not involved in this though.

4                          (Tape restarted)

5          "MR. DUNCAN:  (Inaudible)

6          "MR. WILLIAMS:  Yeah.

7          "MR. DUNCAN:  What is this (Inaudible)?

8          "MR. WILLIAMS:  (Inaudible)

9          "MR. RODGERS:  So, what did you say about the other

10    dude?

11          "MR. WILLIAMS:  Well, we know -- we know him well,

12    and it's like, you know, his life would be on the line if

13    something fucked over us.

                          Page 229

14          "MR. RODGERS:  That's the dude down in the Ninth
15     Ward?
16          "MR. WILLIAMS:  Yeah.  It -- it ain't gonna be no
17     problem with him, I can tell you now.  Hey, you know, look at
18     what you doing, you ain't doing no mother fucking thing
19     anyway.  We ain't talking about nothing.  We ain't doing
20     nothing.  We taking a ride."
21                          (Tape stopped)
22     BY MR. WINTERS:
23     Q.  Who was the "dude from the Ninth Ward"?
24     A.  Terry Adams.
25     Q.  And, again, what are you doing here when you say, "We


                                                       259
                          Williams - Direct
1      ain't talking about nothing.  We ain't doing nothing.  We
2      taking a ride"?
3      A.  I'm making him feel more comfortable, letting him know
4      that that's his alibi, you know, we just -- he's just taking a
5      ride with me.  He don't have to worry about anything.  Even
6      though we know what's really going on, we're protecting the
7      drugs, you don't have to talk about that or -- or mention it
8      at all.
9                          (Tape restarted)
10          "MR. DUNCAN:  I know you picked me up and asked me to
11     take a ride with you, Sam.  You my boy.  I ain't got no
12     problem with that, brother.  I'm just hanging out with you,
13     and go back to court now.
14          (Music playing in background)
15          "MR. DUNCAN:  So -- and I think when you got me out
16     here riding, you could take me to lunch, bro, look, you know?"
17                          (Tape stopped)

18    BY MR. WINTERS:

19    Q.  What does it mean to you when Duncan is saying, "You asked

20    me to take a ride and you can take me to lunch"?

21    A.  He's just confirming his -- restating his alibi, really,

22    again.  You know, he's just taking a ride and I'm taking him

23    to lunch, something like that.

24    Q.  He's off the cellular phone by now?

25    A.  Yes.


                                                        260
                        Williams - Direct

1                    (Tape restarted)

2                "MR. DUNCAN:  -- you know?

3                "MR. RODGERS:  I wish I hadn't gone to mother fucking

4    work.

5                "MR. WILLIAMS:  Me and Len definitely want to take

6    off today.  We supposed to be going to work too.  It ain't

7    like we going be doing anything though.

8            (Pause)

9                "MR. RODGERS:  So, what's the latest you think we'll

10   be out here?

11               "MR. WILLIAMS:  Oh, shit, we should be -- by the time

12   we get there, it's supposed to happen like a half hour after

13   that, and the ride is like twenty minutes.  So, going there

14   and back is probably another half hour, we be done.

15   Hopefully, we'll go east and we'll be finished quicker than

16   that.

17           (Music playing in background)

18               "MR. WILLIAMS:  As a matter of fact, I'm gonna tell

19   Len we going east.

20               "MR. RODGERS:  What?

21      "MR. WILLIAMS:  I'm gonna tell Len we going east.

22  Let them go west."

23                      (Tape stopped)

24  BY MR. WINTERS:

25  Q.  Back what you say in there, "It's supposed to happen like


                                                    261
                        Williams - Direct

 1  a half hour by the time we get there;" what do you mean "it"?

 2  A.  By the time we get there, the drugs, in about a half hour

 3  later, the drugs should be loaded onto the couriers and should

 4  be leaving.  We'll be following them.

 5  Q.  And "go east," again, is referring to what?

 6  A.  Going towards -- well, at this point, I'm telling them

 7  that we going to ask for the east route, which is the quicker

 8  route.  But that later on changed and we ended up going west.

 9                      (Tape restarted)

10      "MR. DUNCAN:  You went in there?

11      "MR. WILLIAMS:  Huh?

12      "MR. DUNCAN:  You went in there?

13      "MR. RODGERS:  What?

14  (Music playing in background)

15      "MR. DUNCAN:  (Inaudible)

16      "MR. WILLIAMS:  Yeah.

