RECEIVED
DEC 1 0 2014
U. S. DISTRICT JUDGE
MARY ANN VIAL LEMMON

Keina T. Duncan
8220 Aberdeen Road
New Orleans, LA 70126

December 6, 2014

Honorable Mary Ann Lemmon
United States District Court Sec. "S"
Eastern District of Louisiana
500 Poydras St., Rm. C-406
New Orleans, LA 70130

Re: *USA v Leon Duncan, Sr.*
Case No. 97-217

Dear Judge Lemmon:

I am writing on behalf of my sisters and brother regarding, not only my father's request for a point reduction, but ours as well. If the court grants my dad's sentence reduction and allows him home confinement, he would reside with my grandfather, Lambert R. Duncan, Sr. and his wife, Deborah Mae Duncan, who live alone in their 5 bedroom house located at 801 Terrytown, La.; they are more than willing to house and support him until he's able to blend back into society. After being incarcerated for 12 years and limited time with his mom who died 2009 from breast/lung cancer, my father would have the opportunity to spend quality time with his dad in his aging years.

My dad has many relatives who own their own businesses and have guaranteed him full time jobs based on his training and skills in the electrical field, which he gained while incarcerated. My siblings and I are praying that you take into consideration my dad's time served and his accomplishments in the federal facility, and grant him the 2 point reduction, which may allow him to come home next year.

Thanking you for any and all consideration to this matter.

Sincerely,

*Keina T. Duncan*
Keina T. Duncan
Leina R. Duncan
Kirbie A. Duncan
Leon R. Duncan, Jr.