17  (Pause)

18      "MR. RODGERS:  Ya'll been -- ya'll been -- ya'll been

19  doing anything at this truck stop often?

20      "MR. WILLIAMS:  Not really.  Uh-uh. (negative

21  response)"

22                      (Tape stopped)

23  BY MR. WINTERS:

24  Q.  What does it mean to you when Rodgers says, "You've been

25    doing anything at this truck stop often"?

                                              262
                        Williams - Direct

1    A.  He asking me have we been protecting drugs at the truck
2    stop before.
3    Q.  And both Duncan and Rodgers are in the car?
4    A.  Yes.  We --
5    Q.  And ya'll on the way to where?
6    A.  We're on the way -- we're driving to the Mardi Gras Truck
7    Stop now.
8                        (Tape restarted)
9           "MR. WILLIAMS:  We ain't never been -- when we get
10   over there, you know, I'm going to drive around and just look
11   around.
12          "MR. RODGERS:  That's what I was saying, because --
13   what you call them be -- be setting up on the truck stop?
14          "MR. WILLIAMS:  Traffic police?
15          "MR. RODGERS:  No, Narcotics.  Because the -- the
16   dudes be making little deals, they meet them at the truck stop
17   and stuff, you know.
18                        (Tape stopped)
19   BY MR. WINTERS:
20   Q.  What's Duncan -- what's it mean to you when -- excuse me,
21   when Lemmie Rodgers is saying -- you say "traffic police" and
22   he says, "No, Narcotics.  Because the dude be making little
23   deals.  They meet them at the truck stop and stuff.  You know,
24   you get lucky, you know"?
25   A.  He's saying there that -- well, earlier than that he said,

                                              263

1  "We should drive around and check out the place because

2  Narcotics Division sometimes make drug busts at the truck

3  stop."  And he don't want us like happen to be out there while

4  they doing a drug stop or making a drug buy, and get lucky and

5  happen upon us or the couriers containing the drugs.  Or we'd

6  get caught all up in a big take down.

7                    (Tape restarted)

8       "MR. RODGERS:  You get lucky, you know.

9       "MR. WILLIAMS:  Uh-huh. (affirmative response)  This

10  -- this is our first time here.  They ought to be here now.

11  They have some big ass mother fucking truck.

12       "MR. RODGERS:  No, when they -- when they was trying

13  to set up, trying to make buys, they have this dude at the

14  truck stop."

15                    (Tape stopped)

16  BY MR. WINTERS:

17  Q.  What does it mean when Rodgers says, "No, when they trying

18  to set up, trying to make buys at the truck stop, they have

19  this dude at the truck stop"?

20  A.  He's talking about the Narcotics, when they making buys

21  they set up with a guy, undercover, at that truck stop.

22  Q.  All right.

23                    (Tape restarted)

24       "MR. RODGERS:  How big is this fucking dude, bro?

25  He's gotta be fucking really big coming off all that money.

1       "MR. WILLIAMS:  He don't let us know everything

2  that's happening with him, you know, but the nigger's some

3  large.

```
  4              "MR. RODGERS:  But the nigger's something, dude?
  5              "MR. WILLIAMS:  Oh, yeah.  We know he large.  He used
  6      to tell us about how shit was running up, you know, upstate,
  7      where he from."
  8                            (Tape stopped)
  9      BY MR. WINTERS:
 10      Q.  What does Rodgers mean to you when he says, "How big is
 11      this F'ing dude, brother?  He's got to be really F'ing big
 12      coming off all that money"?
 13      A.  He's asking me how big of a drug dealer this guy is,
 14      because he got to be pretty big time to give us money like
 15      he's giving us.
 16      Q.  Who's the -- what guy is he talking about?
 17      A.  JJ.
 18      Q.  And what does it mean to you -- what do you mean when you
 19      say, "He used to tell us about how shit was running up, you
 20      know, upstate"?
 21      A.  When we first started getting involved with JJ, he started
 22      telling us how they used to traffic it, the drugs, upstate in
 23      New York area, when he used to deal up there.  And he
 24      described to us different ways how he used to use garbage men
 25      or taxi cabs to move the cocaine.
```

```
  1                            (Tape restarted)
  2              "MR. RODGERS:  Uh-huh. (affirmative response)
  3              "MR. WILLIAMS:  He said they used to do all kinds of
  4      shit at one, not -- not really just him, but, you know, the
  5      people that's dealing up there to -- to avoid the police.  And
  6      he used to go in the dumpsters and shit, throwing their shit.
```

```
 7   Loads of stuff, they put it in a trash dumpster and the trash
 8   would come pick it up and bring it to another location and
 9   dump it there.  Or that taxicab shit, they been doing that for
10   a long time.
11        "MR. RODGERS:  Taxi?
12        "MR. WILLIAMS:  Yeah.
13     (Pause)
14     (Music playing in background)
15        "MR. WILLIAMS:  That's them in that car over there."
16                    (Tape stopped)
17   BY MR. WINTERS:
18   Q.  Where are you all -- did you all arrive at the truck stop?
19   A.  Yes.
20   Q.  And what do you mean when you say, "That's them in that
21   car over there"?
22   A.  That's JJ and Terry Adams.
23                    (Tape restarted)
24        "MR. RODGERS:  That's a rental.  (Inaudible)
25        "MR. WILLIAMS:  Oh, no, that's the other dudes.
```

Williams - Direct

```
 1        "MR. DUNCAN:  They saw when you got this car?
 2        "MR. WILLIAMS:  Who?
 3        "MR. DUNCAN:  Them other dudes.
 4        "MR. WILLIAMS:  Did I -- did they see me get the car?
 5        "MR. DUNCAN:  Yeah.
 6        "MR. WILLIAMS:  Yeah.  They got the car."
 7                    (Tape stopped)
 8   BY MR. WINTERS:
 9   Q.  What does it mean to you when Leon Duncan says, "They saw
10   when you got this car"?
```

11   A.  He's asking me did JJ and Terry Adams watch me get the

12   vehicle and I'm telling him that they got the vehicles

13   themselves.  They rented the cars.

14                     (Tape restarted)

15         "MR. DUNCAN:  Well, ya'll got the cars at the same

16   time?

17         "MR. WILLIAMS:  They got the car.

18         "MR. DUNCAN:  Oh, they rented it?

19         "MR. WILLIAMS:  Yeah.  What was -- what was a bad

20   idea about that?"

21                     (Tape stopped)

22   BY MR. WINTERS:

23   Q.  What do you mean when you tell Duncan, "what was the bad

24   idea about that," them renting the car?

25   A.  Well, once I told them that they rented the vehicle,

                     Williams - Direct

1    Duncan put this look on his face and I -- it made me ask him,

2    "Well, what was the bad idea about that?"  Because he, you

3    know -- before he used to give us information on what we did

4    wrong, like I told you, when he would give us advice on what

5    we was doing wrong.  So, now I'm asking him what was the bad

6    idea about them renting the vehicles.

7                     (Tape restarted)

8          "MR. DUNCAN:  I'm not saying nothing.

9          "MR. WILLIAMS:  Well, you looking like, you know, you

10   have a problem with that.  This is why they rented the car.

11   They don't -- say, bro, they just as leery of us as we are of

12   them.  They don't want our cars there like it might be bugged

13   or some shit, so they rented these cars.  Nobody knows nothing

14    about the cars.  They get the cars, we get in.

15         "See what I'm saying, bro?  I'm telling you, them

16    dudes are more cautious than we are."

17                        (Tape stopped)

18    BY MR. WINTERS:

19    Q.  What are you telling Duncan in that passage there?

20    A.  I'm telling him that -- I'm giving him the reason for them

21    renting the vehicle is that they was like just as afraid as --

22    of us, as we were of them, being undercover, or something like

23    that.  And so, we were -- they being very careful, so they

24    rented cars whereby nobody could set any bugs.

25         However, they did.  (Laughter)

1                        (Tape restarted)

2         "MR. RODGERS:  So they tell ya'll.

3         "MR. WILLIAMS:  We check shit out.  They check shit

4    out.

5      (Music playing in background)

6         "MR. RODGERS:  So, what, they gonna call us and tell

7    us what -- what we -- what car we're supposed to leave with or

8    something, huh?

9         "MR. WILLIAMS:  Uh-huh. (affirmative response)  See,

10   it -- it -- it may be happening in a little bit.  It might be

11   happening right now and we don't even need to know that.

12   We're just going to follow it out."

13                        (Tape stopped)

14   BY MR. WINTERS:

15   Q.  What do you mean when you say, "It might be happening

16   right now.  We don't even need to know that.  We just got to

17   follow it out"?

18    A.  Lemmie asking me are they going to call us and let us know

19    when -- when the vehicle is going go.  And I'm telling him,

20    yeah, they might be loading the vehicle right now.  We don't

21    really know that, but we don't need to know it.  All we got to

22    do is follow it once it is loaded.

23                    (Tape restarted)

24        "MR. RODGERS:  Oh, boy.  Oh, boy.  They ain't fucking

25    with the warehouse no more?

1        "MR. WILLIAMS:  Yeah, they still using it but it's

2    not like often -- not too often, you know.

3        "MR. RODGERS:  Uh-huh. (affirmative response)"

4                    (Tape stopped)

5    BY MR. WINTERS:

6    Q.  What warehouse is he talking about?

7    A.  They talking about the warehouse, the first location.

8    Because we asked them to get involved with the warehouse

9    earlier on, and as Lemmie is telling you right here, he's

10    asking are we still protecting the drugs at the warehouse.

11                    (Tape restarted)

12      (Pause)

13        "MR. WILLIAMS:  So, what you worried about, bro?

14    (Laughter)  Tell me, tell me, let me ease your mind.  Just --

15    just ask something.

16        "So, what you -- how you feel about it, Lemmie?

17    (Laughter)"

18                    (Tape stopped)

19    BY MR. WINTERS:

20    Q.  What are you talking about there, Mr.Williams?

21   A.  Well, that's -- when Leon first got into the car, he was

22   leery.  And then he got comfortable with the alibi.  But once

23   I told him about the guys renting the cars, then he started

24   getting kind of leery again.  He was worried about that.  So,

25   now, I'm asking him, "Well, what's the problem?  What you

1   worried about?  Just tell me."

2   Q.  You're talking to Lemmie?  You're talking to Lemmie

3   Rodgers too?

4   A.  Yes.  And I'm asking Lemmie how does he feel about it.

5                        (Tape restarted)

6      (Pause)

7          "MR. DUNCAN:  I don't mind taking a ride with you to

8   go get something to eat, brother.

9          "MR. WILLIAMS:  That's all you doing.

10         "MR. DUNCAN:  I don't mind it at all."

11                       (Tape stopped)

12  BY MR. WINTERS:

13  Q.  What's Duncan doing again there?

14  A.  Now, he's being cautious again because of finding out the

15  vehicles were rented by them.  He's saying -- he's setting up

16  his alibi.  "I ain't doing nothing but just taking a ride with

17  you."

18      And I'm agreeing with him, "Yeah, that's all you doing."

19                       (Tape restarted)

20     (Pause)

21     (Music playing in background)

22     (Cellular telephone rings)

23     (Mr. Williams is talking on the cellular telephone:)

24         "MR. WILLIAMS:  Yo.  Truck stop.  Come towards the
                           Page 240

25    end by the -- the gambling thing.  In a slot -- I'm in a slot

                            Williams - Direct

 1    further down from you."

 2                              (Tape stopped)

 3    BY MR. WINTERS:

 4    Q.  Who are you talking to there?

 5    A.  That's Len Davis.  Him and the two guys in his vehicle

 6    just pulled up to the Mardi Gras Truck Stop and I saw them

 7    park and I'm telling him I'm in a couple of parking lanes

 8    further down from you, so just to come on down here where I'm

 9    at.

10                              (Tape restarted)

11       (Pause)

12            "MR. DUNCAN:  What's wrong?

13            "MR. WILLIAMS:  (Laughter)  I'm just looking at you,

14    bro.

15    (Music playing in background)

16            "MR. DUNCAN:  What?"

17                              (Tape stopped)

18    BY MR. WINTERS:

19    Q.  What does it mean to you when Duncan says, "What's wrong,"

20    and you say, "I'm just looking at you"?

21    A.  He's asking me why am I staring at him like I am, and I'm

22    saying I'm just looking at you and I --

23    Q.  Why were you staring at him; do you remember?

24    A.  Yeah, I was staring at him because I -- I could see that

25    he was like kind of paranoid now, and all them scenarios

1  running through his head about, you know, what could happen.

2                    (Tape restarted)

3      (Music playing in background)

4          "MR. WILLIAMS:  All them worst scenarios going

5  through your head.  In the worst case scenario, just say you

6  were making a case on me.

7          "MR. RODGERS:  That ain't even funny, man."

8                    (Tape stopped)

9  BY MR. WINTERS:

10  Q.  What do you mean when you say, "All them worst scenarios

11  going through your head.  In the worst case scenario, just say

12  you were making a case on me"?

13  A.  Well, I know Leon is real worried about, you know, what's

14  -- what might happen now.  And so, I told him, "Listen, if we

15  -- I'm just telling him if we can't explain things away like

16  with the alibi, that you're just taking a ride with me,"

17  that's -- I'm telling him in the worst case scenario, just

18  tell them you were making a case on me, making drug --

19  Q.  What do you mean by "making a case on me"?

20  A.  Well, telling him that he knew he was getting involved

21  with protecting cocaine but he just wanted to catch us.  I'm

22  telling him, well, he could say that.

23  Q.  He's working undercover on you?

24  A.  No, no.  I just -- I'm just telling him in the worst case

25  scenario, he can say that.

1  Q.  He can say he's working undercover?

2  A.  Yeah.  But as you can hear Lemmie saying right after this,

3  that he don't like that idea at all, because, you know, police

4    officers not supposed to tell on each other.
5                               (Tape restarted)
6        (Music playing in background)
7             "MR. DUNCAN:  What?
8             "MR. RODGERS:  I said that wasn't even funny.
9             "MR. DUNCAN:  What?
10            "MR. RODGERS:  Sid look like the fucking police.
11            "MR. WILLIAMS:  But we ain't.  I always told that
12   nigger that he looks just like the mother fucking police.
13            "MR. RODGERS:  That's him.  That's Dunc."
14                               (Tape stopped)
15   BY MR. WINTERS:
16   Q.  Who is "Sid" again?
17   A.  Sidney Dubuclet.
18   Q.  And what do you mean he looks like the police?  Or what
19   does it mean to you when Rodgers says he looks like the
20   police?
21   A.  Well, like I said, Len had pulled up with his vehicle with
22   Sidney and Darrel inside of his car, so we can see their
23   vehicle now.  And Lemmie's saying that he looks -- Sidney
24   looks just like the police.  He knows he's not a police
25   officer, but he has my police shirt on, so, he can pass for

                                                      274
                        Williams - Direct
1    one.
2                               (Tape restarted)
3        (Pause)
4        (Cellular telephone ringing)
5        (Mr. Williams is talking on the cellular telephone:)
6             "MR. WILLIAMS:  Yeah.  Uh-huh. (affirmative response)
                        Page 243

7      (Music playing in background)

8           "MR. WILLIAMS:  Yeah.  All right.  But -- hello?  Oh,

9      I thought your shit cut off.  Oh.  So, in about twenty minutes

10     from now?  Uh-huh. (affirmative response)  They already know

11     how to come around Florida and stuff?  Hold on.  Hold on.

12     It's ringing now."

13                         (Tape stopped)

14     BY MR. WINTERS:

15     Q.  Who were you talking to there?

16     A.  JJ.  He's calling me to tell me that the courier is going

17     to be leaving in about 20 minutes.

18     Q.  All right.

19     A.  And we're going to be following him.

20     Q.  Good.

21                         (Tape restarted)

22        (Mr. Williams answers the call waiting:)

23           "MR. WILLIAMS:  Yo.  Yeah.  Huh?  Who?  Wait, your

24     phone cutting out.  Yeah.  Him.  What?  But, look, he -- he

25     going to know how to go west from here?  You see this exit


                                                             275
                         Williams - Direct

1      where we at?  Does he know how to get on the I -- on the

2      Interstate going west from here?"

3                         (Tape stopped)

4      BY MR. WINTERS:

5      Q.  What are you talking about there, "getting on the

6      Interstate west"?

7      A.  The courier, he's going to be getting on the Interstate,

8      going west, and we're going to be following him.  And I'm

9      asking JJ, do he know how to get on the Interstate from here.

10                        (Tape restarted)

11          "MR. WILLIAMS:  So, we're going west.  But I'm -- you

12     know how, huh?  All right.  Okay.  All right, then.  Later.

13          (Mr. Williams goes back to the first call:)

14          "MR. WILLIAMS:  You there?

15          (Mr. Williams gets off of the cellular telephone)

16          (Music playing in background)

17          "MR. WILLIAMS:  About twenty minutes.  We going west.

18     He don't want them to be in the car too long."

19                    (End of taped conversation)

20     BY MR. WINTERS:

21     Q.  What do you mean, "We going west.  He don't want them to

22     be in the car too long"?

23     A.  Well, initially, like -- initially we was supposed to be

24     going -- well, I was going to request to go east, because

25     that's the short route.  But Len doesn't want the guys that he

                         Williams - Direct

1     had to be in his vehicle too long, so he's going to go east

2     and we're going to go west.

3     Q.  All right.  Step down here again, please.

4          MR. WINTERS:  With the Court's permission.

5          THE WITNESS:  (Complying)

6     BY MR. WINTERS:

7     Q.  Point out to the jury, Mr. Rodgers (sic), I'll hold this,

8     what's going west.  Tell them where you were talking about

9     going west now.

10     A.  This is Interstate 10 going west (indicating).  This was

11     -- we're going to go west on the Interstate to a certain point

12     and then turn around (inaudible).

13     Q.  And from the Mardi Gras Truck Stop, how did you get on the

14    Interstate going west?  You talked about Florida; what were

15    you talking about there?

16    A.  You had to go -- if you're at the Mardi Gras -- at the

17    Mardi Gras Truck Stop, here, you have to go underneath an

18    overpass and around, to get on the Interstate (indicating), to

19    go to I-10 west.  And that's what we had to do.  We was asking

20    the guy do the couriers know they have to do that.

21    Q.  Thank you, sir.

22              MR. WINTERS:  Your Honor, may we approach the bench?

23              THE COURT:  Sure.

24                          *    *    *    *    *

25    (At side bar on the record)


                                                            277


1              THE COURT:  All right.

2              MR. WINTERS:  I'm now on to the next tape.  I don't

3    know if I can finish it before 4:30.

4              THE COURT:  What's you all's pleasure?

5              MR. RIEHLMANN:  My pleasure --

6              THE COURT:  I'm sure everyone --

7              MR. RIEHLMANN:  My pleasure is --

8              THE COURT:  What?

9              MR. RIEHLMANN:  My pleasure is to go home.

10             THE COURT:  I think most of the jurors are sort of

11    beat up.

12             MR. WINTERS:  Well, I can tell you, I'm tired.

13             THE COURT:  Yes, we all get tired on that.

14             I understand, okay, we will stop now.  But I

15    understand that JJ is going to come back tomorrow, you have a

16    couple of questions that --

17             MR. RIEHLMANN:  Just a few questions, yes, sir.

18          THE COURT:  What does "a couple of questions" mean?

19          MR. RIEHLMANN:  Oh, --

20          THE COURT:  Are we talking about time or just brief?

21          MR. RIEHLMANN:  I'm talking about five minutes.

22          THE COURT:  Oh, I see.  Okay.  So, that's all --

23          MR. WINTERS:  And if there's any redirect, it will be

24  one -- one or two questions.

25          THE COURT:  Okay.


                                                    278

1           MR. WINTERS:  And Judge, if it's all right, we'll put

2   him on first and then I'll continue with -- is that okay?

3           MR. RIEHLMANN:  That's fine with me.

4           THE COURT:  Well, however you all want to do it.

5           MR. WINTERS:  Yeah, that's fine.

6           THE COURT:  I thought JJ wanted to get out of town.

7   It doesn't matter to me.

8           MR. WINTERS:  Okay.  No.

9           THE COURT:  I don't care how you do it.

10          MR. WINTERS:  Okay, we'll have him here first.

11          THE COURT:  Okay, good.

12          MR. WINTERS:  Thank you.

13       (End of discussion at side bar)

14                          *   *   *   *   *

15          THE COURT:  We will recess until tomorrow morning at

16  9:30.  Thank you.

17                          *   *   *   *   *

18       (Whereupon, this concludes Day 4 of the trial.)

19

20

21

22

23

24

25

279

1                    C E R T I F I C A T E

2

3          I certify that the foregoing is a correct transcript

4    from the electronic sound recording of the proceedings in the

5    above-entitled matter.

6

7

/S/DOROTHY M. BOURGEOIS                      9-23-98
8    _____            _____
Dorothy M. Bourgeois                         Date
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

~3916514.dat

25